# EXHIBIT A

{D0280253.1 }

**O2COOL,LLC**
**168 N. CLINTON STREET**
**SUITE 500**
**CHICAGO IL   60661**

\*\*\*\*HISTORICAL\*\*\*\*

| Invoice | ENV000124636 |
|---|---|
| Date | 1/21/2016 |
| Page | 1 |
| Order Number | EDI000127125 |

PHONE: (312) 951-6700

# INVOICE

**Bill To:**

SPORTS AUTHORITY
ACCOUNTS PAYABLE DEPT
PO BOX 2905
ENGLEWOOD CO   80150

**Ship To:**

SPORTS AUTHORITY
DISTRIBUTION CENTER #845
13053 SAN BERNARDINO AVE
FONTANA CA   92335

| Purchase Order No. | Customer ID | Salesperson ID | Shipping Method | Payment Terms | Req Ship Date | Master No. |
|---|---|---|---|---|---|---|
| 315815 | SPORAUTH02 | | YUSEN LOGISTICS | NET 60 | 1/11/2016 | 144,450 |

| Ordered | Shipped | B/O | Item Number | Description | Discount | Unit Price | Ext. Price |
|---|---|---|---|---|---|---|---|
| 1,944 | 1,944 | 0 | HMCDP0700O006BSA | 20OZ INSULATED ARCTICSQUEEZE MNS | $0.00000 | $5.00000 | $9,720.00 |
| 1,752 | 1,752 | 0 | HMCDP0700O006RSA | 20OZ INSULATED ARCTICSQUEEZE MNS | $0.00000 | $5.00000 | $8,760.00 |
| 1,752 | 1,752 | 0 | HMCDP0700O006GSA | 20OZ INSULATED ARCTICSQUEEZE MNS | $0.00000 | $5.00000 | $8,760.00 |
| 1,752 | 1,752 | 0 | HMCDP0900O006RSA | 20OZ INSULATED ARCTICSQUEEZE TOP | $0.00000 | $5.00000 | $8,760.00 |
| 1,752 | 1,752 | 0 | HMCDP0900O006PSA | 20OZ INSULATED ARCTICSQUEEZE TOP | $0.00000 | $5.00000 | $8,760.00 |
| 1,752 | 1,752 | 0 | HMCDP0900O006BSA | 20OZ INSULATED ARCTICSQUEEZE TOP | $0.00000 | $5.00000 | $8,760.00 |
| 1,500 | 1,500 | 0 | HMCDP1000O006SA2 | 20OZ INSULATED ARCTICSQUEEZE MNS | $0.00000 | $5.00000 | $7,500.00 |
| 1,500 | 1,500 | 0 | HMCDP1900O006SA4 | ARCTICSQUEEZE DW 20 OZ MIST N SIP - | $0.00000 | $5.00000 | $7,500.00 |
| 1,500 | 1,500 | 0 | HMCDP2000O006SA2 | ARCTICSQUEEZE DW 20 OZ MIST N SIP - | $0.00000 | $5.00000 | $7,500.00 |
| 1,500 | 1,500 | 0 | HMCDP2100O006SA1 | ARCTICSQUEEZE DW 20 OZ MIST N SIP - | $0.00000 | $5.00000 | $7,500.00 |

MARK FOR:845

| | |
|---|---|
| Subtotal | $83,520.00 |
| Misc | $0.00 |
| Tax | $0.00 |
| Freight | $0.00 |
| Trade Discount | $0.00 |
| Total | $83,520.00 |

**O2COOL,LLC**
**168 N. CLINTON STREET**
**SUITE 500**
**CHICAGO IL    60661**

****HISTORICAL****

| Invoice | ENV000124635 |
|---|---|
| Date | 1/26/2016 |
| Page | 1 |
| Order Number | EDI000127123 |

PHONE: (312) 951-6700

# INVOICE

**Bill To:**

SPORTS AUTHORITY
ACCOUNTS PAYABLE DEPT
PO BOX 2905
ENGLEWOOD CO    80150

**Ship To:**

SPORTS AUTHORITY
DISTRIBUTION CENTER #841
130 GREENWOOD INDUSTRIAL PKWY
MCDONOUGH GA    30253

| Purchase Order No. | Customer ID | Salesperson ID | Shipping Method | Payment Terms | Req Ship Date | Master No. |
|---|---|---|---|---|---|---|
| 315813 | SPORAUTH02 | | YUSEN LOGISTICS | NET 60 | 1/11/2016 | 144,448 |

| Ordered | Shipped | B/O | Item Number | Description | Discount | Unit Price | Ext. Price |
|---|---|---|---|---|---|---|---|
| 1,416 | 1,416 | 0 | HMCDP0700O006BSA | 20OZ INSULATED ARCTICSQUEEZE MNS | $0.00000 | $5.00000 | $7,080.00 |
| 1,296 | 1,296 | 0 | HMCDP0700O006RSA | 20OZ INSULATED ARCTICSQUEEZE MNS | $0.00000 | $5.00000 | $6,480.00 |
| 1,296 | 1,296 | 0 | HMCDP0700O006GSA | 20OZ INSULATED ARCTICSQUEEZE MNS | $0.00000 | $5.00000 | $6,480.00 |
| 1,296 | 1,296 | 0 | HMCDP0900O006RSA | 20OZ INSULATED ARCTICSQUEEZE TOP | $0.00000 | $5.00000 | $6,480.00 |
| 1,296 | 1,296 | 0 | HMCDP0900O006PSA | 20OZ INSULATED ARCTICSQUEEZE TOP | $0.00000 | $5.00000 | $6,480.00 |
| 1,296 | 1,296 | 0 | HMCDP0900O006BSA | 20OZ INSULATED ARCTICSQUEEZE TOP | $0.00000 | $5.00000 | $6,480.00 |
| 816 | 816 | 0 | HMCDP1000O006SA2 | 20OZ INSULATED ARCTICSQUEEZE MNS | $0.00000 | $5.00000 | $4,080.00 |
| 816 | 816 | 0 | HMCDP1900O006SA4 | ARCTICSQUEEZE DW 20 OZ MIST N SIP - | $0.00000 | $5.00000 | $4,080.00 |
| 816 | 816 | 0 | HMCDP2000O006SA2 | ARCTICSQUEEZE DW 20 OZ MIST N SIP - | $0.00000 | $5.00000 | $4,080.00 |
| 816 | 816 | 0 | HMCDP2100O006SA1 | ARCTICSQUEEZE DW 20 OZ MIST N SIP - | $0.00000 | $5.00000 | $4,080.00 |

MARK FOR:841

| Subtotal | $55,800.00 |
|---|---|
| Misc | $0.00 |
| Tax | $0.00 |
| Freight | $0.00 |
| Trade Discount | $0.00 |
| Total | $55,800.00 |

**O2COOL, LLC**
**168 N. CLINTON STREET**
**SUITE 500**
**CHICAGO IL   60661**

\*\*\*\*H I S T O R I C A L\*\*\*\*

| Invoice | ENV000124632 |
|---|---|
| Date | 1/31/2016 |
| Page | 1 |
| Order Number | EDI000127131 |

PHONE: (312) 951-6700

**INVOICE**

**Bill To:**

SPORTS AUTHORITY
ACCOUNTS PAYABLE DEPT
PO BOX 2905
ENGLEWOOD CO   80150

**Ship To:**

SPORTS AUTHORITY
DISTRIBUTION CENTER #890
50 S. KALAMATH
DENVER CO   80223

| Purchase Order No. | Customer ID | Salesperson ID | Shipping Method | Payment Terms | Req Ship Date | Master No. |
|---|---|---|---|---|---|---|
| 315816 | SPORAUTH02 | | YUSEN LOGISTICS | NET 60 | 1/11/2016 | 144,457 |

| Ordered | Shipped | B/O | Item Number | Description | Discount | Unit Price | Ext. Price |
|---|---|---|---|---|---|---|---|
| 744 | 744 | 0 | HMIP24A00O006BSA | 24OZ PRISM BOTTLE WITH GLENDALE MI | $0.00000 | $6.25000 | $4,650.00 |
| 744 | 744 | 0 | HMIP24A00O006YSA | 24OZ PRISM BOTTLE WITH GLENDALE MI | $0.00000 | $6.25000 | $4,650.00 |
| 744 | 744 | 0 | HMTP24A00O006TSA | 24OZ PRISM BOTTLE WITH BRIGHTON MI | $0.00000 | $6.25000 | $4,650.00 |
| 624 | 624 | 0 | HMTP24A00O006RSA | 24OZ PRISM BOTTLE WITH BRIGHTON MI | $0.00000 | $6.25000 | $3,900.00 |
| 744 | 744 | 0 | HMTP24A00O006BSA | 24OZ PRISM BOTTLE WITH BRIGHTON MI | $0.00000 | $6.25000 | $4,650.00 |
| 624 | 624 | 0 | HMRB32A00O006BSA | 1L BULLET BOTTLE WITH WINDSOR MNS | $0.00000 | $7.00000 | $4,368.00 |
| 624 | 624 | 0 | HMRB32A00O006YSA | 1L BULLET BOTTLE WITH WINDSOR MNS | $0.00000 | $7.00000 | $4,368.00 |
| 624 | 624 | 0 | HMRV20200O006TSA | 20OZ VACUUM INSULATED PAINTED STA | $0.00000 | $10.00000 | $6,240.00 |
| 624 | 624 | 0 | HMTV20100O006TSA | 20OZ VACUUM INSULATED PAINTED STA | $0.00000 | $11.00000 | $6,864.00 |

MARK FOR:890

| | |
|---|---|
| **Subtotal** | $44,340.00 |
| **Misc** | $0.00 |
| **Tax** | $0.00 |
| **Freight** | $0.00 |
| **Trade Discount** | $0.00 |
| **Total** | $44,340.00 |

**O2COOL, LLC**
168 N. CLINTON STREET
SUITE 500
CHICAGO IL   60661

****HISTORICAL****

| Invoice | ENV000124634 |
|---|---|
| Date | 1/31/2016 |
| Page | 1 |
| Order Number | EDI000127126 |

PHONE: (312) 951-6700

# INVOICE

**Bill To:**

SPORTS AUTHORITY
ACCOUNTS PAYABLE DEPT
PO BOX 2905
ENGLEWOOD CO   80150

**Ship To:**

SPORTS AUTHORITY
DISTRIBUTION CENTER #890
50 S. KALAMATH
DENVER CO   80223

| Purchase Order No. | Customer ID | Salesperson ID | Shipping Method | Payment Terms | Req Ship Date | Master No. |
|---|---|---|---|---|---|---|
| 315816 | SPORAUTH02 | | YUSEN LOGISTICS | NET 60 | 1/11/2016 | 144,451 |

| Ordered | Shipped | B/O | Item Number | Description | Discount | Unit Price | Ext. Price |
|---|---|---|---|---|---|---|---|
| 828 | 828 | 0 | HMCDP0700O006BSA | 20OZ INSULATED ARCTICSQUEEZE MNS | $0.00000 | $5.00000 | $4,140.00 |
| 744 | 744 | 0 | HMCDP0700O006RSA | 20OZ INSULATED ARCTICSQUEEZE MNS | $0.00000 | $5.00000 | $3,720.00 |
| 744 | 744 | 0 | HMCDP0700O006GSA | 20OZ INSULATED ARCTICSQUEEZE MNS | $0.00000 | $5.00000 | $3,720.00 |
| 744 | 744 | 0 | HMCDP0900O006RSA | 20OZ INSULATED ARCTICSQUEEZE TOP | $0.00000 | $5.00000 | $3,720.00 |
| 744 | 744 | 0 | HMCDP0900O006PSA | 20OZ INSULATED ARCTICSQUEEZE TOP | $0.00000 | $5.00000 | $3,720.00 |
| 744 | 744 | 0 | HMCDP0900O006BSA | 20OZ INSULATED ARCTICSQUEEZE TOP | $0.00000 | $5.00000 | $3,720.00 |
| 624 | 624 | 0 | HMCDP1000O006SA2 | 20OZ INSULATED ARCTICSQUEEZE MNS | $0.00000 | $5.00000 | $3,120.00 |
| 624 | 624 | 0 | HMCDP1900O006SA4 | ARCTICSQUEEZE DW 20 OZ MIST N SIP - | $0.00000 | $5.00000 | $3,120.00 |
| 624 | 624 | 0 | HMCDP2000O006SA2 | ARCTICSQUEEZE DW 20 OZ MIST N SIP - | $0.00000 | $5.00000 | $3,120.00 |
| 624 | 624 | 0 | HMCDP2100O006SA1 | ARCTICSQUEEZE DW 20 OZ MIST N SIP - | $0.00000 | $5.00000 | $3,120.00 |

MARK FOR:890

| Subtotal | $35,220.00 |
|---|---|
| Misc | $0.00 |
| Tax | $0.00 |
| Freight | $0.00 |
| Trade Discount | $0.00 |
| Total | $35,220.00 |

**O2COOL,LLC**
**168 N. CLINTON STREET**
**SUITE 500**
**CHICAGO IL    60661**

****H I S T O R I C A L****

| Invoice | ENV000124714 |
|---|---|
| Date | 2/11/2016 |
| Page | 1 |
| Order Number | EDI000127129 |

PHONE: (312) 951-6700

# INVOICE

**Bill To:**

SPORTS AUTHORITY
ACCOUNTS PAYABLE DEPT
PO BOX 2905
ENGLEWOOD CO    80150

**Ship To:**

SPORTS AUTHORITY
DISTRIBUTION CENTER #843
200 RICHARDS RUN
BURLINGTON NJ    08016

| Purchase Order No. | Customer ID | Salesperson ID | Shipping Method | Payment Terms | Req Ship Date | Master No. |
|---|---|---|---|---|---|---|
| 315814 | SPORAUTH02 | | YUSEN LOGISTICS | NET 60 | 1/11/2016 | 144,455 |

| Ordered | Shipped | B/O | Item Number | Description | Discount | Unit Price | Ext. Price |
|---|---|---|---|---|---|---|---|
| 1,140 | 1,140 | 0 | HMIP24A00O006BSA | 24OZ PRISM BOTTLE WITH GLENDALE MI | $0.00000 | $6.25000 | $7,125.00 |
| 1,140 | 1,140 | 0 | HMIP24A00O006YSA | 24OZ PRISM BOTTLE WITH GLENDALE MI | $0.00000 | $6.25000 | $7,125.00 |
| 1,140 | 1,140 | 0 | HMTP24A00O006TSA | 24OZ PRISM BOTTLE WITH BRIGHTON MI | $0.00000 | $6.25000 | $7,125.00 |
| 1,020 | 1,020 | 0 | HMTP24A00O006RSA | 24OZ PRISM BOTTLE WITH BRIGHTON MI | $0.00000 | $6.25000 | $6,375.00 |
| 1,140 | 1,140 | 0 | HMTP24A00O006BSA | 24OZ PRISM BOTTLE WITH BRIGHTON MI | $0.00000 | $6.25000 | $7,125.00 |
| 1,020 | 1,020 | 0 | HMRB32A00O006BSA | 1L BULLET BOTTLE WITH WINDSOR MNS | $0.00000 | $7.00000 | $7,140.00 |
| 1,020 | 1,020 | 0 | HMRB32A00O006YSA | 1L BULLET BOTTLE WITH WINDSOR MNS | $0.00000 | $7.00000 | $7,140.00 |
| 1,020 | 1,020 | 0 | HMRV20200O006TSA | 20OZ VACUUM INSULATED PAINTED STA | $0.00000 | $10.00000 | $10,200.00 |
| 1,020 | 1,020 | 0 | HMTV20100O006TSA | 20OZ VACUUM INSULATED PAINTED STA | $0.00000 | $11.00000 | $11,220.00 |

MARK FOR:843

| Subtotal | $70,575.00 |
|---|---|
| Misc | $0.00 |
| Tax | $0.00 |
| Freight | $0.00 |
| Trade Discount | $0.00 |
| Total | $70,575.00 |

****H I S T O R I C A L****

**O2COOL,LLC**
**168 N. CLINTON STREET**
**SUITE 500**
**CHICAGO IL    60661**

| Invoice | ENV000124715 |
|---|---|
| Date | 2/11/2016 |
| Page | 1 |
| Order Number | EDI000127130 |

PHONE: (312) 951-6700

# INVOICE

**Bill To:**

SPORTS AUTHORITY
ACCOUNTS PAYABLE DEPT
PO BOX 2905
ENGLEWOOD CO    80150

**Ship To:**

SPORTS AUTHORITY
DISTRIBUTION CENTER #845
13053 SAN BERNARDINO AVE
FONTANA CA    92335

| Purchase Order No. | Customer ID | Salesperson ID | Shipping Method | Payment Terms | Req Ship Date | Master No. |
|---|---|---|---|---|---|---|
| 315815 | SPORAUTH02 | | YUSEN LOGISTICS | NET 60 | 1/11/2016 | 144,456 |

| Ordered | Shipped | B/O | Item Number | Description | Discount | Unit Price | Ext. Price |
|---|---|---|---|---|---|---|---|
| 1,752 | 1,752 | 0 | HMIP24A00O006BSA | 24OZ PRISM BOTTLE WITH GLENDALE MI | $0.00000 | $6.25000 | $10,950.00 |
| 1,752 | 1,752 | 0 | HMIP24A00O006YSA | 24OZ PRISM BOTTLE WITH GLENDALE MI | $0.00000 | $6.25000 | $10,950.00 |
| 1,752 | 1,752 | 0 | HMTP24A00O006TSA | 24OZ PRISM BOTTLE WITH BRIGHTON MI | $0.00000 | $6.25000 | $10,950.00 |
| 1,500 | 1,500 | 0 | HMTP24A00O006RSA | 24OZ PRISM BOTTLE WITH BRIGHTON MI | $0.00000 | $6.25000 | $9,375.00 |
| 1,752 | 1,752 | 0 | HMTP24A00O006BSA | 24OZ PRISM BOTTLE WITH BRIGHTON MI | $0.00000 | $6.25000 | $10,950.00 |
| 1,500 | 1,500 | 0 | HMRB32A00O006BSA | 1L BULLET BOTTLE WITH WINDSOR MNS | $0.00000 | $7.00000 | $10,500.00 |
| 1,500 | 1,500 | 0 | HMRB32A00O006YSA | 1L BULLET BOTTLE WITH WINDSOR MNS | $0.00000 | $7.00000 | $10,500.00 |
| 1,500 | 1,500 | 0 | HMRV20200O006TSA | 20OZ VACUUM INSULATED PAINTED STA | $0.00000 | $10.00000 | $15,000.00 |
| 1,500 | 1,500 | 0 | HMTV20100O006TSA | 20OZ VACUUM INSULATED PAINTED STA | $0.00000 | $11.00000 | $16,500.00 |

MARK FOR:845

| | |
|---|---|
| Subtotal | $105,675.00 |
| Misc | $0.00 |
| Tax | $0.00 |
| Freight | $0.00 |
| Trade Discount | $0.00 |
| Total | $105,675.00 |

****H I S T O R I C A L****

**O2COOL,LLC**
**168 N. CLINTON STREET**
**SUITE 500**
**CHICAGO IL    60661**

| Invoice | ENV000124637 |
|---|---|
| Date | 2/2/2016 |
| Page | 1 |
| Order Number | EDI000127122 |

PHONE: (312) 951-6700

## INVOICE

**Bill To:**

SPORTS AUTHORITY
ACCOUNTS PAYABLE DEPT
PO BOX 2905
ENGLEWOOD CO    80150

**Ship To:**

SPORTS AUTHORITY
DISTRIBUTION CENTER #820
1140 WEST REMINGTON BLVD
ROMEOVILLE IL    60446

| Purchase Order No. | Customer ID | Salesperson ID | Shipping Method | Payment Terms | Req Ship Date | Master No. |
|---|---|---|---|---|---|---|
| 315812 | SPORAUTH02 | | YUSEN LOGISTICS | NET 60 | 1/11/2016 | 144,447 |

| Ordered | Shipped | B/O | Item Number | Description | Discount | Unit Price | Ext. Price |
|---|---|---|---|---|---|---|---|
| 1,038 | 1,038 | 0 | HMCDP0700O006BSA | 20OZ INSULATED ARCTICSQUEEZE MNS | $0.00000 | $5.00000 | $5,190.00 |
| 930 | 930 | 0 | HMCDP0700O006RSA | 20OZ INSULATED ARCTICSQUEEZE MNS | $0.00000 | $5.00000 | $4,650.00 |
| 930 | 930 | 0 | HMCDP0700O006GSA | 20OZ INSULATED ARCTICSQUEEZE MNS | $0.00000 | $5.00000 | $4,650.00 |
| 930 | 930 | 0 | HMCDP0900O006RSA | 20OZ INSULATED ARCTICSQUEEZE TOP | $0.00000 | $5.00000 | $4,650.00 |
| 930 | 930 | 0 | HMCDP0900O006PSA | 20OZ INSULATED ARCTICSQUEEZE TOP | $0.00000 | $5.00000 | $4,650.00 |
| 930 | 930 | 0 | HMCDP0900O006BSA | 20OZ INSULATED ARCTICSQUEEZE TOP | $0.00000 | $5.00000 | $4,650.00 |
| 648 | 648 | 0 | HMCDP1000O006SA2 | 20OZ INSULATED ARCTICSQUEEZE MNS | $0.00000 | $5.00000 | $3,240.00 |
| 648 | 648 | 0 | HMCDP1900O006SA4 | ARCTICSQUEEZE DW 20 OZ MIST N SIP - | $0.00000 | $5.00000 | $3,240.00 |
| 648 | 648 | 0 | HMCDP2000O006SA2 | ARCTICSQUEEZE DW 20 OZ MIST N SIP - | $0.00000 | $5.00000 | $3,240.00 |
| 648 | 648 | 0 | HMCDP2100O006SA1 | ARCTICSQUEEZE DW 20 OZ MIST N SIP - | $0.00000 | $5.00000 | $3,240.00 |

MARK FOR:820

| | |
|---|---|
| Subtotal | $41,400.00 |
| Misc | $0.00 |
| Tax | $0.00 |
| Freight | $0.00 |
| Trade Discount | $0.00 |
| Total | $41,400.00 |

****HISTORICAL****

**O2COOL,LLC**
**168 N. CLINTON STREET**
**SUITE 500**
**CHICAGO IL   60661**

| Invoice | ENV000124633 |
|---|---|
| Date | 2/2/2016 |
| Page | 1 |
| Order Number | EDI000127127 |

PHONE: (312) 951-6700

## INVOICE

**Bill To:**

SPORTS AUTHORITY
ACCOUNTS PAYABLE DEPT
PO BOX 2905
ENGLEWOOD CO   80150

**Ship To:**

SPORTS AUTHORITY
DISTRIBUTION CENTER #820
1140 WEST REMINGTON BLVD
ROMEOVILLE IL   60446

| Purchase Order No. | Customer ID | Salesperson ID | Shipping Method | Payment Terms | Req Ship Date | Master No. |
|---|---|---|---|---|---|---|
| 315812 | SPORAUTH02 | | YUSEN LOGISTICS | NET 60 | 1/11/2016 | 144,453 |

| Ordered | Shipped | B/O | Item Number | Description | Discount | Unit Price | Ext. Price |
|---|---|---|---|---|---|---|---|
| 930 | 930 | 0 | HMIP24A00O006BSA | 24OZ PRISM BOTTLE WITH GLENDALE MI | $0.00000 | $6.25000 | $5,812.50 |
| 930 | 930 | 0 | HMIP24A00O006YSA | 24OZ PRISM BOTTLE WITH GLENDALE MI | $0.00000 | $6.25000 | $5,812.50 |
| 930 | 930 | 0 | HMTP24A00O006TSA | 24OZ PRISM BOTTLE WITH BRIGHTON MI | $0.00000 | $6.25000 | $5,812.50 |
| 648 | 648 | 0 | HMTP24A00O006RSA | 24OZ PRISM BOTTLE WITH BRIGHTON MI | $0.00000 | $6.25000 | $4,050.00 |
| 930 | 930 | 0 | HMTP24A00O006BSA | 24OZ PRISM BOTTLE WITH BRIGHTON MI | $0.00000 | $6.25000 | $5,812.50 |
| 648 | 648 | 0 | HMRB32A00O006BSA | 1L BULLET BOTTLE WITH WINDSOR MNS | $0.00000 | $7.00000 | $4,536.00 |
| 648 | 648 | 0 | HMRB32A00O006YSA | 1L BULLET BOTTLE WITH WINDSOR MNS | $0.00000 | $7.00000 | $4,536.00 |
| 648 | 648 | 0 | HMRV20200O006TSA | 20OZ VACUUM INSULATED PAINTED STA | $0.00000 | $10.00000 | $6,480.00 |
| 648 | 648 | 0 | HMTV20100O006TSA | 20OZ VACUUM INSULATED PAINTED STA | $0.00000 | $11.00000 | $7,128.00 |

MARK FOR:820

| | |
|---|---|
| Subtotal | $49,980.00 |
| Misc | $0.00 |
| Tax | $0.00 |
| Freight | $0.00 |
| Trade Discount | $0.00 |
| Total | $49,980.00 |

**O2COOL,LLC**
**168 N. CLINTON STREET**
**SUITE 500**
**CHICAGO IL   60661**

| Invoice | ENV000124638 |
|---|---|
| Date | 2/1/2016 |
| Page | 1 |
| Order Number | EDI000127124 |

PHONE: (312) 951-6700

# INVOICE

**Bill To:**

SPORTS AUTHORITY
ACCOUNTS PAYABLE DEPT
PO BOX 2905
ENGLEWOOD CO   80150

**Ship To:**

SPORTS AUTHORITY
DISTRIBUTION CENTER #843
200 RICHARDS RUN
BURLINGTON NJ   08016

| Purchase Order No. | Customer ID | Salesperson ID | Shipping Method | Payment Terms | Req Ship Date | Master No. |
|---|---|---|---|---|---|---|
| 315814 | SPORAUTH02 | | YUSEN LOGISTICS | NET 60 | 1/11/2016 | 144,449 |

| Ordered | Shipped | B/O | Item Number | Description | Discount | Unit Price | Ext. Price |
|---|---|---|---|---|---|---|---|
| 1,332 | 1,332 | 0 | HMCDP0700O006BSA | 20OZ INSULATED ARCTICSQUEEZE MNS | $0.00000 | $5.00000 | $6,660.00 |
| 1,140 | 1,140 | 0 | HMCDP0700O006RSA | 20OZ INSULATED ARCTICSQUEEZE MNS | $0.00000 | $5.00000 | $5,700.00 |
| 1,140 | 1,140 | 0 | HMCDP0700O006GSA | 20OZ INSULATED ARCTICSQUEEZE MNS | $0.00000 | $5.00000 | $5,700.00 |
| 1,140 | 1,140 | 0 | HMCDP0900O006RSA | 20OZ INSULATED ARCTICSQUEEZE TOP | $0.00000 | $5.00000 | $5,700.00 |
| 1,140 | 1,140 | 0 | HMCDP0900O006PSA | 20OZ INSULATED ARCTICSQUEEZE TOP | $0.00000 | $5.00000 | $5,700.00 |
| 1,140 | 1,140 | 0 | HMCDP0900O006BSA | 20OZ INSULATED ARCTICSQUEEZE TOP | $0.00000 | $5.00000 | $5,700.00 |
| 1,020 | 1,020 | 0 | HMCDP1000O006SA2 | 20OZ INSULATED ARCTICSQUEEZE MNS | $0.00000 | $5.00000 | $5,100.00 |
| 1,020 | 1,020 | 0 | HMCDP1900O006SA4 | ARCTICSQUEEZE DW 20 OZ MIST N SIP - | $0.00000 | $5.00000 | $5,100.00 |
| 1,020 | 1,020 | 0 | HMCDP2000O006SA2 | ARCTICSQUEEZE DW 20 OZ MIST N SIP - | $0.00000 | $5.00000 | $5,100.00 |
| 1,020 | 1,020 | 0 | HMCDP2100O006SA1 | ARCTICSQUEEZE DW 20 OZ MIST N SIP - | $0.00000 | $5.00000 | $5,100.00 |

MARK FOR:843

| | |
|---|---|
| Subtotal | $55,560.00 |
| Misc | $0.00 |
| Tax | $0.00 |
| Freight | $0.00 |
| Trade Discount | $0.00 |
| Total | $55,560.00 |

**O2COOL,LLC**
**168 N. CLINTON STREET**
**SUITE 500**
**CHICAGO IL   60661**

****HISTORICAL****

| | |
|---|---|
| Invoice | INV000124713 |
| Date | 2/11/2016 |
| Page | 1 |
| Order Number | EDI000127128 |

PHONE: (312) 951-6700

# INVOICE

**Bill To:**

SPORTS AUTHORITY
ACCOUNTS PAYABLE DEPT
PO BOX 2905
ENGLEWOOD CO   80150

**Ship To:**

SPORTS AUTHORITY
DISTRIBUTION CENTER #841
130 GREENWOOD INDUSTRIAL PKWY
MCDONOUGH GA   30253

| Purchase Order No. | Customer ID | Salesperson ID | Shipping Method | Payment Terms | Req Ship Date | Master No. |
|---|---|---|---|---|---|---|
| 315813 | SPORAUTH02 | | YUSEN LOGISTICS | NET 60 | 1/11/2016 | 144,454 |

| Ordered | Shipped | B/O | Item Number | Description | Discount | Unit Price | Ext. Price |
|---|---|---|---|---|---|---|---|
| 1,296 | 1,296 | 0 | HMIP24A00O006BSA | 24OZ PRISM BOTTLE WITH GLENDALE MI | $0.00000 | $6.25000 | $8,100.00 |
| 1,296 | 1,296 | 0 | HMIP24A00O006YSA | 24OZ PRISM BOTTLE WITH GLENDALE MI | $0.00000 | $6.25000 | $8,100.00 |
| 1,296 | 1,296 | 0 | HMTP24A00O006TSA | 24OZ PRISM BOTTLE WITH BRIGHTON MI | $0.00000 | $6.25000 | $8,100.00 |
| 816 | 816 | 0 | HMTP24A00O006RSA | 24OZ PRISM BOTTLE WITH BRIGHTON MI | $0.00000 | $6.25000 | $5,100.00 |
| 1,296 | 1,296 | 0 | HMTP24A00O006BSA | 24OZ PRISM BOTTLE WITH BRIGHTON MI | $0.00000 | $6.25000 | $8,100.00 |
| 816 | 816 | 0 | HMRB32A00O006BSA | 1L BULLET BOTTLE WITH WINDSOR MNS | $0.00000 | $7.00000 | $5,712.00 |
| 816 | 816 | 0 | HMRB32A00O006YSA | 1L BULLET BOTTLE WITH WINDSOR MNS | $0.00000 | $7.00000 | $5,712.00 |
| 816 | 816 | 0 | HMRV20200O006TSA | 20OZ VACUUM INSULATED PAINTED STA | $0.00000 | $10.00000 | $8,160.00 |
| 816 | 816 | 0 | HMTV20100O006TSA | 20OZ VACUUM INSULATED PAINTED STA | $0.00000 | $11.00000 | $8,976.00 |

MARK FOR:841

| | |
|---|---|
| Subtotal | $66,060.00 |
| Misc | $0.00 |
| Tax | $0.00 |
| Freight | $0.00 |
| Trade Discount | $0.00 |
| Total | $66,060.00 |