# EXHIBIT B

{D0280253.1 }

# SPORTS AUTHORITY®

**TSA STORES, INC.**
**2015 IMPORT VENDOR DEAL SHEET SUMMARY**

EFFECTIVE PERIOD: 2/1/2015 THROUGH 1/30/2016

**VENDOR NAME:** O2COOL, LLC  **VENDOR NUMBER:** 24362
**TSA DEPARTMENT(S):** 926, 961
**SUB DEPT:**  **BUYER NAME:**
**VENDOR BRANDS:**

## DEFECTIVE RETURN AUTHORIZATION/DEFECTIVE ALLOWANCE INFORMATION

**Choose One Method:**

DEFECTIVE ALLOWANCE*: [X]   DESTROY FOR CREDIT: [ ]   RETURN TO VENDOR: [ ]

*Defective Allowance

All import vendors will offer TSA F.O.B pricing net of defective allowance - defective allowance should not be included in the FOB price. The defective allowance is agreed upon by TSA and the vendor. TSA will accrue this defective allowance factor internally.

Defective allowance merchandise is charged back against the internal defective allowance accrual at the landed cost of goods.

Defective allowance merchandise is destroyed after being marked out of stock and is not returned to the vendor.

| Defective Allowance Rebate* (%) | Exclusions From Purchases (List specific items) |
|---|---|
| 1.00% | |

## OTHER/ADDITIONAL ALLOWANCE INFORMATION

Please indicate whether Vendor elects to participate in other entitlement programs by placing an "X" in the applicable box:

[ ] YES   [X] NO

The Markdown allowance of [ ] % is agreed upon by TSA and the vendor. TSA will accrue the markdown allowance internally

Vendor will offer TSA FOB pricing net of any markdown allowance

Other/Additional Program Package Details: [ ]

NOTE FOB PRICING SHOULD BE EXCLUSIVE OF ANY ALLOWANCES (WHSE, ADVERTISING, ETC) UNLESS DETAILED ABOVE

## GOLF VENDORS WARRANTY AND REPLACEMENT PROGRAM SUPPORT

If applicable, Vendor shall provide goods at a discounted FOB cost (50% off FOB cost) for the golf warranty and replacement program. These clubs will only be used to service customer and store requests for replacement clubs.

## FREIGHT EXPENSE

(Place an "X" in the applicable box):   Prepaid (Vendor Pays): [ ]   Collect* (TSA Pays): [X]

*Must use TSA LCC for collect. No "add to invoice" without TSA Transportation Department written approval.

**If shipping method is Direct Store Delivery (DSD) Prepaid Freight is Required.**

VENDOR INITIALS: _(signature)_   TSA INITIALS:   Page 1

## PAYMENT TERMS AND DISCOUNTS

| ORDER TYPE | Purchase Order Payment Terms (# of Days for Payment) | Pricing Discounts (% Discount, additional terms) |
|---|---|---|
| INITIAL ORDER: | NET 60 | |
| RE-ORDER: | NET 60 | |
| NEW STORE: | 0 days in addition to terms listed above on New Store Opening Inventory as defined in TSA's Vendor Relationship Guide. | 0% of the Initial New Store Order, including Seasonal Inventory, as defined by TSA's Vendor Relationship Guide. PO Detail will not be provided. |
| CONTAINER/ POE/ IMPORT: | Wire transfer FCR days for foreign banks OR NET 60 days for US domestic banks. | |
| OTHER: | | |

All Vendor invoicing must comply with the terms and conditions that are part of this agreement. All of Vendor's invoices must be submitted via an EDI 810 document.

Sports Authority must have receipt of goods at our US warehouse to process payment and all payment terms listed are based on the later of invoice date or receipt of invoice date.

**Note:**
- FCR issue date is the confirmed vessel date or date when all goods and documents have been submitted, whichever occurs last.
- Invoice date should match FCR issue date.
- If additional payment terms exist, please list in comment section below.

**Pricing Discounts:** All pricing discounts are based on the gross unit cost of the items included in an order and are in addition to all other discounts and payment terms.

**Correspondence:** All correspondence must be in writing and received within six months of invoice date.

**COMMENTS:**

Vendor shall adhere to the invoice and shipping policies, as well as the terms and conditions of TSA's Vendor Relationship Guide which is available at www.tradingpartnerinsight.com/tsa/Login.aspx and incorporated by reference. As indicated in the VRG, statements of account must be submitted to TSA on no less than a quarterly basis or as requested.

The term of this agreement shall commence as of the Effective Date and remain in effect until a new agreement is signed by TSA and Vendor

**IN WITNESS WHEREOF,** the Parties hereto have caused this Agreement to be executed by their duly authorized representatives as of the date indicated below.

| Vendor | TSA STORES, INC. |
|---|---|
| By: *[signature]* | By: _____ (Buyer) |
| Print Name: STEVEN JACKSON | Print Name: |
| Title: DIRECTOR OF SALES | Title: |
| Date: 2-14-15 | Date: |
| PLEASE SIGN AND INITIAL USING BLUE INK TO ALLOW FOR EASY IDENTIFICATION OF THE ORIGINAL AGREEMENT. | By: _____ (DMM) |
| | Print Name: |
| | Title: Divisional Merchandise Manager |
| | Date: |

VENDOR INITIALS: *[initials]*    TSA INITIALS:    Page 2