# EXHIBIT C

```
BEG*00*RL*301196*315815*20151210~
CUR*BY*USD~
REF*DP*961~
REF*IA*024362~
FOB*DF*OR*YANTIAN~
ITD*03*2**********NET 60**C~
DTM*001*20160304~
DTM*002*20160111~
TD5*****Refer to Route Guide~
N1*ST*The Sports Authority 845*92*845~
N3*13053 SAN BERNARDINO AVENUE~
N4*FONTANA*CA*92335*USA~
PO1**1944*EA*5*LE*CB*044415758*UK*00755247125312*VC*HMCDP07 DKB*IZ*20OZ*BO*4000*ZZ*9998~
CTP**RES*13.99~
PID*F****ARCTIC SQZ 20OZ DW - DK BLUE~
PO4*6*6*EA~
PO1**1752*EA*5*LE*CB*044417222*UK*00755247125275*VC*HMCDP07 RSP*IZ*20OZ*BO*6000*ZZ*9998~
CTP**RES*13.99~
PID*F****ARCTIC SQZ 20OZ DW - RASPBERRY~
PO4*6*6*EA~
PO1**1752*EA*5*LE*CB*044417235*UK*00755247125299*VC*HMCDP07 GRN*IZ*20OZ*BO*3000*ZZ*9998~
CTP**RES*13.99~
PID*F****ARCTIC SQZ 20OZ DW- GREEN~
PO4*6*6*EA~
PO1**1752*EA*5*LE*CB*044417251*UK*00755247160061*VC*HMCDP09 RSP*IZ*20OZ*BO*6000*ZZ*9998~
CTP**RES*13.99~
PID*F****ARCTIC SQZ 20OZ SPLASH-RSPBRRY~
PO4*6*6*EA~
PO1**1752*EA*5*LE*CB*044417277*UK*00755247160047*VC*HMCDP09 PUR*IZ*20OZ*BO*5000*ZZ*9998~
CTP**RES*13.99~
PID*F****ARCTIC SQZ 20OZ SPLASH- PURPLE~
PO4*6*6*EA~
PO1**1752*EA*5*LE*CB*044417280*UK*00755247160030*VC*HMCDP09 BLU*IZ*20OZ*BO*4000*ZZ*9998~
CTP**RES*13.99~
PID*F****ARCTIC SQZ 20OZ SPLASH- BLUE~
PO4*6*6*EA~
PO1**1500*EA*5*LE*CB*044417293*UK*00755247165189*VC*HMCDP10 PA2*IZ*20OZ*BO*0901*ZZ*9998~
CTP**RES*13.99~
PID*F****ARCTIC SQZ 20OZ - AMERICAN FLG~
PO4*6*6*EA~
PO1**1500*EA*5*LE*CB*044417316*UK*00755247165165*VC*HMCDP19 WV4*IZ*20OZ*BO*0901*ZZ*9998~
CTP**RES*13.99~
PID*F****ARCTIC SQZ 20OZ- WAVE 4~
PO4*6*6*EA~
PO1**1500*EA*5*LE*CB*044417390*UK*00755247165202*VC*HMCDP20 AR2*IZ*20OZ*BO*0901*ZZ*9998~
CTP**RES*13.99~
PID*F****ARCTIC SQZ 20OZ- ARTIST 2~
PO4*6*6*EA~
PO1**1500*EA*5*LE*CB*044417400*UK*00755247165233*VC*HMCDP21 WC1*IZ*20OZ*BO*0901*ZZ*9998~
CTP**RES*13.99~
PID*F****ARCTIC SQZ 20OZ- WATER COLOR 1~
PO4*6*6*EA~
PO1**1752*EA*6.25*LE*CB*044417442*UK*00755247140025*VC*HMIP24A DKB*IZ*24OZ*BO*4000*ZZ*99
98~
CTP**RES*14.99~
```

```
PID*F****PRISM 24OZ BTTL GLNDL TOP-DKBL~
PO4*6*6*EA~
PO1**1752*EA*6.25*LE*CB*044417578*UK*00755247140063*VC*HMIP24A GRY*IZ*24OZ*BO*1999*ZZ*99
98~
CTP**RES*14.99~
PID*F****PRISM 24OZ BTTL GLNDL TOP-GRAY~
PO4*6*6*EA~
PO1**1752*EA*6.25*LE*CB*044417646*UK*00755247140087*VC*HMTP24A TEA*IZ*24OZ*BO*3000*ZZ*99
98~
CTP**RES*14.99~
PID*F****PRISM 24 OZ BTTL BRGHTN TP-TEA~
PO4*6*6*EA~
PO1**1500*EA*6.25*LE*CB*044417756*UK*00755247140094*VC*HMTP24A RSP*IZ*24OZ*BO*6000*ZZ*99
98~
CTP**RES*14.99~
PID*F****PRISM 24 OZ BTTL BRGHTN TP-RSP~
PO4*6*6*EA~
PO1**1752*EA*6.25*LE*CB*044417824*UK*00755247140070*VC*HMTP24A DKB*IZ*24OZ*BO*4000*ZZ*99
98~
CTP**RES*14.99~
PID*F****PRISM 24 OZ BTTL BRGHTN TP-DKB~
PO4*6*6*EA~
PO1**1500*EA*7*LE*CB*044417947*UK*00755247165905*VC*HMRB32A DKB*IZ*1L*BO*4000*ZZ*9998~
CTP**RES*16.99~
PID*F****BULLET 1L BTTL WNDSR TP-DK BLU~
PO4*6*6*EA~
PO1**1500*EA*7*LE*CB*044418221*UK*00755247165912*VC*HMRB32A GRY*IZ*1L*BO*1999*ZZ*9998~
CTP**RES*16.99~
PID*F****BULLET 1L BTTL WNDSR TOP-GREY~
PO4*6*6*EA~
PO1**1500*EA*10*LE*CB*044418292*UK*00755247166339*VC*HMRV202*IZ*9999*BO*1000*ZZ*9998~
CTP**RES*24.99~
PID*F****VACUUM STNLSS DW SCRW TP BTL-B~
PO4*6*6*EA~
PO1**1500*EA*11*LE*CB*044418483*UK*00755247125732*VC*HMTV201*IZ*9999*BO*1000*ZZ*9998~
CTP**RES*24.99~
PID*F****VACUUM STNLSS DW STRA TP BTL-B~
PO4*6*6*EA~
CTT*19~
```

```
BEG*00*RL*301196*315813*20151210~
CUR*BY*USD~
REF*DP*961~
REF*IA*024362~
FOB*DF*OR*YANTIAN~
ITD*03*2**********NET 60**C~
DTM*001*20160304~
DTM*002*20160111~
TD5*****Refer to Route Guide~
N1*ST*The Sports Authority 841*92*841~
N3*130 GREENWOOD INDUSTRIAL PARKWAY~
N4*MCDONOUGH*GA*30253*USA~
PO1**1416*EA*5*LE*CB*044415758*UK*00755247125312*VC*HMCDP07 DKB*IZ*20OZ*BO*4000*ZZ*9998~
CTP**RES*13.99~
PID*F****ARCTIC SQZ 20OZ DW - DK BLUE~
PO4*6*6*EA~
PO1**1296*EA*5*LE*CB*044417222*UK*00755247125275*VC*HMCDP07 RSP*IZ*20OZ*BO*6000*ZZ*9998~
CTP**RES*13.99~
PID*F****ARCTIC SQZ 20OZ DW - RASPBERRY~
PO4*6*6*EA~
PO1**1296*EA*5*LE*CB*044417235*UK*00755247125299*VC*HMCDP07 GRN*IZ*20OZ*BO*3000*ZZ*9998~
CTP**RES*13.99~
PID*F****ARCTIC SQZ 20OZ DW- GREEN~
PO4*6*6*EA~
PO1**1296*EA*5*LE*CB*044417251*UK*00755247160061*VC*HMCDP09 RSP*IZ*20OZ*BO*6000*ZZ*9998~
CTP**RES*13.99~
PID*F****ARCTIC SQZ 20OZ SPLASH-RSPBRRY~
PO4*6*6*EA~
PO1**1296*EA*5*LE*CB*044417277*UK*00755247160047*VC*HMCDP09 PUR*IZ*20OZ*BO*5000*ZZ*9998~
CTP**RES*13.99~
PID*F****ARCTIC SQZ 20OZ SPLASH- PURPLE~
PO4*6*6*EA~
PO1**1296*EA*5*LE*CB*044417280*UK*00755247160030*VC*HMCDP09 BLU*IZ*20OZ*BO*4000*ZZ*9998~
CTP**RES*13.99~
PID*F****ARCTIC SQZ 20OZ SPLASH- BLUE~
PO4*6*6*EA~
PO1**816*EA*5*LE*CB*044417293*UK*00755247165189*VC*HMCDP10 PA2*IZ*20OZ*BO*0901*ZZ*9998~
CTP**RES*13.99~
PID*F****ARCTIC SQZ 20OZ - AMERICAN FLG~
PO4*6*6*EA~
PO1**816*EA*5*LE*CB*044417316*UK*00755247165165*VC*HMCDP19 WV4*IZ*20OZ*BO*0901*ZZ*9998~
CTP**RES*13.99~
PID*F****ARCTIC SQZ 20OZ- WAVE 4~
PO4*6*6*EA~
PO1**816*EA*5*LE*CB*044417390*UK*00755247165202*VC*HMCDP20 AR2*IZ*20OZ*BO*0901*ZZ*9998~
CTP**RES*13.99~
PID*F****ARCTIC SQZ 20OZ- ARTIST 2~
PO4*6*6*EA~
PO1**816*EA*5*LE*CB*044417400*UK*00755247165233*VC*HMCDP21 WC1*IZ*20OZ*BO*0901*ZZ*9998~
CTP**RES*13.99~
PID*F****ARCTIC SQZ 20OZ- WATER COLOR 1~
PO4*6*6*EA~
PO1**1296*EA*6.25*LE*CB*044417442*UK*00755247140025*VC*HMIP24A DKB*IZ*24OZ*BO*4000*ZZ*9998~
CTP**RES*14.99~
```

```
PID*F****PRISM 24OZ BTTL GLNDL TOP-DKBL~
PO4*6*6*EA~
PO1**1296*EA*6.25*LE*CB*044417578*UK*00755247140063*VC*HMIP24A GRY*IZ*24OZ*BO*1999*ZZ*9998~
CTP**RES*14.99~
PID*F****PRISM 24OZ BTTL GLNDL TOP-GRAY~
PO4*6*6*EA~
PO1**1296*EA*6.25*LE*CB*044417646*UK*00755247140087*VC*HMTP24A TEA*IZ*24OZ*BO*3000*ZZ*9998~
CTP**RES*14.99~
PID*F****PRISM 24 OZ BTTL BRGHTN TP-TEA~
PO4*6*6*EA~
PO1**816*EA*6.25*LE*CB*044417756*UK*00755247140094*VC*HMTP24A RSP*IZ*24OZ*BO*6000*ZZ*9998~
CTP**RES*14.99~
PID*F****PRISM 24 OZ BTTL BRGHTN TP-RSP~
PO4*6*6*EA~
PO1**1296*EA*6.25*LE*CB*044417824*UK*00755247140070*VC*HMTP24A DKB*IZ*24OZ*BO*4000*ZZ*9998~
CTP**RES*14.99~
PID*F****PRISM 24 OZ BTTL BRGHTN TP-DKB~
PO4*6*6*EA~
PO1**816*EA*7*LE*CB*044417947*UK*00755247165905*VC*HMRB32A DKB*IZ*1L*BO*4000*ZZ*9998~
CTP**RES*16.99~
PID*F****BULLET 1L BTTL WNDSR TP-DK BLU~
PO4*6*6*EA~
PO1**816*EA*7*LE*CB*044418221*UK*00755247165912*VC*HMRB32A GRY*IZ*1L*BO*1999*ZZ*9998~
CTP**RES*16.99~
PID*F****BULLET 1L BTTL WNDSR TOP-GREY~
PO4*6*6*EA~
PO1**816*EA*10*LE*CB*044418292*UK*00755247166339*VC*HMRV202*IZ*9999*BO*1000*ZZ*9998~
CTP**RES*24.99~
PID*F****VACUUM STNLSS DW SCRW TP BTL-B~
PO4*6*6*EA~
PO1**816*EA*11*LE*CB*044418483*UK*00755247125732*VC*HMTV201*IZ*9999*BO*1000*ZZ*9998~
CTP**RES*24.99~
PID*F****VACUUM STNLSS DW STRA TP BTL-B~
PO4*6*6*EA~
CTT*19~
```

```
BEG*00*RL*301196*315816*20151210~
CUR*BY*USD~
REF*DP*961~
REF*IA*024362~
FOB*DF*OR*YANTIAN~
ITD*03*2**********NET 60**C~
DTM*001*20160304~
DTM*002*20160111~
TD5*****Refer to Route Guide~
N1*ST*The Sports Authority 890*92*890~
N3*50 S. KALAMATH~
N4*DENVER*CO*80223*USA~
PO1**828*EA*5*LE*CB*044415758*UK*00755247125312*VC*HMCDP07 DKB*IZ*20OZ*BO*4000*ZZ*9998~
CTP**RES*13.99~
PID*F****ARCTIC SQZ 20OZ DW - DK BLUE~
PO4*6*6*EA~
PO1**744*EA*5*LE*CB*044417222*UK*00755247125275*VC*HMCDP07 RSP*IZ*20OZ*BO*6000*ZZ*9998~
CTP**RES*13.99~
PID*F****ARCTIC SQZ 20OZ DW - RASPBERRY~
PO4*6*6*EA~
PO1**744*EA*5*LE*CB*044417235*UK*00755247125299*VC*HMCDP07 GRN*IZ*20OZ*BO*3000*ZZ*9998~
CTP**RES*13.99~
PID*F****ARCTIC SQZ 20OZ DW- GREEN~
PO4*6*6*EA~
PO1**744*EA*5*LE*CB*044417251*UK*00755247160061*VC*HMCDP09 RSP*IZ*20OZ*BO*6000*ZZ*9998~
CTP**RES*13.99~
PID*F****ARCTIC SQZ 20OZ SPLASH-RSPBRRY~
PO4*6*6*EA~
PO1**744*EA*5*LE*CB*044417277*UK*00755247160047*VC*HMCDP09 PUR*IZ*20OZ*BO*5000*ZZ*9998~
CTP**RES*13.99~
PID*F****ARCTIC SQZ 20OZ SPLASH- PURPLE~
PO4*6*6*EA~
PO1**744*EA*5*LE*CB*044417280*UK*00755247160030*VC*HMCDP09 BLU*IZ*20OZ*BO*4000*ZZ*9998~
CTP**RES*13.99~
PID*F****ARCTIC SQZ 20OZ SPLASH- BLUE~
PO4*6*6*EA~
PO1**624*EA*5*LE*CB*044417293*UK*00755247165189*VC*HMCDP10 PA2*IZ*20OZ*BO*0901*ZZ*9998~
CTP**RES*13.99~
PID*F****ARCTIC SQZ 20OZ - AMERICAN FLG~
PO4*6*6*EA~
PO1**624*EA*5*LE*CB*044417316*UK*00755247165165*VC*HMCDP19 WV4*IZ*20OZ*BO*0901*ZZ*9998~
CTP**RES*13.99~
PID*F****ARCTIC SQZ 20OZ- WAVE 4~
PO4*6*6*EA~
PO1**624*EA*5*LE*CB*044417390*UK*00755247165202*VC*HMCDP20 AR2*IZ*20OZ*BO*0901*ZZ*9998~
CTP**RES*13.99~
PID*F****ARCTIC SQZ 20OZ- ARTIST 2~
PO4*6*6*EA~
PO1**624*EA*5*LE*CB*044417400*UK*00755247165233*VC*HMCDP21 WC1*IZ*20OZ*BO*0901*ZZ*9998~
CTP**RES*13.99~
PID*F****ARCTIC SQZ 20OZ- WATER COLOR 1~
PO4*6*6*EA~
PO1**744*EA*6.25*LE*CB*044417442*UK*00755247140025*VC*HMIP24A DKB*IZ*24OZ*BO*4000*ZZ*999
8~
CTP**RES*14.99~
```

```
PID*F****PRISM 24OZ BTTL GLNDL TOP-DKBL~
PO4*6*6*EA~
PO1**744*EA*6.25*LE*CB*044417578*UK*00755247140063*VC*HMIP24A GRY*IZ*24OZ*BO*1999*ZZ*999
8~
CTP**RES*14.99~
PID*F****PRISM 24OZ BTTL GLNDL TOP-GRAY~
PO4*6*6*EA~
PO1**744*EA*6.25*LE*CB*044417646*UK*00755247140087*VC*HMTP24A TEA*IZ*24OZ*BO*3000*ZZ*999
8~
CTP**RES*14.99~
PID*F****PRISM 24 OZ BTTL BRGHTN TP-TEA~
PO4*6*6*EA~
PO1**624*EA*6.25*LE*CB*044417756*UK*00755247140094*VC*HMTP24A RSP*IZ*24OZ*BO*6000*ZZ*999
8~
CTP**RES*14.99~
PID*F****PRISM 24 OZ BTTL BRGHTN TP-RSP~
PO4*6*6*EA~
PO1**744*EA*6.25*LE*CB*044417824*UK*00755247140070*VC*HMTP24A DKB*IZ*24OZ*BO*4000*ZZ*999
8~
CTP**RES*14.99~
PID*F****PRISM 24 OZ BTTL BRGHTN TP-DKB~
PO4*6*6*EA~
PO1**624*EA*7*LE*CB*044417947*UK*00755247165905*VC*HMRB32A DKB*IZ*1L*BO*4000*ZZ*9998~
CTP**RES*16.99~
PID*F****BULLET 1L BTTL WNDSR TP-DK BLU~
PO4*6*6*EA~
PO1**624*EA*7*LE*CB*044418221*UK*00755247165912*VC*HMRB32A GRY*IZ*1L*BO*1999*ZZ*9998~
CTP**RES*16.99~
PID*F****BULLET 1L BTTL WNDSR TOP-GREY~
PO4*6*6*EA~
PO1**624*EA*10*LE*CB*044418292*UK*00755247166339*VC*HMRV202*IZ*9999*BO*1000*ZZ*9998~
CTP**RES*24.99~
PID*F****VACUUM STNLSS DW SCRW TP BTL-B~
PO4*6*6*EA~
PO1**624*EA*11*LE*CB*044418483*UK*00755247125732*VC*HMTV201*IZ*9999*BO*1000*ZZ*9998~
CTP**RES*24.99~
PID*F****VACUUM STNLSS DW STRA TP BTL-B~
PO4*6*6*EA~
CTT*19~
```

```
BEG*00*RL*301196*315814*20151210~
CUR*BY*USD~
REF*DP*961~
REF*IA*024362~
FOB*DF*OR*YANTIAN~
ITD*03*2**********NET 60**C~
DTM*001*20160304~
DTM*002*20160111~
TD5*****Refer to Route Guide~
N1*ST*The Sports Authority 843*92*843~
N3*200 RICHARDS RUN~
N4*BURLINGTON*NJ*08016*USA~
PO1**1332*EA*5*LE*CB*044415758*UK*00755247125312*VC*HMCDP07 DKB*IZ*20OZ*BO*4000*ZZ*9998~
CTP**RES*13.99~
PID*F****ARCTIC SQZ 20OZ DW - DK BLUE~
PO4*6*6*EA~
PO1**1140*EA*5*LE*CB*044417222*UK*00755247125275*VC*HMCDP07 RSP*IZ*20OZ*BO*6000*ZZ*9998~
CTP**RES*13.99~
PID*F****ARCTIC SQZ 20OZ DW - RASPBERRY~
PO4*6*6*EA~
PO1**1140*EA*5*LE*CB*044417235*UK*00755247125299*VC*HMCDP07 GRN*IZ*20OZ*BO*3000*ZZ*9998~
CTP**RES*13.99~
PID*F****ARCTIC SQZ 20OZ DW- GREEN~
PO4*6*6*EA~
PO1**1140*EA*5*LE*CB*044417251*UK*00755247160061*VC*HMCDP09 RSP*IZ*20OZ*BO*6000*ZZ*9998~
CTP**RES*13.99~
PID*F****ARCTIC SQZ 20OZ SPLASH-RSPBRRY~
PO4*6*6*EA~
PO1**1140*EA*5*LE*CB*044417277*UK*00755247160047*VC*HMCDP09 PUR*IZ*20OZ*BO*5000*ZZ*9998~
CTP**RES*13.99~
PID*F****ARCTIC SQZ 20OZ SPLASH- PURPLE~
PO4*6*6*EA~
PO1**1140*EA*5*LE*CB*044417280*UK*00755247160030*VC*HMCDP09 BLU*IZ*20OZ*BO*4000*ZZ*9998~
CTP**RES*13.99~
PID*F****ARCTIC SQZ 20OZ SPLASH- BLUE~
PO4*6*6*EA~
PO1**1020*EA*5*LE*CB*044417293*UK*00755247165189*VC*HMCDP10 PA2*IZ*20OZ*BO*0901*ZZ*9998~
CTP**RES*13.99~
PID*F****ARCTIC SQZ 20OZ - AMERICAN FLG~
PO4*6*6*EA~
PO1**1020*EA*5*LE*CB*044417316*UK*00755247165165*VC*HMCDP19 WV4*IZ*20OZ*BO*0901*ZZ*9998~
CTP**RES*13.99~
PID*F****ARCTIC SQZ 20OZ- WAVE 4~
PO4*6*6*EA~
PO1**1020*EA*5*LE*CB*044417390*UK*00755247165202*VC*HMCDP20 AR2*IZ*20OZ*BO*0901*ZZ*9998~
CTP**RES*13.99~
PID*F****ARCTIC SQZ 20OZ- ARTIST 2~
PO4*6*6*EA~
PO1**1020*EA*5*LE*CB*044417400*UK*00755247165233*VC*HMCDP21 WC1*IZ*20OZ*BO*0901*ZZ*9998~
CTP**RES*13.99~
PID*F****ARCTIC SQZ 20OZ- WATER COLOR 1~
PO4*6*6*EA~
PO1**1140*EA*6.25*LE*CB*044417442*UK*00755247140025*VC*HMIP24A DKB*IZ*24OZ*BO*4000*ZZ*99
98~
CTP**RES*14.99~
```

```
PID*F****PRISM 24OZ BTTL GLNDL TOP-DKBL~
PO4*6*6*EA~
PO1**1140*EA*6.25*LE*CB*044417578*UK*00755247140063*VC*HMIP24A GRY*IZ*24OZ*BO*1999*ZZ*99
98~
CTP**RES*14.99~
PID*F****PRISM 24OZ BTTL GLNDL TOP-GRAY~
PO4*6*6*EA~
PO1**1140*EA*6.25*LE*CB*044417646*UK*00755247140087*VC*HMTP24A TEA*IZ*24OZ*BO*3000*ZZ*99
98~
CTP**RES*14.99~
PID*F****PRISM 24 OZ BTTL BRGHTN TP-TEA~
PO4*6*6*EA~
PO1**1020*EA*6.25*LE*CB*044417756*UK*00755247140094*VC*HMTP24A RSP*IZ*24OZ*BO*6000*ZZ*99
98~
CTP**RES*14.99~
PID*F****PRISM 24 OZ BTTL BRGHTN TP-RSP~
PO4*6*6*EA~
PO1**1140*EA*6.25*LE*CB*044417824*UK*00755247140070*VC*HMTP24A DKB*IZ*24OZ*BO*4000*ZZ*99
98~
CTP**RES*14.99~
PID*F****PRISM 24 OZ BTTL BRGHTN TP-DKB~
PO4*6*6*EA~
PO1**1020*EA*7*LE*CB*044417947*UK*00755247165905*VC*HMRB32A DKB*IZ*1L*BO*4000*ZZ*9998~
CTP**RES*16.99~
PID*F****BULLET 1L BTTL WNDSR TP-DK BLU~
PO4*6*6*EA~
PO1**1020*EA*7*LE*CB*044418221*UK*00755247165912*VC*HMRB32A GRY*IZ*1L*BO*1999*ZZ*9998~
CTP**RES*16.99~
PID*F****BULLET 1L BTTL WNDSR TOP-GREY~
PO4*6*6*EA~
PO1**1020*EA*10*LE*CB*044418292*UK*00755247166339*VC*HMRV202*IZ*9999*BO*1000*ZZ*9998~
CTP**RES*24.99~
PID*F****VACUUM STNLSS DW SCRW TP BTL-B~
PO4*6*6*EA~
PO1**1020*EA*11*LE*CB*044418483*UK*00755247125732*VC*HMTV201*IZ*9999*BO*1000*ZZ*9998~
CTP**RES*24.99~
PID*F****VACUUM STNLSS DW STRA TP BTL-B~
PO4*6*6*EA~
CTT*19~
```

O2COOL,LLC
168 N. CLINTON STREET
SUITE 500
CHICAGO IL   60661

PHONE: (312) 951-6700

| Invoice | ENV000124715 |
|---|---|
| Date | 2/11/2016 |
| Page | 1 |
| Order Number | EDI000127130 |

## INVOICE

**Bill To:**

SPORTS AUTHORITY
ACCOUNTS PAYABLE DEPT
PO BOX 2905
ENGLEWOOD CO   80150

**Ship To:**

SPORTS AUTHORITY
DISTRIBUTION CENTER #845
13053 SAN BERNARDINO AVE
FONTANA CA   92335

| Purchase Order No. | Customer ID | Salesperson ID | Shipping Method | Payment Terms | Req Ship Date | Master No. |
|---|---|---|---|---|---|---|
| 315815 | SPORAUTH02 | | YUSEN LOGISTICS | NET 60 | 1/11/2016 | 144,456 |

| Ordered | Shipped | B/O | Item Number | Description | Discount | Unit Price | Ext. Price |
|---|---|---|---|---|---|---|---|
| 1,752 | 1,752 | 0 | HMIP24A00O006BSA | 24OZ PRISM BOTTLE WITH GLENDALE MI | $0.00000 | $6.25000 | $10,950.00 |
| 1,752 | 1,752 | 0 | HMIP24A00O006YSA | 24OZ PRISM BOTTLE WITH GLENDALE MI | $0.00000 | $6.25000 | $10,950.00 |
| 1,752 | 1,752 | 0 | HMTP24A00O006TSA | 24OZ PRISM BOTTLE WITH BRIGHTON MI | $0.00000 | $6.25000 | $10,950.00 |
| 1,500 | 1,500 | 0 | HMTP24A00O006RSA | 24OZ PRISM BOTTLE WITH BRIGHTON MI | $0.00000 | $6.25000 | $9,375.00 |
| 1,752 | 1,752 | 0 | HMTP24A00O006BSA | 24OZ PRISM BOTTLE WITH BRIGHTON MI | $0.00000 | $6.25000 | $10,950.00 |
| 1,500 | 1,500 | 0 | HMRB32A00O006BSA | 1L BULLET BOTTLE WITH WINDSOR MNS | $0.00000 | $7.00000 | $10,500.00 |
| 1,500 | 1,500 | 0 | HMRB32A00O006YSA | 1L BULLET BOTTLE WITH WINDSOR MNS | $0.00000 | $7.00000 | $10,500.00 |
| 1,500 | 1,500 | 0 | HMRV20200O006TSA | 20OZ VACUUM INSULATED PAINTED STA | $0.00000 | $10.00000 | $15,000.00 |
| 1,500 | 1,500 | 0 | HMTV20100O006TSA | 20OZ VACUUM INSULATED PAINTED STA | $0.00000 | $11.00000 | $16,500.00 |

MARK FOR:845

| | |
|---|---|
| Subtotal | $105,675.00 |
| Misc | $0.00 |
| Tax | $0.00 |
| Freight | $0.00 |
| Trade Discount | $0.00 |
| Total | $105,675.00 |

```
BEG*00*RL*301196*315815*20151210~
CUR*BY*USD~
REF*DP*961~
REF*IA*024362~
FOB*DF*OR*YANTIAN~
ITD*03*2**********NET 60**C~
DTM*001*20160304~
DTM*002*20160111~
TD5*****Refer to Route Guide~
N1*ST*The Sports Authority 845*92*845~
N3*13053 SAN BERNARDINO AVENUE~
N4*FONTANA*CA*92335*USA~
PO1**1944*EA*5*LE*CB*044415758*UK*00755247125312*VC*HMCDP07 DKB*IZ*20OZ*BO*4000*ZZ*9998~
CTP**RES*13.99~
PID*F****ARCTIC SQZ 20OZ DW - DK BLUE~
PO4*6*6*EA~
PO1**1752*EA*5*LE*CB*044417222*UK*00755247125275*VC*HMCDP07 RSP*IZ*20OZ*BO*6000*ZZ*9998~
CTP**RES*13.99~
PID*F****ARCTIC SQZ 20OZ DW - RASPBERRY~
PO4*6*6*EA~
PO1**1752*EA*5*LE*CB*044417235*UK*00755247125299*VC*HMCDP07 GRN*IZ*20OZ*BO*3000*ZZ*9998~
CTP**RES*13.99~
PID*F****ARCTIC SQZ 20OZ DW- GREEN~
PO4*6*6*EA~
PO1**1752*EA*5*LE*CB*044417251*UK*00755247160061*VC*HMCDP09 RSP*IZ*20OZ*BO*6000*ZZ*9998~
CTP**RES*13.99~
PID*F****ARCTIC SQZ 20OZ SPLASH-RSPBRRY~
PO4*6*6*EA~
PO1**1752*EA*5*LE*CB*044417277*UK*00755247160047*VC*HMCDP09 PUR*IZ*20OZ*BO*5000*ZZ*9998~
CTP**RES*13.99~
PID*F****ARCTIC SQZ 20OZ SPLASH- PURPLE~
PO4*6*6*EA~
PO1**1752*EA*5*LE*CB*044417280*UK*00755247160030*VC*HMCDP09 BLU*IZ*20OZ*BO*4000*ZZ*9998~
CTP**RES*13.99~
PID*F****ARCTIC SQZ 20OZ SPLASH- BLUE~
PO4*6*6*EA~
PO1**1500*EA*5*LE*CB*044417293*UK*00755247165189*VC*HMCDP10 PA2*IZ*20OZ*BO*0901*ZZ*9998~
CTP**RES*13.99~
PID*F****ARCTIC SQZ 20OZ - AMERICAN FLG~
PO4*6*6*EA~
PO1**1500*EA*5*LE*CB*044417316*UK*00755247165165*VC*HMCDP19 WV4*IZ*20OZ*BO*0901*ZZ*9998~
CTP**RES*13.99~
PID*F****ARCTIC SQZ 20OZ- WAVE 4~
PO4*6*6*EA~
PO1**1500*EA*5*LE*CB*044417390*UK*00755247165202*VC*HMCDP20 AR2*IZ*20OZ*BO*0901*ZZ*9998~
CTP**RES*13.99~
PID*F****ARCTIC SQZ 20OZ- ARTIST 2~
PO4*6*6*EA~
PO1**1500*EA*5*LE*CB*044417400*UK*00755247165233*VC*HMCDP21 WC1*IZ*20OZ*BO*0901*ZZ*9998~
CTP**RES*13.99~
PID*F****ARCTIC SQZ 20OZ- WATER COLOR 1~
PO4*6*6*EA~
PO1**1752*EA*6.25*LE*CB*044417442*UK*00755247140025*VC*HMIP24A DKB*IZ*24OZ*BO*4000*ZZ*9998~
CTP**RES*14.99~
```

```
PID*F****PRISM 24OZ BTTL GLNDL TOP-DKBL~
PO4*6*6*EA~
PO1**1752*EA*6.25*LE*CB*044417578*UK*00755247140063*VC*HMIP24A GRY*IZ*24OZ*BO*1999*ZZ*99
98~
CTP**RES*14.99~
PID*F****PRISM 24OZ BTTL GLNDL TOP-GRAY~
PO4*6*6*EA~
PO1**1752*EA*6.25*LE*CB*044417646*UK*00755247140087*VC*HMTP24A TEA*IZ*24OZ*BO*3000*ZZ*99
98~
CTP**RES*14.99~
PID*F****PRISM 24 OZ BTTL BRGHTN TP-TEA~
PO4*6*6*EA~
PO1**1500*EA*6.25*LE*CB*044417756*UK*00755247140094*VC*HMTP24A RSP*IZ*24OZ*BO*6000*ZZ*99
98~
CTP**RES*14.99~
PID*F****PRISM 24 OZ BTTL BRGHTN TP-RSP~
PO4*6*6*EA~
PO1**1752*EA*6.25*LE*CB*044417824*UK*00755247140070*VC*HMTP24A DKB*IZ*24OZ*BO*4000*ZZ*99
98~
CTP**RES*14.99~
PID*F****PRISM 24 OZ BTTL BRGHTN TP-DKB~
PO4*6*6*EA~
PO1**1500*EA*7*LE*CB*044417947*UK*00755247165905*VC*HMRB32A DKB*IZ*1L*BO*4000*ZZ*9998~
CTP**RES*16.99~
PID*F****BULLET 1L BTTL WNDSR TP-DK BLU~
PO4*6*6*EA~
PO1**1500*EA*7*LE*CB*044418221*UK*00755247165912*VC*HMRB32A GRY*IZ*1L*BO*1999*ZZ*9998~
CTP**RES*16.99~
PID*F****BULLET 1L BTTL WNDSR TOP-GREY~
PO4*6*6*EA~
PO1**1500*EA*10*LE*CB*044418292*UK*00755247166339*VC*HMRV202*IZ*9999*BO*1000*ZZ*9998~
CTP**RES*24.99~
PID*F****VACUUM STNLSS DW SCRW TP BTL-B~
PO4*6*6*EA~
PO1**1500*EA*11*LE*CB*044418483*UK*00755247125732*VC*HMTV201*IZ*9999*BO*1000*ZZ*9998~
CTP**RES*24.99~
PID*F****VACUUM STNLSS DW STRA TP BTL-B~
PO4*6*6*EA~
CTT*19~
```

```
BEG*00*RL*301196*315812*20151210~
CUR*BY*USD~
REF*DP*961~
REF*IA*024362~
FOB*DF*OR*YANTIAN~
ITD*03*2**********NET 60**C~
DTM*001*20160304~
DTM*002*20160111~
TD5*****Refer to Route Guide~
N1*ST*The Sports Authority 820*92*820~
N3*1140 WEST REMINGTON BLVD~
N4*ROMEOVILLE*IL*60446*USA~
PO1**1038*EA*5*LE*CB*044415758*UK*00755247125312*VC*HMCDP07 DKB*IZ*20OZ*BO*4000*ZZ*9998~
CTP**RES*13.99~
PID*F****ARCTIC SQZ 20OZ DW - DK BLUE~
PO4*6*6*EA~
PO1**930*EA*5*LE*CB*044417222*UK*00755247125275*VC*HMCDP07 RSP*IZ*20OZ*BO*6000*ZZ*9998~
CTP**RES*13.99~
PID*F****ARCTIC SQZ 20OZ DW - RASPBERRY~
PO4*6*6*EA~
PO1**930*EA*5*LE*CB*044417235*UK*00755247125299*VC*HMCDP07 GRN*IZ*20OZ*BO*3000*ZZ*9998~
CTP**RES*13.99~
PID*F****ARCTIC SQZ 20OZ DW- GREEN~
PO4*6*6*EA~
PO1**930*EA*5*LE*CB*044417251*UK*00755247160061*VC*HMCDP09 RSP*IZ*20OZ*BO*6000*ZZ*9998~
CTP**RES*13.99~
PID*F****ARCTIC SQZ 20OZ SPLASH-RSPBRRY~
PO4*6*6*EA~
PO1**930*EA*5*LE*CB*044417277*UK*00755247160047*VC*HMCDP09 PUR*IZ*20OZ*BO*5000*ZZ*9998~
CTP**RES*13.99~
PID*F****ARCTIC SQZ 20OZ SPLASH- PURPLE~
PO4*6*6*EA~
PO1**930*EA*5*LE*CB*044417280*UK*00755247160030*VC*HMCDP09 BLU*IZ*20OZ*BO*4000*ZZ*9998~
CTP**RES*13.99~
PID*F****ARCTIC SQZ 20OZ SPLASH- BLUE~
PO4*6*6*EA~
PO1**648*EA*5*LE*CB*044417293*UK*00755247165189*VC*HMCDP10 PA2*IZ*20OZ*BO*0901*ZZ*9998~
CTP**RES*13.99~
PID*F****ARCTIC SQZ 20OZ - AMERICAN FLG~
PO4*6*6*EA~
PO1**648*EA*5*LE*CB*044417316*UK*00755247165165*VC*HMCDP19 WV4*IZ*20OZ*BO*0901*ZZ*9998~
CTP**RES*13.99~
PID*F****ARCTIC SQZ 20OZ- WAVE 4~
PO4*6*6*EA~
PO1**648*EA*5*LE*CB*044417390*UK*00755247165202*VC*HMCDP20 AR2*IZ*20OZ*BO*0901*ZZ*9998~
CTP**RES*13.99~
PID*F****ARCTIC SQZ 20OZ- ARTIST 2~
PO4*6*6*EA~
PO1**648*EA*5*LE*CB*044417400*UK*00755247165233*VC*HMCDP21 WC1*IZ*20OZ*BO*0901*ZZ*9998~
CTP**RES*13.99~
PID*F****ARCTIC SQZ 20OZ- WATER COLOR 1~
PO4*6*6*EA~
PO1**930*EA*6.25*LE*CB*044417442*UK*00755247140025*VC*HMIP24A DKB*IZ*24OZ*BO*4000*ZZ*999
8~
CTP**RES*14.99~
```

```
PID*F****PRISM 24OZ BTTL GLNDL TOP-DKBL~
PO4*6*6*EA~
PO1**930*EA*6.25*LE*CB*044417578*UK*00755247140063*VC*HMIP24A GRY*IZ*24OZ*BO*1999*ZZ*999
8~
CTP**RES*14.99~
PID*F****PRISM 24OZ BTTL GLNDL TOP-GRAY~
PO4*6*6*EA~
PO1**930*EA*6.25*LE*CB*044417646*UK*00755247140087*VC*HMTP24A TEA*IZ*24OZ*BO*3000*ZZ*999
8~
CTP**RES*14.99~
PID*F****PRISM 24 OZ BTTL BRGHTN TP-TEA~
PO4*6*6*EA~
PO1**648*EA*6.25*LE*CB*044417756*UK*00755247140094*VC*HMTP24A RSP*IZ*24OZ*BO*6000*ZZ*999
8~
CTP**RES*14.99~
PID*F****PRISM 24 OZ BTTL BRGHTN TP-RSP~
PO4*6*6*EA~
PO1**930*EA*6.25*LE*CB*044417824*UK*00755247140070*VC*HMTP24A DKB*IZ*24OZ*BO*4000*ZZ*999
8~
CTP**RES*14.99~
PID*F****PRISM 24 OZ BTTL BRGHTN TP-DKB~
PO4*6*6*EA~
PO1**648*EA*7*LE*CB*044417947*UK*00755247165905*VC*HMRB32A DKB*IZ*1L*BO*4000*ZZ*9998~
CTP**RES*16.99~
PID*F****BULLET 1L BTTL WNDSR TP-DK BLU~
PO4*6*6*EA~
PO1**648*EA*7*LE*CB*044418221*UK*00755247165912*VC*HMRB32A GRY*IZ*1L*BO*1999*ZZ*9998~
CTP**RES*16.99~
PID*F****BULLET 1L BTTL WNDSR TOP-GREY~
PO4*6*6*EA~
PO1**648*EA*10*LE*CB*044418292*UK*00755247166339*VC*HMRV202*IZ*9999*BO*1000*ZZ*9998~
CTP**RES*24.99~
PID*F****VACUUM STNLSS DW SCRW TP BTL-B~
PO4*6*6*EA~
PO1**648*EA*11*LE*CB*044418483*UK*00755247125732*VC*HMTV201*IZ*9999*BO*1000*ZZ*9998~
CTP**RES*24.99~
PID*F****VACUUM STNLSS DW STRA TP BTL-B~
PO4*6*6*EA~
CTT*19~
```

```
BEG*00*RL*301196*315814*20151210~
CUR*BY*USD~
REF*DP*961~
REF*IA*024362~
FOB*DF*OR*YANTIAN~
ITD*03*2**********NET 60**C~
DTM*001*20160304~
DTM*002*20160111~
TD5*****Refer to Route Guide~
N1*ST*The Sports Authority 843*92*843~
N3*200 RICHARDS RUN~
N4*BURLINGTON*NJ*08016*USA~
PO1**1332*EA*5*LE*CB*044415758*UK*00755247125312*VC*HMCDP07 DKB*IZ*20OZ*BO*4000*ZZ*9998~
CTP**RES*13.99~
PID*F****ARCTIC SQZ 20OZ DW - DK BLUE~
PO4*6*6*EA~
PO1**1140*EA*5*LE*CB*044417222*UK*00755247125275*VC*HMCDP07 RSP*IZ*20OZ*BO*6000*ZZ*9998~
CTP**RES*13.99~
PID*F****ARCTIC SQZ 20OZ DW - RASPBERRY~
PO4*6*6*EA~
PO1**1140*EA*5*LE*CB*044417235*UK*00755247125299*VC*HMCDP07 GRN*IZ*20OZ*BO*3000*ZZ*9998~
CTP**RES*13.99~
PID*F****ARCTIC SQZ 20OZ DW- GREEN~
PO4*6*6*EA~
PO1**1140*EA*5*LE*CB*044417251*UK*00755247160061*VC*HMCDP09 RSP*IZ*20OZ*BO*6000*ZZ*9998~
CTP**RES*13.99~
PID*F****ARCTIC SQZ 20OZ SPLASH-RSPBRRY~
PO4*6*6*EA~
PO1**1140*EA*5*LE*CB*044417277*UK*00755247160047*VC*HMCDP09 PUR*IZ*20OZ*BO*5000*ZZ*9998~
CTP**RES*13.99~
PID*F****ARCTIC SQZ 20OZ SPLASH- PURPLE~
PO4*6*6*EA~
PO1**1140*EA*5*LE*CB*044417280*UK*00755247160030*VC*HMCDP09 BLU*IZ*20OZ*BO*4000*ZZ*9998~
CTP**RES*13.99~
PID*F****ARCTIC SQZ 20OZ SPLASH- BLUE~
PO4*6*6*EA~
PO1**1020*EA*5*LE*CB*044417293*UK*00755247165189*VC*HMCDP10 PA2*IZ*20OZ*BO*0901*ZZ*9998~
CTP**RES*13.99~
PID*F****ARCTIC SQZ 20OZ - AMERICAN FLG~
PO4*6*6*EA~
PO1**1020*EA*5*LE*CB*044417316*UK*00755247165165*VC*HMCDP19 WV4*IZ*20OZ*BO*0901*ZZ*9998~
CTP**RES*13.99~
PID*F****ARCTIC SQZ 20OZ- WAVE 4~
PO4*6*6*EA~
PO1**1020*EA*5*LE*CB*044417390*UK*00755247165202*VC*HMCDP20 AR2*IZ*20OZ*BO*0901*ZZ*9998~
CTP**RES*13.99~
PID*F****ARCTIC SQZ 20OZ- ARTIST 2~
PO4*6*6*EA~
PO1**1020*EA*5*LE*CB*044417400*UK*00755247165233*VC*HMCDP21 WC1*IZ*20OZ*BO*0901*ZZ*9998~
CTP**RES*13.99~
PID*F****ARCTIC SQZ 20OZ- WATER COLOR 1~
PO4*6*6*EA~
PO1**1140*EA*6.25*LE*CB*044417442*UK*00755247140025*VC*HMIP24A DKB*IZ*24OZ*BO*4000*ZZ*9998~
CTP**RES*14.99~
```

```
PID*F****PRISM 24OZ BTTL GLNDL TOP-DKBL~
PO4*6*6*EA~
PO1**1140*EA*6.25*LE*CB*044417578*UK*00755247140063*VC*HMIP24A GRY*IZ*24OZ*BO*1999*ZZ*99
98~
CTP**RES*14.99~
PID*F****PRISM 24OZ BTTL GLNDL TOP-GRAY~
PO4*6*6*EA~
PO1**1140*EA*6.25*LE*CB*044417646*UK*00755247140087*VC*HMTP24A TEA*IZ*24OZ*BO*3000*ZZ*99
98~
CTP**RES*14.99~
PID*F****PRISM 24 OZ BTTL BRGHTN TP-TEA~
PO4*6*6*EA~
PO1**1020*EA*6.25*LE*CB*044417756*UK*00755247140094*VC*HMTP24A RSP*IZ*24OZ*BO*6000*ZZ*99
98~
CTP**RES*14.99~
PID*F****PRISM 24 OZ BTTL BRGHTN TP-RSP~
PO4*6*6*EA~
PO1**1140*EA*6.25*LE*CB*044417824*UK*00755247140070*VC*HMTP24A DKB*IZ*24OZ*BO*4000*ZZ*99
98~
CTP**RES*14.99~
PID*F****PRISM 24 OZ BTTL BRGHTN TP-DKB~
PO4*6*6*EA~
PO1**1020*EA*7*LE*CB*044417947*UK*00755247165905*VC*HMRB32A DKB*IZ*1L*BO*4000*ZZ*9998~
CTP**RES*16.99~
PID*F****BULLET 1L BTTL WNDSR TP-DK BLU~
PO4*6*6*EA~
PO1**1020*EA*7*LE*CB*044418221*UK*00755247165912*VC*HMRB32A GRY*IZ*1L*BO*1999*ZZ*9998~
CTP**RES*16.99~
PID*F****BULLET 1L BTTL WNDSR TOP-GREY~
PO4*6*6*EA~
PO1**1020*EA*10*LE*CB*044418292*UK*00755247166339*VC*HMRV202*IZ*9999*BO*1000*ZZ*9998~
CTP**RES*24.99~
PID*F****VACUUM STNLSS DW SCRW TP BTL-B~
PO4*6*6*EA~
PO1**1020*EA*11*LE*CB*044418483*UK*00755247125732*VC*HMTV201*IZ*9999*BO*1000*ZZ*9998~
CTP**RES*24.99~
PID*F****VACUUM STNLSS DW STRA TP BTL-B~
PO4*6*6*EA~
CTT*19~
```

```
BEG*00*RL*301196*315813*20151210~
CUR*BY*USD~
REF*DP*961~
REF*IA*024362~
FOB*DF*OR*YANTIAN~
ITD*03*2**********NET 60**C~
DTM*001*20160304~
DTM*002*20160111~
TD5*****Refer to Route Guide~
N1*ST*The Sports Authority 841*92*841~
N3*130 GREENWOOD INDUSTRIAL PARKWAY~
N4*MCDONOUGH*GA*30253*USA~
PO1**1416*EA*5*LE*CB*044415758*UK*00755247125312*VC*HMCDP07 DKB*IZ*20OZ*BO*4000*ZZ*9998~
CTP**RES*13.99~
PID*F****ARCTIC SQZ 20OZ DW - DK BLUE~
PO4*6*6*EA~
PO1**1296*EA*5*LE*CB*044417222*UK*00755247125275*VC*HMCDP07 RSP*IZ*20OZ*BO*6000*ZZ*9998~
CTP**RES*13.99~
PID*F****ARCTIC SQZ 20OZ DW - RASPBERRY~
PO4*6*6*EA~
PO1**1296*EA*5*LE*CB*044417235*UK*00755247125299*VC*HMCDP07 GRN*IZ*20OZ*BO*3000*ZZ*9998~
CTP**RES*13.99~
PID*F****ARCTIC SQZ 20OZ DW- GREEN~
PO4*6*6*EA~
PO1**1296*EA*5*LE*CB*044417251*UK*00755247160061*VC*HMCDP09 RSP*IZ*20OZ*BO*6000*ZZ*9998~
CTP**RES*13.99~
PID*F****ARCTIC SQZ 20OZ SPLASH-RSPBRRY~
PO4*6*6*EA~
PO1**1296*EA*5*LE*CB*044417277*UK*00755247160047*VC*HMCDP09 PUR*IZ*20OZ*BO*5000*ZZ*9998~
CTP**RES*13.99~
PID*F****ARCTIC SQZ 20OZ SPLASH- PURPLE~
PO4*6*6*EA~
PO1**1296*EA*5*LE*CB*044417280*UK*00755247160030*VC*HMCDP09 BLU*IZ*20OZ*BO*4000*ZZ*9998~
CTP**RES*13.99~
PID*F****ARCTIC SQZ 20OZ SPLASH- BLUE~
PO4*6*6*EA~
PO1**816*EA*5*LE*CB*044417293*UK*00755247165189*VC*HMCDP10 PA2*IZ*20OZ*BO*0901*ZZ*9998~
CTP**RES*13.99~
PID*F****ARCTIC SQZ 20OZ - AMERICAN FLG~
PO4*6*6*EA~
PO1**816*EA*5*LE*CB*044417316*UK*00755247165165*VC*HMCDP19 WV4*IZ*20OZ*BO*0901*ZZ*9998~
CTP**RES*13.99~
PID*F****ARCTIC SQZ 20OZ- WAVE 4~
PO4*6*6*EA~
PO1**816*EA*5*LE*CB*044417390*UK*00755247165202*VC*HMCDP20 AR2*IZ*20OZ*BO*0901*ZZ*9998~
CTP**RES*13.99~
PID*F****ARCTIC SQZ 20OZ- ARTIST 2~
PO4*6*6*EA~
PO1**816*EA*5*LE*CB*044417400*UK*00755247165233*VC*HMCDP21 WC1*IZ*20OZ*BO*0901*ZZ*9998~
CTP**RES*13.99~
PID*F****ARCTIC SQZ 20OZ- WATER COLOR 1~
PO4*6*6*EA~
PO1**1296*EA*6.25*LE*CB*044417442*UK*00755247140025*VC*HMIP24A DKB*IZ*24OZ*BO*4000*ZZ*99
98~
CTP**RES*14.99~
```

```
PID*F****PRISM 24OZ BTTL GLNDL TOP-DKBL~
PO4*6*6*EA~
PO1**1296*EA*6.25*LE*CB*044417578*UK*00755247140063*VC*HMIP24A GRY*IZ*24OZ*BO*1999*ZZ*99
98~
CTP**RES*14.99~
PID*F****PRISM 24OZ BTTL GLNDL TOP-GRAY~
PO4*6*6*EA~
PO1**1296*EA*6.25*LE*CB*044417646*UK*00755247140087*VC*HMTP24A TEA*IZ*24OZ*BO*3000*ZZ*99
98~
CTP**RES*14.99~
PID*F****PRISM 24 OZ BTTL BRGHTN TP-TEA~
PO4*6*6*EA~
PO1**816*EA*6.25*LE*CB*044417756*UK*00755247140094*VC*HMTP24A RSP*IZ*24OZ*BO*6000*ZZ*999
8~
CTP**RES*14.99~
PID*F****PRISM 24 OZ BTTL BRGHTN TP-RSP~
PO4*6*6*EA~
PO1**1296*EA*6.25*LE*CB*044417824*UK*00755247140070*VC*HMTP24A DKB*IZ*24OZ*BO*4000*ZZ*99
98~
CTP**RES*14.99~
PID*F****PRISM 24 OZ BTTL BRGHTN TP-DKB~
PO4*6*6*EA~
PO1**816*EA*7*LE*CB*044417947*UK*00755247165905*VC*HMRB32A DKB*IZ*1L*BO*4000*ZZ*9998~
CTP**RES*16.99~
PID*F****BULLET 1L BTTL WNDSR TP-DK BLU~
PO4*6*6*EA~
PO1**816*EA*7*LE*CB*044418221*UK*00755247165912*VC*HMRB32A GRY*IZ*1L*BO*1999*ZZ*9998~
CTP**RES*16.99~
PID*F****BULLET 1L BTTL WNDSR TOP-GREY~
PO4*6*6*EA~
PO1**816*EA*10*LE*CB*044418292*UK*00755247166339*VC*HMRV202*IZ*9999*BO*1000*ZZ*9998~
CTP**RES*24.99~
PID*F****VACUUM STNLSS DW SCRW TP BTL-B~
PO4*6*6*EA~
PO1**816*EA*11*LE*CB*044418483*UK*00755247125732*VC*HMTV201*IZ*9999*BO*1000*ZZ*9998~
CTP**RES*24.99~
PID*F****VACUUM STNLSS DW STRA TP BTL-B~
PO4*6*6*EA~
CTT*19~
```