# EXHIBIT D



February 12, 2016

<u>**VIA FACSIMILE (310-782-7998), E-MAIL (yusla-tsa@us.yusen-logistics.com),
OVERNIGHT DELIVERY and U.S. MAIL**</u>

Yusen Logistics (Americas) Inc.
19001 Harborgate Way
Torrance, CA  90501

    *Re:*    *UCC § 2-705 Notice of Stoppage of Delivery of Goods in Transit to
          TSA Stores, Inc.*

Dear Sir or Madam:

      I am writing in connection with the shipment by O2Cool, LLC ("Seller") to TSA Stores, Inc. ("Buyer") of the goods listed on the enclosed invoice and purchase order and described as follows (the "Goods"):

| Purchase Order # | Invoice # | Item Number | TSA SKU | Quantity |
|---|---|---|---|---|
| 315815 | ENV000124636 | HMCDP0700O006BSA | 044415758 | 1,944 |
| 315815 | ENV000124636 | HMCDP0700O006RSA | 044417222 | 1,752 |
| 315815 | ENV000124636 | HMCDP0700O006GSA | 044417235 | 1,752 |
| 315815 | ENV000124636 | HMCDP0900O006RSA | 044417251 | 1,752 |
| 315815 | ENV000124636 | HMCDP0900O006PSA | 044417277 | 1,752 |
| 315815 | ENV000124636 | HMCDP0900O006BSA | 044417280 | 1,752 |
| 315815 | ENV000124636 | HMCDP1000O006SA2 | 044417293 | 1,500 |
| 315815 | ENV000124636 | HMCDP1900O006SA4 | 044417316 | 1,500 |
| 315815 | ENV000124636 | HMCDP2000O006SA2 | 044417390 | 1,500 |
| 315815 | ENV000124636 | HMCDP2100O006SA1 | 044417400 | 1,500 |

We understand that you are in possession of the Goods charged with delivering them to Buyer. We have determined, on information and belief, that Buyer is insolvent within the meaning of Article 2 of the Uniform Commercial Code.  Accordingly, pursuant to UCC § 2-705(1), Seller hereby demands that you stop delivery of the Goods immediately and instead, pursuant to UCC § 2-705(3)(b), deliver them to Seller's location at:

Yusen Logistics (Americas) Inc.
February 12, 2016
Page 2

**Partner Logistics, Inc.**

**Attn: Kurt Lentsch**

**2700 Carl Blvd.**

**Elk Grove Village, IL 60007-6719**

Pursuant to UCC § 2-705(3)(b), we will reimburse your charges for diverting the shipment to our location above.

For your reference, I have also enclosed a copy of Forwarder's Cargo Receipt No. TSA-SZP - 1600037 pertaining to the Goods to enable you to more easily identify the shipment.

Please contact me immediately upon receipt of this letter at (312) 951-6700 or along@o2-cool.com to acknowledge receipt of this letter and to confirm that you will honor our request to redirect delivery of the Goods to our location at the address listed above.

Please contact me if you have any questions.

Very truly yours,

Amy Long
Chief Financial Officer

Enclosures

cc:   Alan Leib (via e-mail)
      Jason Torf (via e-mail)
      John Hodge (via e-mail)

2946465/1/15542.000

**O2COOL,LLC**
**168 N. CLINTON STREET**
**SUITE 500**
**CHICAGO IL   60661**

\*\*\*\*H I S T O R I C A L\*\*\*\*

| Invoice | ENV000124636 |
|---|---|
| Date | 1/21/2016 |
| Page | 1 |
| Order Number | EDI000127125 |

PHONE: (312) 951-6700

# INVOICE

**Bill To:**

SPORTS AUTHORITY
ACCOUNTS PAYABLE DEPT
PO BOX 2905
ENGLEWOOD CO   80150

**Ship To:**

SPORTS AUTHORITY
DISTRIBUTION CENTER #845
13053 SAN BERNARDINO AVE
FONTANA CA   92335

| Purchase Order No. | | Customer ID | Salesperson ID | Shipping Method | Payment Terms | Req Ship Date | Master No. |
|---|---|---|---|---|---|---|---|
| 315815 | | SPORAUTH02 | | YUSEN LOGISTICS | NET 60 | 1/11/2016 | 144,450 |

| Ordered | Shipped | B/O | Item Number | Description | Discount | Unit Price | Ext. Price |
|---|---|---|---|---|---|---|---|
| 1,944 | 1,944 | 0 | HMCDP0700O006BSA | 20OZ INSULATED ARCTICSQUEEZE MNS | $0.00000 | $5.00000 | $9,720.00 |
| 1,752 | 1,752 | 0 | HMCDP0700O006RSA | 20OZ INSULATED ARCTICSQUEEZE MNS | $0.00000 | $5.00000 | $8,760.00 |
| 1,752 | 1,752 | 0 | HMCDP0700O006GSA | 20OZ INSULATED ARCTICSQUEEZE MNS | $0.00000 | $5.00000 | $8,760.00 |
| 1,752 | 1,752 | 0 | HMCDP0900O006RSA | 20OZ INSULATED ARCTICSQUEEZE TOP | $0.00000 | $5.00000 | $8,760.00 |
| 1,752 | 1,752 | 0 | HMCDP0900O006PSA | 20OZ INSULATED ARCTICSQUEEZE TOP | $0.00000 | $5.00000 | $8,760.00 |
| 1,752 | 1,752 | 0 | HMCDP0900O006BSA | 20OZ INSULATED ARCTICSQUEEZE TOP | $0.00000 | $5.00000 | $8,760.00 |
| 1,500 | 1,500 | 0 | HMCDP1000O006SA2 | 20OZ INSULATED ARCTICSQUEEZE MNS | $0.00000 | $5.00000 | $7,500.00 |
| 1,500 | 1,500 | 0 | HMCDP1900O006SA4 | ARCTICSQUEEZE DW 20 OZ MIST N SIP - | $0.00000 | $5.00000 | $7,500.00 |
| 1,500 | 1,500 | 0 | HMCDP2000O006SA2 | ARCTICSQUEEZE DW 20 OZ MIST N SIP - | $0.00000 | $5.00000 | $7,500.00 |
| 1,500 | 1,500 | 0 | HMCDP2100O006SA1 | ARCTICSQUEEZE DW 20 OZ MIST N SIP - | $0.00000 | $5.00000 | $7,500.00 |

MARK FOR:845

| | |
|---|---|
| Subtotal | $83,520.00 |
| Misc | $0.00 |
| Tax | $0.00 |
| Freight | $0.00 |
| Trade Discount | |
| Total | $83,520.00 |

```
BEG*00*RL*301196*315815*20151210~
CUR*BY*USD~
REF*DP*961~
REF*IA*024362~
FOB*DF*OR*YANTIAN~
ITD*03*2**********NET 60**C~
DTM*001*20160304~
DTM*002*20160111~
TD5****Refer to Route Guide~
N1*ST*The Sports Authority 845*92*845~
N3*13053 SAN BERNARDINO AVENUE~
N4*FONTANA*CA*92335*USA~
PO1**1944*EA*5*LE*CB*044415758*UK*00755247125312*VC*HMCDP07 DKB*IZ*20OZ*BO*4000*ZZ*9998~
CTP**RES*13.99~
PID*F****ARCTIC SQZ 20OZ DW - DK BLUE~
PO4*6*6*EA~
PO1**1752*EA*5*LE*CB*044417222*UK*00755247125275*VC*HMCDP07 RSP*IZ*20OZ*BO*6000*ZZ*9998~
CTP**RES*13.99~
PID*F****ARCTIC SQZ 20OZ DW - RASPBERRY~
PO4*6*6*EA~
PO1**1752*EA*5*LE*CB*044417235*UK*00755247125299*VC*HMCDP07 GRN*IZ*20OZ*BO*3000*ZZ*9998~
CTP**RES*13.99~
PID*F****ARCTIC SQZ 20OZ DW- GREEN~
PO4*6*6*EA~
PO1**1752*EA*5*LE*CB*044417251*UK*00755247160061*VC*HMCDP09 RSP*IZ*20OZ*BO*6000*ZZ*9998~
CTP**RES*13.99~
PID*F****ARCTIC SQZ 20OZ SPLASH-RSPBRRY~
PO4*6*6*EA~
PO1**1752*EA*5*LE*CB*044417277*UK*00755247160047*VC*HMCDP09 PUR*IZ*20OZ*BO*5000*ZZ*9998~
CTP**RES*13.99~
PID*F****ARCTIC SQZ 20OZ SPLASH- PURPLE~
PO4*6*6*EA~
PO1**1752*EA*5*LE*CB*044417280*UK*00755247160030*VC*HMCDP09 BLU*IZ*20OZ*BO*4000*ZZ*9998~
CTP**RES*13.99~
PID*F****ARCTIC SQZ 20OZ SPLASH- BLUE~
PO4*6*6*EA~
PO1**1500*EA*5*LE*CB*044417293*UK*00755247165189*VC*HMCDP10 PA2*IZ*20OZ*BO*0901*ZZ*9998~
CTP**RES*13.99~
PID*F****ARCTIC SQZ 20OZ - AMERICAN FLG~
PO4*6*6*EA~
PO1**1500*EA*5*LE*CB*044417316*UK*00755247165165*VC*HMCDP19 WV4*IZ*20OZ*BO*0901*ZZ*9998~
CTP**RES*13.99~
PID*F****ARCTIC SQZ 20OZ- WAVE 4~
PO4*6*6*EA~
PO1**1500*EA*5*LE*CB*044417390*UK*00755247165202*VC*HMCDP20 AR2*IZ*20OZ*BO*0901*ZZ*9998~
CTP**RES*13.99~
PID*F****ARCTIC SQZ 20OZ- ARTIST 2~
PO4*6*6*EA~
PO1**1500*EA*5*LE*CB*044417400*UK*00755247165233*VC*HMCDP21 WC1*IZ*20OZ*BO*0901*ZZ*9998~
CTP**RES*13.99~
PID*F****ARCTIC SQZ 20OZ- WATER COLOR 1~
PO4*6*6*EA~
PO1**1752*EA*6.25*LE*CB*044417442*UK*00755247140025*VC*HMIP24A DKB*IZ*24OZ*BO*4000*ZZ*9998~
CTP**RES*14.99~
```

```
PID*F****PRISM 24OZ BTTL GLNDL TOP-DKBL~
PO4*6*6*EA~
PO1**1752*EA*6.25*LE*CB*044417578*UK*00755247140063*VC*HMIP24A GRY*IZ*24OZ*BO*1999*ZZ*99
98~
CTP**RES*14.99~
PID*F****PRISM 24OZ BTTL GLNDL TOP-GRAY~
PO4*6*6*EA~
PO1**1752*EA*6.25*LE*CB*044417646*UK*00755247140087*VC*HMTP24A TEA*IZ*24OZ*BO*3000*ZZ*99
98~
CTP**RES*14.99~
PID*F****PRISM 24 OZ BTTL BRGHTN TP-TEA~
PO4*6*6*EA~
PO1**1500*EA*6.25*LE*CB*044417756*UK*00755247140094*VC*HMTP24A RSP*IZ*24OZ*BO*6000*ZZ*99
98~
CTP**RES*14.99~
PID*F****PRISM 24 OZ BTTL BRGHTN TP-RSP~
PO4*6*6*EA~
PO1**1752*EA*6.25*LE*CB*044417824*UK*00755247140070*VC*HMTP24A DKB*IZ*24OZ*BO*4000*ZZ*99
98~
CTP**RES*14.99~
PID*F****PRISM 24 OZ BTTL BRGHTN TP-DKB~
PO4*6*6*EA~
PO1**1500*EA*7*LE*CB*044417947*UK*00755247165905*VC*HMRB32A DKB*IZ*1L*BO*4000*ZZ*9998~
CTP**RES*16.99~
PID*F****BULLET 1L BTTL WNDSR TP-DK BLU~
PO4*6*6*EA~
PO1**1500*EA*7*LE*CB*044418221*UK*00755247165912*VC*HMRB32A GRY*IZ*1L*BO*1999*ZZ*9998~
CTP**RES*16.99~
PID*F****BULLET 1L BTTL WNDSR TOP-GREY~
PO4*6*6*EA~
PO1**1500*EA*10*LE*CB*044418292*UK*00755247166339*VC*HMRV202*IZ*9999*BO*1000*ZZ*9998~
CTP**RES*24.99~
PID*F****VACUUM STNLSS DW SCRW TP BTL-B~
PO4*6*6*EA~
PO1**1500*EA*11*LE*CB*044418483*UK*00755247125732*VC*HMTV201*IZ*9999*BO*1000*ZZ*9998~
CTP**RES*24.99~
PID*F****VACUUM STNLSS DW STRA TP BTL-B~
PO4*6*6*EA~
CTT*19~
```

# YUSEN LOGISTICS (HONG KONG) LIMITED

FORWARDER'S CARGO RECEIPT No.    TSA-SZP-1600037

| Maker/Supplier : O2COOL, LLC | | | | Maker/Supplier's INVOICE No. O2C-16-00070 |
|---|---|---|---|---|
| Buyer/Consignee : TSA STORES, INC. | | | | Dated: January 14, 2016 |
| 1050 W HAMPDEN AVE. ENGLEWOOD, CO 80110 USA | | | | Date of Receipt of Cargo |
| Shipment From : YANTIAN , CHINA | | To : FONTANA , CA | | January 13, 2016 |
| Marks & Nos. | Nos. of Pkgs | Supplier's description of goods | Measurement (cbm.) | Weight (kgs.) |

```
TSA STORES, INC.                NOTIFY PARTY: YUSEN LOGISTICS (AMERICAS) INC.
P.O.#315815                                   19001 HARBORGATE WAY
MODEL#                                        TORRANCE, CA. 90501
SKU#                                          (310)782-0095 PH (310)782-7998 FX
DESCRIPTION:                                  YUSLA-TSA@US.YUSEN-LOGISTICS.COM
CARTON NO.:                     CY-CY
N.W.    KGS    G.W.   KGS
CBM:                            CUSTOMER PO#315815
CARTON MEASUREMENT:             200Z INSULATED ARCTICSQUEEZE MWS
IN                              SHIPPER'S LOAD AND COUNT
TRACKING#                       ECMU4536719            SEAL# #2462283          40' DRY
VENDOR#024362                   SHIPPER DECLARED ALL ITEM(S) CONTAIN NO WOOD PACKAGING
                                MATERIAL.VENDOR DECLARED NO WOOD PACKAGING MATERIALS
```

```
          2,784 CARTONS              52.896 CBM    4.999 KGS
          ========================================================
          TOTAL : TWO THOUSAND SEVEN HUNDRED EIGHTY-FOUR (2,784) CARTONS
          ONLY
```

```
                    "FREIGHT COLLECT"
SHIPMENT PER S.S. "CMA CGM COLOMBA" VOY NO. 067EME
SAILING ON/ABT January 21, 2016. CARGO RECEIVED ON January 13, 2016.  DOCUMENT RECEIVED ON
January 19, 2016.
```

| THIS IS NOT A DOCUMENT OF TITLE | |
|---|---|
| **Verification Copy** | SHENZHEN                    January 21, 2016 |
| | (Place and date of issue.) |
| | YUSEN LOGISTICS (HONG KONG) LIMITED |
| *** Please advise YUSEN LOGISTICS (HONG KONG) LIMITED if amendment is needed *** *** Please check with YUSEN LOGISTICS (HONG KONG) LIMITED if B/L & Cargo Receipt are ready for issuance *** | |
| | V1 |



February 15, 2016

**VIA FACSIMILE (310-782-7998), E-MAIL (yusla-tsa@us.yusen-logistics.com),
OVERNIGHT DELIVERY and U.S. MAIL**

Yusen Logistics (Americas) Inc.
19001 Harborgate Way
Torrance, CA  90501

    *Re:*    *UCC § 2-705 Notice of Stoppage of Delivery of Goods in Transit to
        TSA Stores, Inc.*

Dear Sir or Madam:

    I am writing in connection with the shipment by O2Cool, LLC ("Seller") to TSA Stores, Inc. ("Buyer") of the goods listed on the enclosed invoice and purchase order and described as follows (the "Goods"):

| Purchase Order # | Invoice # | Item Number | TSA SKU | Quantity |
|---|---|---|---|---|
| 315813 | ENV000124635 | HMCDP0700O006BSA | 044415758 | 1,944 |
| 315813 | ENV000124635 | HMCDP0700O006RSA | 044417222 | 1,752 |
| 315813 | ENV000124635 | HMCDP0700O006GSA | 044417235 | 1,752 |
| 315813 | ENV000124635 | HMCDP0900O006RSA | 044417251 | 1,752 |
| 315813 | ENV000124635 | HMCDP0900O006PSA | 044417277 | 1,752 |
| 315813 | ENV000124635 | HMCDP0900O006BSA | 044417280 | 1,752 |
| 315813 | ENV000124635 | HMCDP1000O006SA2 | 044417293 | 1,500 |
| 315813 | ENV000124635 | HMCDP1900O006SA4 | 044417316 | 1,500 |
| 315813 | ENV000124635 | HMCDP2000O006SA2 | 044417390 | 1,500 |
| 315813 | ENV000124635 | HMCDP2100O006SA1 | 044417400 | 1,500 |

We understand that you are in possession of the Goods charged with delivering them to Buyer. We have determined, on information and belief, that Buyer is insolvent within the meaning of Article 2 of the Uniform Commercial Code.  Accordingly, pursuant to UCC § 2-705(1), Seller hereby demands that you stop delivery of the Goods immediately and instead, pursuant to UCC § 2-705(3)(b), deliver them to Seller's location at:

Yusen Logistics (Americas) Inc.
February 15, 2016
Page 2

**Partner Logistics, Inc.**

**Attn: Kurt Lentsch**

**2700 Carl Blvd.**

**Elk Grove Village, IL 60007-6719**

Pursuant to UCC § 2-705(3)(b), we will reimburse your charges for diverting the shipment to our location above.

   For your reference, I have also enclosed a copy of Forwarder's Cargo Receipt No. TSA-SZP - 1600037 pertaining to the Goods to enable you to more easily identify the shipment.

   Please contact me immediately upon receipt of this letter at (312) 951-6700 or along@o2-cool.com to acknowledge receipt of this letter and to confirm that you will honor our request to redirect delivery of the Goods to our location at the address listed above.

   Please contact me if you have any questions.

                              Very truly yours,

                              Amy Long
                              Chief Financial Officer

Enclosures

cc:    Alan Leib (via e-mail)
       Jason Torf (via e-mail)
       John Hodge (via e-mail)

2946465/1/15542.000

**O2COOL,LLC**
**168 N. CLINTON STREET**
**SUITE 500**
**CHICAGO IL   60661**

\* \* \* \* H I S T O R I C A L \* \* \* \*

| Invoice | ENV000124635 |
|---|---|
| Date | 1/26/2016 |
| Page | 1 |
| Order Number | EDI000127123 |

PHONE: (312) 951-6700

## INVOICE

**Bill To:**

SPORTS AUTHORITY
ACCOUNTS PAYABLE DEPT
PO BOX 2905
ENGLEWOOD CO   80150

**Ship To:**

SPORTS AUTHORITY
DISTRIBUTION CENTER #841
130 GREENWOOD INDUSTRIAL PKWY
MCDONOUGH GA   30253

| Purchase Order No. | Customer ID | Salesperson ID | Shipping Method | Payment Terms | Req Ship Date | Master No. |
|---|---|---|---|---|---|---|
| 315813 | SPORAUTH02 | | YUSEN LOGISTICS | NET 60 | 1/11/2016 | 144,448 |

| Ordered | Shipped | B/O | Item Number | Description | Discount | Unit Price | Ext. Price |
|---|---|---|---|---|---|---|---|
| 1,416 | 1,416 | 0 | HMCDP0700O006BSA | 20OZ INSULATED ARCTICSQUEEZE MNS | $0.00000 | $5.00000 | $7,080.00 |
| 1,296 | 1,296 | 0 | HMCDP0700O006RSA | 20OZ INSULATED ARCTICSQUEEZE MNS | $0.00000 | $5.00000 | $6,480.00 |
| 1,296 | 1,296 | 0 | HMCDP0700O006GSA | 20OZ INSULATED ARCTICSQUEEZE MNS | $0.00000 | $5.00000 | $6,480.00 |
| 1,296 | 1,296 | 0 | HMCDP0900O006RSA | 20OZ INSULATED ARCTICSQUEEZE TOP | $0.00000 | $5.00000 | $6,480.00 |
| 1,296 | 1,296 | 0 | HMCDP0900O006PSA | 20OZ INSULATED ARCTICSQUEEZE TOP | $0.00000 | $5.00000 | $6,480.00 |
| 1,296 | 1,296 | 0 | HMCDP0900O006BSA | 20OZ INSULATED ARCTICSQUEEZE TOP | $0.00000 | $5.00000 | $6,480.00 |
| 816 | 816 | 0 | HMCDP1000O006SA2 | 20OZ INSULATED ARCTICSQUEEZE MNS | $0.00000 | $5.00000 | $4,080.00 |
| 816 | 816 | 0 | HMCDP1900O006SA4 | ARCTICSQUEEZE DW 20 OZ MIST N SIP - | $0.00000 | $5.00000 | $4,080.00 |
| 816 | 816 | 0 | HMCDP2000O006SA2 | ARCTICSQUEEZE DW 20 OZ MIST N SIP - | $0.00000 | $5.00000 | $4,080.00 |
| 816 | 816 | 0 | HMCDP2100O006SA1 | ARCTICSQUEEZE DW 20 OZ MIST N SIP - | $0.00000 | $5.00000 | $4,080.00 |

MARK FOR:841

| | |
|---|---|
| Subtotal | $55,800.00 |
| Misc | $0.00 |
| Tax | $0.00 |
| Freight | $0.00 |
| Trade Discount | $0.00 |
| Total | $55,800.00 |

```
BEG*00*RL*301196*315813*20151210~
CUR*BY*USD~
REF*DP*961~
REF*IA*024362~
FOB*DF*OR*YANTIAN~
ITD*03*2*********NET 60**C~
DTM*001*20160304~
DTM*002*20160111~
TD5*****Refer to Route Guide~
N1*ST*The Sports Authority 841*92*841~
N3*130 GREENWOOD INDUSTRIAL PARKWAY~
N4*MCDONOUGH*GA*30253*USA~
PO1**1416*EA*5*LE*CB*044415758*UK*00755247125312*VC*HMCDP07 DKB*IZ*20OZ*BO*4000*ZZ*9998~
CTP**RES*13.99~
PID*F****ARCTIC SQZ 20OZ DW - DK BLUE~
PO4*6*6*EA~
PO1**1296*EA*5*LE*CB*044417222*UK*00755247125275*VC*HMCDP07 RSP*IZ*20OZ*BO*6000*ZZ*9998~
CTP**RES*13.99~
PID*F****ARCTIC SQZ 20OZ DW - RASPBERRY~
PO4*6*6*EA~
PO1**1296*EA*5*LE*CB*044417235*UK*00755247125299*VC*HMCDP07 GRN*IZ*20OZ*BO*3000*ZZ*9998~
CTP**RES*13.99~
PID*F****ARCTIC SQZ 20OZ DW- GREEN~
PO4*6*6*EA~
PO1**1296*EA*5*LE*CB*044417251*UK*00755247160061*VC*HMCDP09 RSP*IZ*20OZ*BO*6000*ZZ*9998~
CTP**RES*13.99~
PID*F****ARCTIC SQZ 20OZ SPLASH-RSPBRRY~
PO4*6*6*EA~
PO1**1296*EA*5*LE*CB*044417277*UK*00755247160047*VC*HMCDP09 PUR*IZ*20OZ*BO*5000*ZZ*9998~
CTP**RES*13.99~
PID*F****ARCTIC SQZ 20OZ SPLASH- PURPLE~
PO4*6*6*EA~
PO1**1296*EA*5*LE*CB*044417280*UK*00755247160030*VC*HMCDP09 BLU*IZ*20OZ*BO*4000*ZZ*9998~
CTP**RES*13.99~
PID*F****ARCTIC SQZ 20OZ SPLASH- BLUE~
PO4*6*6*EA~
PO1**816*EA*5*LE*CB*044417293*UK*00755247165189*VC*HMCDP10 PA2*IZ*20OZ*BO*0901*ZZ*9998~
CTP**RES*13.99~
PID*F****ARCTIC SQZ 20OZ - AMERICAN FLG~
PO4*6*6*EA~
PO1**816*EA*5*LE*CB*044417316*UK*00755247165165*VC*HMCDP19 WV4*IZ*20OZ*BO*0901*ZZ*9998~
CTP**RES*13.99~
PID*F****ARCTIC SQZ 20OZ- WAVE 4~
PO4*6*6*EA~
PO1**816*EA*5*LE*CB*044417390*UK*00755247165202*VC*HMCDP20 AR2*IZ*20OZ*BO*0901*ZZ*9998~
CTP**RES*13.99~
PID*F****ARCTIC SQZ 20OZ- ARTIST 2~
PO4*6*6*EA~
PO1**816*EA*5*LE*CB*044417400*UK*00755247165233*VC*HMCDP21 WC1*IZ*20OZ*BO*0901*ZZ*9998~
CTP**RES*13.99~
PID*F****ARCTIC SQZ 20OZ- WATER COLOR 1~
PO4*6*6*EA~
PO1**1296*EA*6.25*LE*CB*044417442*UK*00755247140025*VC*HMIP24A DKB*IZ*24OZ*BO*4000*ZZ*99
98~
CTP**RES*14.99~
```

```
PID*F****PRISM 24OZ BTTL GLNDL TOP-DKBL~
PO4*6*6*EA~
PO1**1296*EA*6.25*LE*CB*044417578*UK*00755247140063*VC*HMIP24A GRY*IZ*24OZ*BO*1999*ZZ*99
98~
CTP**RES*14.99~
PID*F****PRISM 24OZ BTTL GLNDL TOP-GRAY~
PO4*6*6*EA~
PO1**1296*EA*6.25*LE*CB*044417646*UK*00755247140087*VC*HMTP24A TEA*IZ*24OZ*BO*3000*ZZ*99
98~
CTP**RES*14.99~
PID*F****PRISM 24 OZ BTTL BRGHTN TP-TEA~
PO4*6*6*EA~
PO1**816*EA*6.25*LE*CB*044417756*UK*00755247140094*VC*HMTP24A RSP*IZ*24OZ*BO*6000*ZZ*999
8~
CTP**RES*14.99~
PID*F****PRISM 24 OZ BTTL BRGHTN TP-RSP~
PO4*6*6*EA~
PO1**1296*EA*6.25*LE*CB*044417824*UK*00755247140070*VC*HMTP24A DKB*IZ*24OZ*BO*4000*ZZ*99
98~
CTP**RES*14.99~
PID*F****PRISM 24 OZ BTTL BRGHTN TP-DKB~
PO4*6*6*EA~
PO1**816*EA*7*LE*CB*044417947*UK*00755247165905*VC*HMRB32A DKB*IZ*1L*BO*4000*ZZ*9998~
CTP**RES*16.99~
PID*F****BULLET 1L BTTL WNDSR TP-DK BLU~
PO4*6*6*EA~
PO1**816*EA*7*LE*CB*044418221*UK*00755247165912*VC*HMRB32A GRY*IZ*1L*BO*1999*ZZ*9998~
CTP**RES*16.99~
PID*F****BULLET 1L BTTL WNDSR TOP-GREY~
PO4*6*6*EA~
PO1**816*EA*10*LE*CB*044418292*UK*00755247166339*VC*HMRV202*IZ*9999*BO*1000*ZZ*9998~
CTP**RES*24.99~
PID*F****VACUUM STNLSS DW SCRW TP BTL-B~
PO4*6*6*EA~
PO1**816*EA*11*LE*CB*044418483*UK*00755247125732*VC*HMTV201*IZ*9999*BO*1000*ZZ*9998~
CTP**RES*24.99~
PID*F****VACUUM STNLSS DW STRA TP BTL-B~
PO4*6*6*EA~
CTT*19~
```

# YUSEN LOGISTICS (HONG KONG) LIMITED

FORWARDER'S CARGO RECEIPT No.  TSA-SEP-1600046

| Maker/Supplier : O2COOL, LLC | | Maker/Supplier's INVOICE No. O2C-16-00072 |
|---|---|---|
| Buyer/Consignee : TSA STORES, INC. 1050 W HAMPDEN AVE. ENGLEWOOD,CO 80110 USA | | Dated: January 14, 2016 |
| Shipment From : YANTIAN,CHINA   To : MCDONOUGH, GA | | Date of Receipt of Cargo January 15, 2016 |

| Marks & Nos. | Nos. of Pkgs | Supplier's description of goods | Measurement (cbm.) | Weight (kgs.) |
|---|---|---|---|---|

TSA STORES, INC.
P.O.#315813
MODEL#
SKU#
DESCRIPTION:
CARTON NO.:
N.W. KGS   G.W.   KGS
CBM:
CARTON MEASUREMENT:
IN
TRACKING#
VENDOR#024362

NOTIFY PARTY: YUSEN LOGISTICS (AMERICAS) INC.
19001 HARBORGATE WAY
TORRANCE, CA. 90501
(310)782-0095 PH (310)782-7998 FX
YUSLA-TSA@US.YUSEN-LOGISTICS.COM

CFS-CY

CUSTOMER PO#315813
20OZ INSULATED ARCTICSQUEEZE BNS
TCLU4706800 (PART)   SEAL# CN1093056   40' DRY
SHIPPER DECLARED ALL ITEM(S) CONTAIN NO WOOD PACKAGING
MATERIAL.VENDOR DECLARED NO WOOD PACKAGING MATERIALS

1,860 CARTONS        35.366 CBM   3,065 KGS

TOTAL : ONE THOUSAND EIGHT HUNDRED SIXTY (1,860) CARTONS ONLY

"FREIGHT COLLECT"

SHIPMENT PER S.S. "NYK OLYMPUS" VOY NO. 038E
SAILING ON/ABT January 26, 2016. CARGO RECEIVED ON January 15, 2016.  DOCUMENT RECEIVED ON
January 21, 2016.

THIS IS NOT A DOCUMENT OF TITLE

**Verification Copy**

SHENZHEN                January 26, 2016
(Place and date of issue.)

YUSEN LOGISTICS (HONG KONG) LIMITED



February 15, 2016

<u>**VIA FACSIMILE (310-782-7998), E-MAIL (yusla-tsa@us.yusen-logistics.com), OVERNIGHT DELIVERY and U.S. MAIL**</u>

Yusen Logistics (Americas) Inc.
19001 Harborgate Way
Torrance, CA  90501

    ***Re:***      *UCC § 2-705 Notice of Stoppage of Delivery of Goods in Transit to TSA Stores, Inc.*

Dear Sir or Madam:

    I am writing in connection with the shipment by O2Cool, LLC ("Seller") to TSA Stores, Inc. ("Buyer") of the goods listed on the enclosed invoice and purchase order and described as follows (the "Goods"):

| Purchase Order # | Invoice # | Item Number | TSA SKU | Quantity |
|---|---|---|---|---|
| 315816 | ENV000124632 | HMIP24A00O006BSA | 044417442 | 744 |
| 315816 | ENV000124632 | HMIP24A00O006YSA | 044417578 | 744 |
| 315816 | ENV000124632 | HMTP24A00O006TSA | 044417646 | 744 |
| 315816 | ENV000124632 | HMTP24A00O006RSA | 044417756 | 624 |
| 315816 | ENV000124632 | HMTP24A00O006BSA | 044417824 | 744 |
| 315816 | ENV000124632 | HMRB32A00O006BSA | 044417947 | 624 |
| 315816 | ENV000124632 | HMRB32A00O006YSA | 044418221 | 624 |
| 315816 | ENV000124632 | HMRV20200O006TSA | 044418292 | 624 |
| 315816 | ENV000124632 | HMTV20100O006TSA | 044418483 | 624 |
| 315816 | ENV000124634 | HMCDP0700O006BSA | 044415758 | 828 |
| 315816 | ENV000124634 | HMCDP0700O006RSA | 044417222 | 744 |
| 315816 | ENV000124634 | HMCDP0700O006GSA | 044417235 | 744 |
| 315816 | ENV000124634 | HMCDP0900O006RSA | 044417251 | 744 |
| 315816 | ENV000124634 | HMCDP0900O006PSA | 044417277 | 744 |
| 315816 | ENV000124634 | HMCDP0900O006BSA | 044417280 | 744 |
| 315816 | ENV000124634 | HMCDP1000O006SA2 | 044417293 | 624 |
| 315816 | ENV000124634 | HMCDP1900O006SA4 | 044417316 | 624 |

Yusen Logistics (Americas) Inc.
February 15, 2016
Page 2

| 315816 | ENV000124634 | HMCDP2000O006SA2 | 044417390 | 624 |
| 315816 | ENV000124634 | HMCDP2100O006SA1 | 044417400 | 624 |

We understand that you are in possession of the Goods charged with delivering them to Buyer. We have determined, on information and belief, that Buyer is insolvent within the meaning of Article 2 of the Uniform Commercial Code. Accordingly, pursuant to UCC § 2-705(1), Seller hereby demands that you stop delivery of the Goods immediately and instead, pursuant to UCC § 2-705(3)(b), deliver them to Seller's location at:

**Partner Logistics, Inc.**

**Attn: Kurt Lentsch**

**2700 Carl Blvd.**

**Elk Grove Village, IL 60007-6719**

Pursuant to UCC § 2-705(3)(b), we will reimburse your charges for diverting the shipment to our location above.

For your reference, I have also enclosed a copy of Forwarder's Cargo Receipt No. TSA- SZP - 1600046 pertaining to the Goods to enable you to more easily identify the shipment.

Please contact me immediately upon receipt of this letter at (312) 951-6700 or along@o2-cool.com to acknowledge receipt of this letter and to confirm that you will honor our request to redirect delivery of the Goods to our location at the address listed above.

Please contact me if you have any questions.

Very truly yours,

Amy Long
Chief Financial Officer

Enclosures

cc:    Alan Leib (via e-mail)
       Jason Torf (via e-mail)
       John Hodge (via e-mail)

2946465/1/15542.000

**O2COOL,LLC**
**168 N. CLINTON STREET**
**SUITE 500**
**CHICAGO IL   60661**

****H I S T O R I C A L****

| Invoice | ENV000124632 |
|---|---|
| Date | 1/31/2016 |
| Page | 1 |
| Order Number | EDI000127131 |

PHONE: (312) 951-6700

## INVOICE

Bill To:

SPORTS AUTHORITY
ACCOUNTS PAYABLE DEPT
PO BOX 2905
ENGLEWOOD CO   80150

Ship To:

SPORTS AUTHORITY
DISTRIBUTION CENTER #890
50 S. KALAMATH
DENVER CO   80223

| Purchase Order No. | Customer ID | Salesperson ID | Shipping Method | Payment Terms | Req Ship Date | Master No. |
|---|---|---|---|---|---|---|
| 315816 | SPORAUTH02 | | YUSEN LOGISTICS | NET 60 | 1/11/2016 | 144,457 |

| Ordered | Shipped | B/O | Item Number | Description | Discount | Unit Price | Ext. Price |
|---|---|---|---|---|---|---|---|
| 744 | 744 | 0 | HMIP24A00O006BSA | 24OZ PRISM BOTTLE WITH GLENDALE MI | $0.00000 | $6.25000 | $4,650.00 |
| 744 | 744 | 0 | HMIP24A00O006YSA | 24OZ PRISM BOTTLE WITH GLENDALE MI | $0.00000 | $6.25000 | $4,650.00 |
| 744 | 744 | 0 | HMTP24A00O006TSA | 24OZ PRISM BOTTLE WITH BRIGHTON MI | $0.00000 | $6.25000 | $4,650.00 |
| 624 | 624 | 0 | HMTP24A00O006RSA | 24OZ PRISM BOTTLE WITH BRIGHTON MI | $0.00000 | $6.25000 | $3,900.00 |
| 744 | 744 | 0 | HMTP24A00O006BSA | 24OZ PRISM BOTTLE WITH BRIGHTON MI | $0.00000 | $6.25000 | $4,650.00 |
| 624 | 624 | 0 | HMRB32A00O006BSA | 1L BULLET BOTTLE WITH WINDSOR MNS | $0.00000 | $7.00000 | $4,368.00 |
| 624 | 624 | 0 | HMRB32A00O006YSA | 1L BULLET BOTTLE WITH WINDSOR MNS | $0.00000 | $7.00000 | $4,368.00 |
| 624 | 624 | 0 | HMRV20200O006TSA | 20OZ VACUUM INSULATED PAINTED STA | $0.00000 | $10.00000 | $6,240.00 |
| 624 | 624 | 0 | HMTV20100O006TSA | 20OZ VACUUM INSULATED PAINTED STA | $0.00000 | $11.00000 | $6,864.00 |

MARK FOR:890

| | |
|---|---|
| Subtotal | $44,340.00 |
| Misc | $0.00 |
| Tax | $0.00 |
| Freight | $0.00 |
| Trade Discount | $0.00 |
| Total | $44,340.00 |

**O2COOL,LLC**
**168 N. CLINTON STREET**
**SUITE 500**
**CHICAGO IL   60661**

**\*\*\*\*H I S T O R I C A L\*\*\*\***

| Invoice | ENV000124634 |
|---|---|
| Date | 1/31/2016 |
| Page | 1 |
| Order Number | EDI000127126 |

PHONE: (312) 951-6700

## INVOICE

**Bill To:**

SPORTS AUTHORITY
ACCOUNTS PAYABLE DEPT
PO BOX 2905
ENGLEWOOD CO   80150

**Ship To:**

SPORTS AUTHORITY
DISTRIBUTION CENTER #890
50 S. KALAMATH
DENVER CO   80223

| Purchase Order No. | | Customer ID | | Salesperson ID | Shipping Method | Payment Terms | Req Ship Date | Master No. |
|---|---|---|---|---|---|---|---|---|
| 315816 | | SPORAUTH02 | | | YUSEN LOGISTICS | NET 60 | 1/11/2016 | 144,451 |

| Ordered | Shipped | B/O | Item Number | Description | Discount | Unit Price | Ext. Price |
|---|---|---|---|---|---|---|---|
| 828 | 828 | 0 | HMCDP0700O006BSA | 20OZ INSULATED ARCTICSQUEEZE MNS | $0.00000 | $5.00000 | $4,140.00 |
| 744 | 744 | 0 | HMCDP0700O006RSA | 20OZ INSULATED ARCTICSQUEEZE MNS | $0.00000 | $5.00000 | $3,720.00 |
| 744 | 744 | 0 | HMCDP0700O006GSA | 20OZ INSULATED ARCTICSQUEEZE MNS | $0.00000 | $5.00000 | $3,720.00 |
| 744 | 744 | 0 | HMCDP0900O006RSA | 20OZ INSULATED ARCTICSQUEEZE TOP | $0.00000 | $5.00000 | $3,720.00 |
| 744 | 744 | 0 | HMCDP0900O006PSA | 20OZ INSULATED ARCTICSQUEEZE TOP | $0.00000 | $5.00000 | $3,720.00 |
| 744 | 744 | 0 | HMCDP0900O006BSA | 20OZ INSULATED ARCTICSQUEEZE TOP | $0.00000 | $5.00000 | $3,720.00 |
| 624 | 624 | 0 | HMCDP1000O006SA2 | 20OZ INSULATED ARCTICSQUEEZE MNS | $0.00000 | $5.00000 | $3,120.00 |
| 624 | 624 | 0 | HMCDP1900O006SA4 | ARCTICSQUEEZE DW 20 OZ MIST N SIP - | $0.00000 | $5.00000 | $3,120.00 |
| 624 | 624 | 0 | HMCDP2000O006SA2 | ARCTICSQUEEZE DW 20 OZ MIST N SIP - | $0.00000 | $5.00000 | $3,120.00 |
| 624 | 624 | 0 | HMCDP2100O006SA1 | ARCTICSQUEEZE DW 20 OZ MIST N SIP - | $0.00000 | $5.00000 | $3,120.00 |

MARK FOR:890

| | |
|---|---|
| Subtotal | $35,220.00 |
| Misc | $0.00 |
| Tax | $0.00 |
| Freight | $0.00 |
| Trade Discount | $0.00 |
| Total | $35,220.00 |

```
BEG*00*RL*301196*315816*20151210~
CUR*BY*USD~
REF*DP*961~
REF*IA*024362~
FOB*DF*OR*YANTIAN~
ITD*03*2**********NET 60**C~
DTM*001*20160304~
DTM*002*20160111~
TD5****Refer to Route Guide~
N1*ST*The Sports Authority 890*92*890~
N3*50 S. KALAMATH~
N4*DENVER*CO*80223*USA~
PO1**828*EA*5*LE*CB*044415758*UK*00755247125312*VC*HMCDP07 DKB*IZ*20OZ*BO*4000*ZZ*9998~
CTP**RES*13.99~
PID*F****ARCTIC SQZ 20OZ DW - DK BLUE~
PO4*6*6*EA~
PO1**744*EA*5*LE*CB*044417222*UK*00755247125275*VC*HMCDP07 RSP*IZ*20OZ*BO*6000*ZZ*9998~
CTP**RES*13.99~
PID*F****ARCTIC SQZ 20OZ DW - RASPBERRY~
PO4*6*6*EA~
PO1**744*EA*5*LE*CB*044417235*UK*00755247125299*VC*HMCDP07 GRN*IZ*20OZ*BO*3000*ZZ*9998~
CTP**RES*13.99~
PID*F****ARCTIC SQZ 20OZ DW- GREEN~
PO4*6*6*EA~
PO1**744*EA*5*LE*CB*044417251*UK*00755247160061*VC*HMCDP09 RSP*IZ*20OZ*BO*6000*ZZ*9998~
CTP**RES*13.99~
PID*F****ARCTIC SQZ 20OZ SPLASH-RSPBRRY~
PO4*6*6*EA~
PO1**744*EA*5*LE*CB*044417277*UK*00755247160047*VC*HMCDP09 PUR*IZ*20OZ*BO*5000*ZZ*9998~
CTP**RES*13.99~
PID*F****ARCTIC SQZ 20OZ SPLASH- PURPLE~
PO4*6*6*EA~
PO1**744*EA*5*LE*CB*044417280*UK*00755247160030*VC*HMCDP09 BLU*IZ*20OZ*BO*4000*ZZ*9998~
CTP**RES*13.99~
PID*F****ARCTIC SQZ 20OZ SPLASH- BLUE~
PO4*6*6*EA~
PO1**624*EA*5*LE*CB*044417293*UK*00755247165189*VC*HMCDP10 PA2*IZ*20OZ*BO*0901*ZZ*9998~
CTP**RES*13.99~
PID*F****ARCTIC SQZ 20OZ - AMERICAN FLG~
PO4*6*6*EA~
PO1**624*EA*5*LE*CB*044417316*UK*00755247165165*VC*HMCDP19 WV4*IZ*20OZ*BO*0901*ZZ*9998~
CTP**RES*13.99~
PID*F****ARCTIC SQZ 20OZ- WAVE 4~
PO4*6*6*EA~
PO1**624*EA*5*LE*CB*044417390*UK*00755247165202*VC*HMCDP20 AR2*IZ*20OZ*BO*0901*ZZ*9998~
CTP**RES*13.99~
PID*F****ARCTIC SQZ 20OZ- ARTIST 2~
PO4*6*6*EA~
PO1**624*EA*5*LE*CB*044417400*UK*00755247165233*VC*HMCDP21 WC1*IZ*20OZ*BO*0901*ZZ*9998~
CTP**RES*13.99~
PID*F****ARCTIC SQZ 20OZ- WATER COLOR 1~
PO4*6*6*EA~
PO1**744*EA*6.25*LE*CB*044417442*UK*00755247140025*VC*HMIP24A DKB*IZ*24OZ*BO*4000*ZZ*999
8~
CTP**RES*14.99~
```

```
PID*F****PRISM 24OZ BTTL GLNDL TOP-DKBL~
PO4*6*6*EA~
PO1**744*EA*6.25*LE*CB*044417578*UK*00755247140063*VC*HMIP24A GRY*IZ*24OZ*BO*1999*ZZ*999
8~
CTP**RES*14.99~
PID*F****PRISM 24OZ BTTL GLNDL TOP-GRAY~
PO4*6*6*EA~
PO1**744*EA*6.25*LE*CB*044417646*UK*00755247140087*VC*HMTP24A TEA*IZ*24OZ*BO*3000*ZZ*999
8~
CTP**RES*14.99~
PID*F****PRISM 24 OZ BTTL BRGHTN TP-TEA~
PO4*6*6*EA~
PO1**624*EA*6.25*LE*CB*044417756*UK*00755247140094*VC*HMTP24A RSP*IZ*24OZ*BO*6000*ZZ*999
8~
CTP**RES*14.99~
PID*F****PRISM 24 OZ BTTL BRGHTN TP-RSP~
PO4*6*6*EA~
PO1**744*EA*6.25*LE*CB*044417824*UK*00755247140070*VC*HMTP24A DKB*IZ*24OZ*BO*4000*ZZ*999
8~
CTP**RES*14.99~
PID*F****PRISM 24 OZ BTTL BRGHTN TP-DKB~
PO4*6*6*EA~
PO1**624*EA*7*LE*CB*044417947*UK*00755247165905*VC*HMRB32A DKB*IZ*1L*BO*4000*ZZ*9998~
CTP**RES*16.99~
PID*F****BULLET 1L BTTL WNDSR TP-DK BLU~
PO4*6*6*EA~
PO1**624*EA*7*LE*CB*044418221*UK*00755247165912*VC*HMRB32A GRY*IZ*1L*BO*1999*ZZ*9998~
CTP**RES*16.99~
PID*F****BULLET 1L BTTL WNDSR TOP-GREY~
PO4*6*6*EA~
PO1**624*EA*10*LE*CB*044418292*UK*00755247166339*VC*HMRV202*IZ*9999*BO*1000*ZZ*9998~
CTP**RES*24.99~
PID*F****VACUUM STNLSS DW SCRW TP BTL-B~
PO4*6*6*EA~
PO1**624*EA*11*LE*CB*044418483*UK*00755247125732*VC*HMTV201*IZ*9999*BO*1000*ZZ*9998~
CTP**RES*24.99~
PID*F****VACUUM STNLSS DW STRA TP BTL-B~
PO4*6*6*EA~
CTT*19~
```

③

# YUSEN LOGISTICS (HONG KONG) LIMITED

FORWARDER'S CARGO RECEIPT No.   TSA-SZP-1600090

| | |
|---|---|
| Maker/Supplier : **LENGJER METAL & PLASTIC CO.,LTD** | Maker/Supplier's INVOICE No.<br>O2C-16-00145 |
| Buyer/Consignee : **TSA STORES , INC.**<br>**1050 W HAMPDEN AVE. ENGLEWOOD,CO 80110 USA** | Dated:<br>January 29, 2016 |
| Shipment From : **YANTIAN,CHINA**        To : **DENVER, CO** | Date of Receipt of Cargo<br>January 28, 2016 |

| Marks & Nos. | Nos. of P'kgs | Supplier's description of goods | Measurement (cbm.) | Weight (kgs.) |
|---|---|---|---|---|
| TSA STORE INC<br>P.O.#<br>STYLE#/MODEL#<br>SKU#<br>DESCRIPTION:<br>SIZE:<br>Q'TY:<br>MADE IN:<br>CARTON NO:<br>N.W:<br>C.B.M.<br>CARTON MEASUREMENT:<br>TRACKING# | | NOTIFY PARTY: YUSEN LOGISTICS (AMERICAS) INC.<br>19001 HARBORGATE WAY<br>TORRANCE, CA. 90501<br>(310)782-0095 PH (310)782-7998 FX<br>YUSLA-TSA@US.YUSEN-LOGISTICS.COM<br><br>CY-CY<br><br>PLASTIC AND STAINLESS STEEL SPORT BOTTLE<br>PO NO:315816(160245)<br>HS CODE:3924100000/7323930000<br>SHIPPER'S LOAD AND COUNT<br>OOLU1814138              SEAL# OOLDPZ7801        20' DRY<br>SHIPPER DECLARED ALL ITEM(S) CONTAIN NO WOOD PACKAGING<br>MATERIAL.VENDOR DECLARED NO WOOD PACKAGING MATERIALS | | |
| | 1,016 CARTONS | | 20.260 CBM | 2,179 KGS |
| | | TOTAL : ONE THOUSAND SIXTEEN (1,016) CARTONS ONLY | | |

"FREIGHT COLLECT"

SHIPMENT PER S.S. "HYUNDAI COURAGE" VOY NO. 050E
SAILING ON/ABT January 31, 2016. CARGO RECEIVED ON January 28, 2016.  DOCUMENT RECEIVED ON
February 1, 2016.

| | |
|---|---|
| THIS IS NOT A DOCUMENT OF TITLE | SHENZHEN                    February 1, 2016<br>(Place and date of issue)<br><br>YUSEN LOGISTICS (HONG KONG) LIMITED |
| **Verification Copy** | |
| *** Please advise YUSEN LOGISTICS (HONG KONG)<br>LIMITED if amendment is needed ***<br>*** Please check with YUSEN LOGISTICS (HONG KONG)<br>LIMITED if B/L & Cargo Receipt are ready for issuance *** | |

∇1



# YUSEN LOGISTICS (HONG KONG) LIMITED

FORWARDER'S CARGO RECEIPT No.    TSA-SEP-1600068

| Maker/Supplier : O2COOL, LLC | Maker/Supplier's INVOICE No. O2C-16-00120 |
|---|---|
| Buyer/Consignee : TSA STORES, INC. 1050 N HAMPDEN AVE. ENGLEWOOD,CO 80110 USA | Dated: January 25, 2016 |
| Shipment From : YANTIAN, CHINA    To : DENVER, CO | Date of Receipt of Cargo January 25, 2016 |

| Marks & Nos. | Nos. of Pkgs | Supplier's description of goods | Measurement (cbm.) | Weight (kgs.) |
|---|---|---|---|---|
| TSA STORES, INC. P.O.#315816 MODEL# SKU# DESCRIPTION: CARTON NO.: N.W. KGS    G.W. KGS CBM: CARTON MEASUREMENT: IS TRACKING# VENDOR#024362 | | NOTIFY PARTY: YUSEN LOGISTICS (AMERICAS) INC. 19001 HARBORGATE WAY TORRANCE, CA. 90501 (310)782-0095 PH (310)782-7998 FX YUSLA-TSA@US.YUSEN-LOGISTICS.COM CY-CY CUSTOMER PO#315816 20Z INSULATED ARCTICSQUEEZE MMS SHIPPER'S LOAD AND COUNT OOLU1556732    SEAL# OOL8DZ7697    20' DRY SHIPPER DECLARED ALL ITEM(S) CONTAIN NO WOOD PACKAGING MATERIAL.VENDOR DECLARED NO WOOD PACKAGING MATERIALS | | |
| | 1,174 CARTONS | | 22.306 CBM | 2,066 KGS |
| | TOTAL : ONE THOUSAND ONE HUNDRED SEVENTY-FOUR (1,174) CARTONS ONLY | | | |

"FREIGHT COLLECT"
SHIPMENT PER S.S. "HYUNDAI COURAGE" VOY NO. 050E
SAILING ON/ABT January 31, 2016. CARGO RECEIVED ON January 25, 2016.  DOCUMENT RECEIVED ON
January 27, 2016.

THIS IS NOT A DOCUMENT OF TITLE

**Verification Copy**

SHENZHEN                         January 31, 2016
                    (Place and date of issue.)

YUSEN LOGISTICS (HONG KONG) LIMITED

*** Please advise YUSEN LOGISTICS (HONG KONG)
LIMITED if amendment is needed ***
*** Please check with YUSEN LOGISTICS (HONG KONG)



February 25, 2016

**VIA FACSIMILE (310-782-7998), E-MAIL (yusla-tsa@us.yusen-logistics.com), OVERNIGHT DELIVERY and U.S. MAIL**

Yusen Logistics (Americas) Inc.
19001 Harborgate Way
Torrance, CA  90501

> ***Re:    UCC § 2-705 Notice of Stoppage of Delivery of Goods in Transit to TSA Stores, Inc.***

Dear Sir or Madam:

I am writing in connection with the shipment by O2Cool, LLC ("Seller") to TSA Stores, Inc. ("Buyer") of the goods listed on the enclosed invoices and purchase orders and described as follows (the "Goods"):

| Purchase Order # | Invoice # | Item Number | TSA SKU | Quantity |
|---|---|---|---|---|
| 315814 | ENV000124714 | HMIP24A00O006BSA | 044417442 | 1,140 |
| 315814 | ENV000124714 | HMIP24A00O006YSA | 044417578 | 1,140 |
| 315814 | ENV000124714 | HMTP24A00O006TSA | 044417646 | 1,140 |
| 315814 | ENV000124714 | HMTP24A00O006RSA | 044417756 | 1,020 |
| 315814 | ENV000124714 | HMTP24A00O006BSA | 044417824 | 1,140 |
| 315814 | ENV000124714 | HMRB32A00O006BSA | 044417947 | 1,020 |
| 315814 | ENV000124714 | HMRB32A00O006YSA | 044418221 | 1,020 |
| 315814 | ENV000124714 | HMRV20200O006TSA | 044418292 | 1,020 |
| 315814 | ENV000124714 | HMTV20100O006TSA | 044418483 | 1,020 |
| 315815 | ENV000124715 | HMIP24A00O006BSA | 044417442 | 1,752 |
| 315815 | ENV000124715 | HMIP24A00O006YSA | 044417578 | 1,752 |
| 315815 | ENV000124715 | HMTP24A00O006TSA | 044417646 | 1,752 |
| 315815 | ENV000124715 | HMTP24A00O006RSA | 044417756 | 1,500 |
| 315815 | ENV000124715 | HMTP24A00O006BSA | 044417824 | 1,752 |
| 315815 | ENV000124715 | HMRB32A00O006BSA | 044417947 | 1,500 |
| 315815 | ENV000124715 | HMRB32A00O006YSA | 044418221 | 1,500 |
| 315815 | ENV000124715 | HMRV20200O006TSA | 044418292 | 1,500 |
| 315815 | ENV000124715 | HMTV20100O006TSA | 044418483 | 1,500 |

Yusen Logistics (Americas) Inc.
May 13, 2016
Page 2

We understand that you are in possession of the Goods charged with delivering them to Buyer. We have determined, on information and belief, that Buyer is insolvent within the meaning of Article 2 of the Uniform Commercial Code.  Accordingly, pursuant to UCC § 2-705(1), Seller hereby demands that you stop delivery of the Goods immediately and instead, pursuant to UCC § 2-705(3)(b), deliver them to Seller's location at:

**Partner Logistics, Inc.**

**Attn: Kurt Lentsch**

**2700 Carl Blvd.**

**Elk Grove Village, IL 60007-6719**

Pursuant to UCC § 2-705(3)(b), we will reimburse your charges for diverting the shipment to our location above.

For your reference, I have also enclosed a copy of Forwarder's Cargo Receipt No. **TSA-SZP-1600103** and **TSA-SZP-1600106** pertaining to the Goods to enable you to more easily identify the shipment.

Please contact me immediately upon receipt of this letter at (312) 951-6700 or elockwood@o2-cool.com to acknowledge receipt of this letter and to confirm that you will honor our request to redirect delivery of the Goods to our location at the address listed above.

Please contact me if you have any questions.

Very truly yours,

Eric Lockwood
Chief Executive Officer

Enclosures

cc:    Alan Leib (via e-mail)
       Jason Torf (via e-mail)
       John Hodge (via e-mail)

2946465/1/15542.000

**O2COOL,LLC**
**168 N. CLINTON STREET**
**SUITE 500**
**CHICAGO IL   60661**

**** H I S T O R I C A L ****

| | |
|---|---|
| Invoice No. | ENV000124714 |
| Date | 2/11/2016 |
| Page | 1 |
| Order Number | EDI000127129 |

PHONE: (312) 951-6700

# INVOICE

**Bill To:**

SPORTS AUTHORITY
ACCOUNTS PAYABLE DEPT
PO BOX 2905
ENGLEWOOD CO   80150

**Ship To:**

SPORTS AUTHORITY
DISTRIBUTION CENTER #843
200 RICHARDS RUN
BURLINGTON NJ   08016

| Purchase Order No. | Customer ID | Salesperson ID | Shipping Method | Payment Terms | Req Ship Date | Master No. |
|---|---|---|---|---|---|---|
| 315814 | SPORAUTH02 | | YUSEN LOGISTICS | NET 60 | 1/11/2016 | 144,455 |

| Ordered | Shipped | B/O | Item Number | Description | Discount | Unit Price | Ext. Price |
|---|---|---|---|---|---|---|---|
| 1,140 | 1,140 | 0 | HMIP24A00O006BSA | 24OZ PRISM BOTTLE WITH GLENDALE MI | $0.00000 | $6.25000 | $7,125.00 |
| 1,140 | 1,140 | 0 | HMIP24A00O006YSA | 24OZ PRISM BOTTLE WITH GLENDALE MI | $0.00000 | $6.25000 | $7,125.00 |
| 1,140 | 1,140 | 0 | HMTP24A00O006TSA | 24OZ PRISM BOTTLE WITH BRIGHTON MI | $0.00000 | $6.25000 | $7,125.00 |
| 1,020 | 1,020 | 0 | HMTP24A00O006RSA | 24OZ PRISM BOTTLE WITH BRIGHTON MI | $0.00000 | $6.25000 | $6,375.00 |
| 1,140 | 1,140 | 0 | HMTP24A00O006BSA | 24OZ PRISM BOTTLE WITH BRIGHTON MI | $0.00000 | $6.25000 | $7,125.00 |
| 1,020 | 1,020 | 0 | HMRB32A00O006BSA | 1L BULLET BOTTLE WITH WINDSOR MNS | $0.00000 | $7.00000 | $7,140.00 |
| 1,020 | 1,020 | 0 | HMRB32A00O006YSA | 1L BULLET BOTTLE WITH WINDSOR MNS | $0.00000 | $7.00000 | $7,140.00 |
| 1,020 | 1,020 | 0 | HMRV20200O006TSA | 20OZ VACUUM INSULATED PAINTED STA | $0.00000 | $10.00000 | $10,200.00 |
| 1,020 | 1,020 | 0 | HMTV20100O006TSA | 20OZ VACUUM INSULATED PAINTED STA | $0.00000 | $11.00000 | $11,220.00 |

MARK FOR:843

| | |
|---|---|
| Subtotal | $70,575.00 |
| Misc | $0.00 |
| Tax | $0.00 |
| Freight | $0.00 |
| Trade Discount | $0.00 |
| Total | $70,575.00 |

```
BEG*00*RL*301196*315814*20151210~
CUR*BY*USD~
REF*DP*961~
REF*IA*024362~
FOB*DF*OR*YANTIAN~
ITD*03*2*********NET 60**C~
DTM*001*20160304~
DTM*002*20160111~
TD5*****Refer to Route Guide~
N1*ST*The Sports Authority 843*92*843~
N3*200 RICHARDS RUN~
N4*BURLINGTON*NJ*08016*USA~
PO1**1332*EA*5*LE*CB*044415758*UK*00755247125312*VC*HMCDP07 DKB*IZ*20OZ*BO*4000*ZZ*9998~
CTP**RES*13.99~
PID*F****ARCTIC SQZ 20OZ DW - DK BLUE~
PO4*6*6*EA~
PO1**1140*EA*5*LE*CB*044417222*UK*00755247125275*VC*HMCDP07 RSP*IZ*20OZ*BO*6000*ZZ*9998~
CTP**RES*13.99~
PID*F****ARCTIC SQZ 20OZ DW - RASPBERRY~
PO4*6*6*EA~
PO1**1140*EA*5*LE*CB*044417235*UK*00755247125299*VC*HMCDP07 GRN*IZ*20OZ*BO*3000*ZZ*9998~
CTP**RES*13.99~
PID*F****ARCTIC SQZ 20OZ DW- GREEN~
PO4*6*6*EA~
PO1**1140*EA*5*LE*CB*044417251*UK*00755247160061*VC*HMCDP09 RSP*IZ*20OZ*BO*6000*ZZ*9998~
CTP**RES*13.99~
PID*F****ARCTIC SQZ 20OZ SPLASH-RSPBRRY~
PO4*6*6*EA~
PO1**1140*EA*5*LE*CB*044417277*UK*00755247160047*VC*HMCDP09 PUR*IZ*20OZ*BO*5000*ZZ*9998~
CTP**RES*13.99~
PID*F****ARCTIC SQZ 20OZ SPLASH- PURPLE~
PO4*6*6*EA~
PO1**1140*EA*5*LE*CB*044417280*UK*00755247160030*VC*HMCDP09 BLU*IZ*20OZ*BO*4000*ZZ*9998~
CTP**RES*13.99~
PID*F****ARCTIC SQZ 20OZ SPLASH- BLUE~
PO4*6*6*EA~
PO1**1020*EA*5*LE*CB*044417293*UK*00755247165189*VC*HMCDP10 PA2*IZ*20OZ*BO*0901*ZZ*9998~
CTP**RES*13.99~
PID*F****ARCTIC SQZ 20OZ - AMERICAN FLG~
PO4*6*6*EA~
PO1**1020*EA*5*LE*CB*044417316*UK*00755247165165*VC*HMCDP19 WV4*IZ*20OZ*BO*0901*ZZ*9998~
CTP**RES*13.99~
PID*F****ARCTIC SQZ 20OZ- WAVE 4~
PO4*6*6*EA~
PO1**1020*EA*5*LE*CB*044417390*UK*00755247165202*VC*HMCDP20 AR2*IZ*20OZ*BO*0901*ZZ*9998~
CTP**RES*13.99~
PID*F****ARCTIC SQZ 20OZ- ARTIST 2~
PO4*6*6*EA~
PO1**1020*EA*5*LE*CB*044417400*UK*00755247165233*VC*HMCDP21 WC1*IZ*20OZ*BO*0901*ZZ*9998~
CTP**RES*13.99~
PID*F****ARCTIC SQZ 20OZ- WATER COLOR 1~
PO4*6*6*EA~
PO1**1140*EA*6.25*LE*CB*044417442*UK*00755247140025*VC*HMIP24A DKB*IZ*24OZ*BO*4000*ZZ*9998~
CTP**RES*14.99~
```

```
PID*F****PRISM 24OZ BTTL GLNDL TOP-DKBL~
PO4*6*6*EA~
PO1**1140*EA*6.25*LE*CB*044417578*UK*00755247140063*VC*HMIP24A GRY*IZ*24OZ*BO*1999*ZZ*99
98~
CTP**RES*14.99~
PID*F****PRISM 24OZ BTTL GLNDL TOP-GRAY~
PO4*6*6*EA~
PO1**1140*EA*6.25*LE*CB*044417646*UK*00755247140087*VC*HMTP24A TEA*IZ*24OZ*BO*3000*ZZ*99
98~
CTP**RES*14.99~
PID*F****PRISM 24 OZ BTTL BRGHTN TP-TEA~
PO4*6*6*EA~
PO1**1020*EA*6.25*LE*CB*044417756*UK*00755247140094*VC*HMTP24A RSP*IZ*24OZ*BO*6000*ZZ*99
98~
CTP**RES*14.99~
PID*F****PRISM 24 OZ BTTL BRGHTN TP-RSP~
PO4*6*6*EA~
PO1**1140*EA*6.25*LE*CB*044417824*UK*00755247140070*VC*HMTP24A DKB*IZ*24OZ*BO*4000*ZZ*99
98~
CTP**RES*14.99~
PID*F****PRISM 24 OZ BTTL BRGHTN TP-DKB~
PO4*6*6*EA~
PO1**1020*EA*7*LE*CB*044417947*UK*00755247165905*VC*HMRB32A DKB*IZ*1L*BO*4000*ZZ*9998~
CTP**RES*16.99~
PID*F****BULLET 1L BTTL WNDSR TP-DK BLU~
PO4*6*6*EA~
PO1**1020*EA*7*LE*CB*044418221*UK*00755247165912*VC*HMRB32A GRY*IZ*1L*BO*1999*ZZ*9998~
CTP**RES*16.99~
PID*F****BULLET 1L BTTL WNDSR TOP-GREY~
PO4*6*6*EA~
PO1**1020*EA*10*LE*CB*044418292*UK*00755247166339*VC*HMRV202*IZ*9999*BO*1000*ZZ*9998~
CTP**RES*24.99~
PID*F****VACUUM STNLSS DW SCRW TP BTL-B~
PO4*6*6*EA~
PO1**1020*EA*11*LE*CB*044418483*UK*00755247125732*VC*HMTV201*IZ*9999*BO*1000*ZZ*9998~
CTP**RES*24.99~
PID*F****VACUUM STNLSS DW STRA TP BTL-B~
PO4*6*6*EA~
CTT*19~
```

# YUSEN LOGISTICS (HONG KONG) LIMITED

FORWARDER'S CARGO RECEIPT No.    TSA-SZP-1600103

| | |
|---|---|
| Maker/Supplier : | LENGJER METAL & PLASTIC CO.,LTD |
| Buyer/Consignee : | TSA STORES, INC.<br>1050 W HAMPDEN AVE. ENGLEWOOD,CO 80110 USA |
| Shipment From : | YANTIAN,CHINA             To : FONTANA, CA |

| Maker/Supplier's INVOICE No. |
|---|
| O2C-16-00144 |
| Dated:<br>**January 29, 2016** |
| Date of Receipt of Cargo<br>**January 28, 2016** |

| Marks & Nos. | Nos. of P'kgs | Supplier's description of goods | Measurement (cbm.) | Weight (kgs.) |
|---|---|---|---|---|

```
TSA STORE INC                  NOTIFY PARTY: YUSEN LOGISTICS (AMERICAS) INC.
P.O.#                                        19001 HARBORGATE WAY
STYLE#/MODEL#                                 TORRANCE, CA. 90501
SKU#                                          (310)782-0095 PH (310)782-7998 FX
DESCRIPTION:                                  YUSLA-TSA@US.YUSEN-LOGISTICS.COM
SIZE:                          CFS-CY
Q'TY:
MADE IN:                       PLASTIC AND STAINLESS STEEL SPORT BOTTLE
CARTON NO:                     PO NO:315814(160243)
N.W:                           HS CODE:3924100000/7323930000
C.B.M.
CARTON MEASUREMENT:            OOLU9451954 (PART)    SEAL# OOLDPU8202      40H  DRY
TRACKING#                         SHIPPER DECLARED ALL ITEM(S) CONTAIN NO WOOD PACKAGING
                                  MATERIAL.VENDOR DECLARED NO WOOD PACKAGING MATERIALS
```

```
        1,610 CARTONS              36.495 CBM      2,952 KGS
        ============================================================
        TOTAL : ONE THOUSAND SIX HUNDRED TEN (1,610) CARTONS ONLY

              "FREIGHT COLLECT"
SHIPMENT PER S.S. "OOCL LONG BEACH" VOY NO. 095E
SAILING ON/ABT February 9, 2016. CARGO RECEIVED ON January 28, 2016.  DOCUMENT RECEIVED ON
February 3, 2016.
```

| THIS IS NOT A DOCUMENT OF TITLE | SHENZHEN                    **February 9, 2016** |
|---|---|
| **Verification Copy** | (Place and date of issue.) |
| | **YUSEN LOGISTICS (HONG KONG) LIMITED** |
| *** Please advise **YUSEN LOGISTICS (HONG KONG)** **LIMITED** if amendment is needed *** <br> *** Please check with **YUSEN LOGISTICS (HONG KONG)** **LIMITED** if B/L & Cargo Receipt are ready for issuance *** | V1 |

Verification Copy

**O2COOL,LLC**
**168 N. CLINTON STREET**
**SUITE 500**
**CHICAGO IL   60661**

\*\*\*\*HISTORICAL\*\*\*\*

| Invoice | ENV000124715 |
|---|---|
| Date | 2/11/2016 |
| Page | 1 |
| Order Number | EDI000127130 |

PHONE: (312) 951-6700

# INVOICE

**Bill To:**

SPORTS AUTHORITY
ACCOUNTS PAYABLE DEPT
PO BOX 2905
ENGLEWOOD CO   80150

**Ship To:**

SPORTS AUTHORITY
DISTRIBUTION CENTER #845
13053 SAN BERNARDINO AVE
FONTANA CA   92335

| Purchase Order No. | Customer ID | Salesperson ID | Shipping Method | Payment Terms | Req Ship Date | Master No. |
|---|---|---|---|---|---|---|
| 315815 | SPORAUTH02 | | YUSEN LOGISTICS | NET 60 | 1/11/2016 | 144,456 |

| Ordered | Shipped | B/O | Item Number | Description | Discount | Unit Price | Ext. Price |
|---|---|---|---|---|---|---|---|
| 1,752 | 1,752 | 0 | HMIP24A00O006BSA | 24OZ PRISM BOTTLE WITH GLENDALE MI | $0.00000 | $6.25000 | $10,950.00 |
| 1,752 | 1,752 | 0 | HMIP24A00O006YSA | 24OZ PRISM BOTTLE WITH GLENDALE MI | $0.00000 | $6.25000 | $10,950.00 |
| 1,752 | 1,752 | 0 | HMTP24A00O006TSA | 24OZ PRISM BOTTLE WITH BRIGHTON MI | $0.00000 | $6.25000 | $10,950.00 |
| 1,500 | 1,500 | 0 | HMTP24A00O006RSA | 24OZ PRISM BOTTLE WITH BRIGHTON MI | $0.00000 | $6.25000 | $9,375.00 |
| 1,752 | 1,752 | 0 | HMTP24A00O006BSA | 24OZ PRISM BOTTLE WITH BRIGHTON MI | $0.00000 | $6.25000 | $10,950.00 |
| 1,500 | 1,500 | 0 | HMRB32A00O006BSA | 1L BULLET BOTTLE WITH WINDSOR MNS | $0.00000 | $7.00000 | $10,500.00 |
| 1,500 | 1,500 | 0 | HMRB32A00O006YSA | 1L BULLET BOTTLE WITH WINDSOR MNS | $0.00000 | $7.00000 | $10,500.00 |
| 1,500 | 1,500 | 0 | HMRV20200O006TSA | 20OZ VACUUM INSULATED PAINTED STA | $0.00000 | $10.00000 | $15,000.00 |
| 1,500 | 1,500 | 0 | HMTV20100O006TSA | 20OZ VACUUM INSULATED PAINTED STA | $0.00000 | $11.00000 | $16,500.00 |

MARK FOR:845

| | |
|---|---|
| Subtotal | $105,675.00 |
| Misc | $0.00 |
| Tax | $0.00 |
| Freight | $0.00 |
| Trade Discount | $0.00 |
| Total | $105,675.00 |

```
BEG*00*RL*301196*315815*20151210~
CUR*BY*USD~
REF*DP*961~
REF*IA*024362~
FOB*DF*OR*YANTIAN~
ITD*03*2*********NET 60**C~
DTM*001*20160304~
DTM*002*20160111~
TD5*****Refer to Route Guide~
N1*ST*The Sports Authority 845*92*845~
N3*13053 SAN BERNARDINO AVENUE~
N4*FONTANA*CA*92335*USA~
PO1**1944*EA*5*LE*CB*044415758*UK*00755247125312*VC*HMCDP07 DKB*IZ*20OZ*BO*4000*ZZ*9998~
CTP**RES*13.99~
PID*F****ARCTIC SQZ 20OZ DW - DK BLUE~
PO4*6*6*EA~
PO1**1752*EA*5*LE*CB*044417222*UK*00755247125275*VC*HMCDP07 RSP*IZ*20OZ*BO*6000*ZZ*9998~
CTP**RES*13.99~
PID*F****ARCTIC SQZ 20OZ DW - RASPBERRY~
PO4*6*6*EA~
PO1**1752*EA*5*LE*CB*044417235*UK*00755247125299*VC*HMCDP07 GRN*IZ*20OZ*BO*3000*ZZ*9998~
CTP**RES*13.99~
PID*F****ARCTIC SQZ 20OZ DW- GREEN~
PO4*6*6*EA~
PO1**1752*EA*5*LE*CB*044417251*UK*00755247160061*VC*HMCDP09 RSP*IZ*20OZ*BO*6000*ZZ*9998~
CTP**RES*13.99~
PID*F****ARCTIC SQZ 20OZ SPLASH-RSPBRRY~
PO4*6*6*EA~
PO1**1752*EA*5*LE*CB*044417277*UK*00755247160047*VC*HMCDP09 PUR*IZ*20OZ*BO*5000*ZZ*9998~
CTP**RES*13.99~
PID*F****ARCTIC SQZ 20OZ SPLASH- PURPLE~
PO4*6*6*EA~
PO1**1752*EA*5*LE*CB*044417280*UK*00755247160030*VC*HMCDP09 BLU*IZ*20OZ*BO*4000*ZZ*9998~
CTP**RES*13.99~
PID*F****ARCTIC SQZ 20OZ SPLASH- BLUE~
PO4*6*6*EA~
PO1**1500*EA*5*LE*CB*044417293*UK*00755247165189*VC*HMCDP10 PA2*IZ*20OZ*BO*0901*ZZ*9998~
CTP**RES*13.99~
PID*F****ARCTIC SQZ 20OZ - AMERICAN FLG~
PO4*6*6*EA~
PO1**1500*EA*5*LE*CB*044417316*UK*00755247165165*VC*HMCDP19 WV4*IZ*20OZ*BO*0901*ZZ*9998~
CTP**RES*13.99~
PID*F****ARCTIC SQZ 20OZ- WAVE 4~
PO4*6*6*EA~
PO1**1500*EA*5*LE*CB*044417390*UK*00755247165202*VC*HMCDP20 AR2*IZ*20OZ*BO*0901*ZZ*9998~
CTP**RES*13.99~
PID*F****ARCTIC SQZ 20OZ- ARTIST 2~
PO4*6*6*EA~
PO1**1500*EA*5*LE*CB*044417400*UK*00755247165233*VC*HMCDP21 WC1*IZ*20OZ*BO*0901*ZZ*9998~
CTP**RES*13.99~
PID*F****ARCTIC SQZ 20OZ- WATER COLOR 1~
PO4*6*6*EA~
PO1**1752*EA*6.25*LE*CB*044417442*UK*00755247140025*VC*HMIP24A DKB*IZ*24OZ*BO*4000*ZZ*9998~
CTP**RES*14.99~
```

```
PID*F****PRISM 24OZ BTTL GLNDL TOP-DKBL~
PO4*6*6*EA~
PO1**1752*EA*6.25*LE*CB*044417578*UK*00755247140063*VC*HMIP24A GRY*IZ*24OZ*BO*1999*ZZ*99
98~
CTP**RES*14.99~
PID*F****PRISM 24OZ BTTL GLNDL TOP-GRAY~
PO4*6*6*EA~
PO1**1752*EA*6.25*LE*CB*044417646*UK*00755247140087*VC*HMTP24A TEA*IZ*24OZ*BO*3000*ZZ*99
98~
CTP**RES*14.99~
PID*F****PRISM 24 OZ BTTL BRGHTN TP-TEA~
PO4*6*6*EA~
PO1**1500*EA*6.25*LE*CB*044417756*UK*00755247140094*VC*HMTP24A RSP*IZ*24OZ*BO*6000*ZZ*99
98~
CTP**RES*14.99~
PID*F****PRISM 24 OZ BTTL BRGHTN TP-RSP~
PO4*6*6*EA~
PO1**1752*EA*6.25*LE*CB*044417824*UK*00755247140070*VC*HMTP24A DKB*IZ*24OZ*BO*4000*ZZ*99
98~
CTP**RES*14.99~
PID*F****PRISM 24 OZ BTTL BRGHTN TP-DKB~
PO4*6*6*EA~
PO1**1500*EA*7*LE*CB*044417947*UK*00755247165905*VC*HMRB32A DKB*IZ*1L*BO*4000*ZZ*9998~
CTP**RES*16.99~
PID*F****BULLET 1L BTTL WNDSR TP-DK BLU~
PO4*6*6*EA~
PO1**1500*EA*7*LE*CB*044418221*UK*00755247165912*VC*HMRB32A GRY*IZ*1L*BO*1999*ZZ*9998~
CTP**RES*16.99~
PID*F****BULLET 1L BTTL WNDSR TOP-GREY~
PO4*6*6*EA~
PO1**1500*EA*10*LE*CB*044418292*UK*00755247166339*VC*HMRV202*IZ*9999*BO*1000*ZZ*9998~
CTP**RES*24.99~
PID*F****VACUUM STNLSS DW SCRW TP BTL-B~
PO4*6*6*EA~
PO1**1500*EA*11*LE*CB*044418483*UK*00755247125732*VC*HMTV201*IZ*9999*BO*1000*ZZ*9998~
CTP**RES*24.99~
PID*F****VACUUM STNLSS DW STRA TP BTL-B~
PO4*6*6*EA~
CTT*19~
```

# YUSEN LOGISTICS (HONG KONG) LIMITED

FORWARDER'S CARGO RECEIPT No.    TSA-SZP-1600106

| | |
|---|---|
| Maker/Supplier : LENGJER METAL & PLASTIC CO.,LTD | Maker/Supplier's INVOICE No. **O2C-16-00185** |
| | Dated: **February 04, 2016** |
| Buyer/Consignee : TSA STORES, INC.<br>1050 W HAMPDEN AVE. ENGLEWOOD,CO 80110 USA | Date of Receipt of Cargo |
| Shipment From : YANTIAN,CHINA        To : FONTANA, CA | **February 03, 2016** |

| Marks & Nos. | Nos. of P'kgs | Supplier's description of goods | Measurement (cbm.) | Weight (kgs.) |
|---|---|---|---|---|
| TSA STORE INC<br>P.O.#<br>STYLE#/MODEL#<br>SKU#<br>DESCRIPTION:<br>SIZE:<br>Q'TY:<br>MADE IN:<br>CARTON NO:<br>N.W:<br>C.B.M.<br>CARTON MEASUREMENT:<br>TRACKING# | | NOTIFY PARTY: YUSEN LOGISTICS (AMERICAS) INC.<br>19001 HARBORGATE WAY<br>TORRANCE, CA. 90501<br>(310)782-0095 PH (310)782-7998 FX<br>YUSLA-TSA@US.YUSEN-LOGISTICS.COM<br><br>CY-CY<br><br>LASTIC AND STAINLESS STEEL SPORT BOTTLE<br>PO NO:315815(160244)<br>HS CODE:3924100000/7323930000<br>SHIPPER'S LOAD AND COUNT<br>TCLU4329311        SEAL# OOLDPX5844        40' DRY<br>SHIPPER DECLARED ALL ITEM(S) CONTAIN NO WOOD PACKAGING<br>MATERIAL.VENDOR DECLARED NO WOOD PACKAGING MATERIALS | | |
| | 2,418 CARTONS | | 48.280 CBM | 5,196 KGS |

TOTAL : TWO THOUSAND FOUR HUNDRED EIGHTEEN (2,418) CARTONS ONLY

"FREIGHT COLLECT"

SHIPMENT PER S.S. "OOCL LONG BEACH" VOY NO. 095E
SAILING ON/ABT February 9, 2016. CARGO RECEIVED ON February 3, 2016.  DOCUMENT RECEIVED ON February 4, 2016.

| | |
|---|---|
| THIS IS NOT A DOCUMENT OF TITLE | SHENZHEN        **February 9, 2016** |
| **Verification Copy** | (Place and date of issue.) |
| | **YUSEN LOGISTICS (HONG KONG) LIMITED** |
| *** Please advise **YUSEN LOGISTICS (HONG KONG)**<br>**LIMITED** if amendment is needed ***<br>*** Please check with **YUSEN LOGISTICS (HONG KONG)**<br>**LIMITED** if B/L & Cargo Receipt are ready for issuance *** | V1 |

Verification Copy



February 26, 2016

**VIA FACSIMILE (310-782-7998), E-MAIL (yusla-tsa@us.yusen-logistics.com),**
**OVERNIGHT DELIVERY and U.S. MAIL**

Yusen Logistics (Americas) Inc.
19001 Harborgate Way
Torrance, CA  90501

> *Re:    UCC § 2-705 Notice of Stoppage of Delivery of Goods in Transit to*
> *TSA Stores, Inc.*

Dear Sir or Madam:

I am writing in connection with the shipment by O2Cool, LLC ("Seller") to TSA Stores, Inc. ("Buyer") of the goods listed on the enclosed invoices and purchase orders and described as follows (the "Goods"):

| Purchase Order # | Invoice # | Item Number | TSA SKU | Quantity |
|---|---|---|---|---|
| 315812 | ENV000124637 | HMCDP0700O006BSA | 044415758 | 1,038 |
| 315812 | ENV000124637 | HMCDP0700O006RSA | 044417222 | 930 |
| 315812 | ENV000124637 | HMCDP0700O006GSA | 044417235 | 930 |
| 315812 | ENV000124637 | HMCDP0900O006RSA | 044417251 | 930 |
| 315812 | ENV000124637 | HMCDP0900O006PSA | 044417277 | 930 |
| 315812 | ENV000124637 | HMCDP0900O006BSA | 044417280 | 930 |
| 315812 | ENV000124637 | HMCDP1000O006SA2 | 044417293 | 648 |
| 315812 | ENV000124637 | HMCDP1900O006SA4 | 044417316 | 648 |
| 315812 | ENV000124637 | HMCDP2000O006SA2 | 044417390 | 648 |
| 315812 | ENV000124637 | HMCDP2100O006SA1 | 044417400 | 648 |
| 315812 | ENV000124633 | HMIP24A00O006BSA | 044417442 | 930 |
| 315812 | ENV000124633 | HMIP24A00O006YSA | 044417578 | 930 |
| 315812 | ENV000124633 | HMTP24A00O006TSA | 044417646 | 930 |
| 315812 | ENV000124633 | HMTP24A00O006RSA | 044417756 | 648 |
| 315812 | ENV000124633 | HMTP24A00O006BSA | 044417824 | 930 |
| 315812 | ENV000124633 | HMRB32A00O006BSA | 044417947 | 648 |
| 315812 | ENV000124633 | HMRB32A00O006YSA | 044418221 | 648 |
| 315812 | ENV000124633 | HMRV20200O006TSA | 044418292 | 648 |

Yusen Logistics (Americas) Inc.
February 26, 2016
Page 2

| 315812 | ENV000124633 | HMTV20100O006TSA | 044418483 | 648 |
|---|---|---|---|---|
| 315814 | ENV000124638 | HMCDP0700O006BSA | 044415758 | 1,332 |
| 315814 | ENV000124638 | HMCDP0700O006RSA | 044417222 | 1,140 |
| 315814 | ENV000124638 | HMCDP0700O006GSA | 044417235 | 1,140 |
| 315814 | ENV000124638 | HMCDP0900O006RSA | 044417251 | 1,140 |
| 315814 | ENV000124638 | HMCDP0900O006PSA | 044417277 | 1,140 |
| 315814 | ENV000124638 | HMCDP0900O006BSA | 044417280 | 1,140 |
| 315814 | ENV000124638 | HMCDP1000O006SA2 | 044417293 | 1,020 |
| 315814 | ENV000124638 | HMCDP1900O006SA4 | 044417316 | 1,020 |
| 315814 | ENV000124638 | HMCDP2000O006SA2 | 044417390 | 1,020 |
| 315814 | ENV000124638 | HMCDP2100O006SA1 | 044417400 | 1,020 |
| 315813 | ENV000124713 | HMIP24A00O006BSA | 044417442 | 1,296 |
| 315813 | ENV000124713 | HMIP24A00O006YSA | 044417578 | 1,296 |
| 315813 | ENV000124713 | HMTP24A00O006TSA | 044417646 | 1,296 |
| 315813 | ENV000124713 | HMTP24A00O006RSA | 044417756 | 816 |
| 315813 | ENV000124713 | HMTP24A00O006BSA | 044417824 | 1,296 |
| 315813 | ENV000124713 | HMRB32A00O006BSA | 044417947 | 816 |
| 315813 | ENV000124713 | HMRB32A00O006YSA | 044418221 | 816 |
| 315813 | ENV000124713 | HMRV20200O006TSA | 044418292 | 816 |
| 315813 | ENV000124713 | HMTV20100O006TSA | 044418483 | 816 |

We understand that you are in possession of the Goods charged with delivering them to Buyer.
We have determined, on information and belief, that Buyer is insolvent within the meaning of
Article 2 of the Uniform Commercial Code.  Accordingly, pursuant to UCC § 2-705(1), Seller
hereby demands that you stop delivery of the Goods immediately and instead, pursuant to UCC
§ 2-705(3)(b), deliver them to Seller's location at:

**Partner Logistics, Inc.**

**Attn: Kurt Lentsch**

**2700 Carl Blvd.**

**Elk Grove Village, IL 60007-6719**

Pursuant to UCC § 2-705(3)(b), we will reimburse your charges for diverting the shipment to our
location above.

Yusen Logistics (Americas) Inc.
February 26, 2016
Page 3

For your reference, I have also enclosed a copy of Forwarder's Cargo Receipt No. **TSA-SZP-1600082, TSA-SZP-1600096, TSA-SZP-1600058** and **TSA-SZP-1600104** pertaining to the Goods to enable you to more easily identify the shipment.

Please contact me immediately upon receipt of this letter at (312) 951-6700 or along@o2-cool.com to acknowledge receipt of this letter and to confirm that you will honor our request to redirect delivery of the Goods to our location at the address listed above.

Please contact me if you have any questions.

Very truly yours,

Amy Long
Chief Financial Officer

Enclosures

cc:    Alan Leib (via e-mail)
       Jason Torf (via e-mail)
       John Hodge (via e-mail)

2946465/1/15542.000

**O2COOL,LLC**
**168 N. CLINTON STREET**
**SUITE 500**
**CHICAGO IL   60661**

PHONE: (312) 951-6700

| Invoice | ENV000124637 |
|---|---|
| Date | 2/2/2016 |
| Page | 1 |
| Order Number | EDI000127122 |

****H I S T O R I C A L****

# INVOICE

**Bill To:**

SPORTS AUTHORITY
ACCOUNTS PAYABLE DEPT
PO BOX 2905
ENGLEWOOD CO   80150

**Ship To:**

SPORTS AUTHORITY
DISTRIBUTION CENTER #820
1140 WEST REMINGTON BLVD
ROMEOVILLE IL   60446

| Purchase Order No. | Customer ID | Salesperson ID | Shipping Method | Payment Terms | Req Ship Date | Master No. |
|---|---|---|---|---|---|---|
| 315812 | SPORAUTH02 | | YUSEN LOGISTICS | NET 60 | 1/11/2016 | 144,447 |

| Ordered | Shipped | B/O | Item Number | Description | Discount | Unit Price | Ext. Price |
|---|---|---|---|---|---|---|---|
| 1,038 | 1,038 | 0 | HMCDP0700O006BSA | 20OZ INSULATED ARCTICSQUEEZE MNS | $0.00000 | $5.00000 | $5,190.00 |
| 930 | 930 | 0 | HMCDP0700O006RSA | 20OZ INSULATED ARCTICSQUEEZE MNS | $0.00000 | $5.00000 | $4,650.00 |
| 930 | 930 | 0 | HMCDP0700O006GSA | 20OZ INSULATED ARCTICSQUEEZE MNS | $0.00000 | $5.00000 | $4,650.00 |
| 930 | 930 | 0 | HMCDP0900O006RSA | 20OZ INSULATED ARCTICSQUEEZE TOP | $0.00000 | $5.00000 | $4,650.00 |
| 930 | 930 | 0 | HMCDP0900O006PSA | 20OZ INSULATED ARCTICSQUEEZE TOP | $0.00000 | $5.00000 | $4,650.00 |
| 930 | 930 | 0 | HMCDP0900O006BSA | 20OZ INSULATED ARCTICSQUEEZE TOP | $0.00000 | $5.00000 | $4,650.00 |
| 648 | 648 | 0 | HMCDP1000O006SA2 | 20OZ INSULATED ARCTICSQUEEZE MNS | $0.00000 | $5.00000 | $3,240.00 |
| 648 | 648 | 0 | HMCDP1900O006SA4 | ARCTICSQUEEZE DW 20 OZ MIST N SIP - | $0.00000 | $5.00000 | $3,240.00 |
| 648 | 648 | 0 | HMCDP2000O006SA2 | ARCTICSQUEEZE DW 20 OZ MIST N SIP - | $0.00000 | $5.00000 | $3,240.00 |
| 648 | 648 | 0 | HMCDP2100O006SA1 | ARCTICSQUEEZE DW 20 OZ MIST N SIP - | $0.00000 | $5.00000 | $3,240.00 |

MARK FOR:820

| | |
|---|---|
| Subtotal | $41,400.00 |
| Misc | $0.00 |
| Tax | $0.00 |
| Freight | $0.00 |
| Trade Discount | $0.00 |
| Total | $41,400.00 |

# YUSEN LOGISTICS (HONG KONG) LIMITED

FORWARDER'S CARGO RECEIPT No.    TSA-SZP-1600082

| | | |
|---|---|---|
| Maker/Supplier : O2COOL, LLC | | Maker/Supplier's INVOICE No. O2C-16-00121 |
| Buyer/Consignee : TSA STORES, INC. 1050 W HAMPDEN AVE. ENGLEWOOD,CO 80110 USA | | Dated: **January 28, 2016** |
| Shipment From : YANTIAN,CHINA    To : ROMEOVILLE, IL | | Date of Receipt of Cargo **January 25, 2016** |

| Marks & Nos. | Nos. of P'kgs | Supplier's description of goods | Measurement (cbm.) | Weight (kgs.) |
|---|---|---|---|---|
| TSA STORES, INC. P.O.#315812 MEDEL# SKU# DESCRIPTION: CARTON NO.: N.W. KGS   G.W.   KGS CBM: CARTON MEASUREMENT: IN TRACKING# VENDOR#024362 | | NOTIFY PARTY: YUSEN LOGISTICS (AMERICAS) INC. 19001 HARBORGATE WAY TORRANCE, CA. 90501 (310)782-0095 PH (310)782-7998 FX YUSLA-TSA@US.YUSEN-LOGISTICS.COM CY-CY CUSTOMER PO#315812 2008 INSULATED ARCTICSQUEEZE MMS SHIPPER'S LOAD AND COUNT OOLU2897684        SEAL# OOLDFX7696    20'   DRY SHIPPER DECLARED ALL ITEM(S) CONTAIN NO WOOD PACKAGING MATERIAL.VENDOR DECLARED NO WOOD PACKAGING MATERIALS | | |
| | 1,380 CARTONS | | 26.220 CBM | 2,427 KGS |

TOTAL : ONE THOUSAND THREE HUNDRED EIGHTY (1,380) CARTONS ONLY

"FREIGHT COLLECT"

SHIPMENT PER S.S. "OOCL HOCHIMINH CITY" VOY NO. 003E
SAILING ON/ABT February 2, 2016. CARGO RECEIVED ON January 25, 2016.   DOCUMENT RECEIVED ON January 28, 2016.

| THIS IS NOT A DOCUMENT OF TITLE **Verification Copy** | SHENZHEN                        February 2, 2016 .............................................. (Place and date of issue.) YUSEN LOGISTICS (HONG KONG) LIMITED |
|---|---|

**O2COOL,LLC**
**168 N. CLINTON STREET**
**SUITE 500**
**CHICAGO IL   60661**

****H I S T O R I C A L****

| Invoice | ENV000124633 |
|---------|--------------|
| Date | 2/2/2016 |
| Page | 1 |
| Order Number | EDI000127127 |

PHONE: (312) 951-6700

# INVOICE

**Bill To:**

SPORTS AUTHORITY
ACCOUNTS PAYABLE DEPT
PO BOX 2905
ENGLEWOOD CO   80150

**Ship To:**

SPORTS AUTHORITY
DISTRIBUTION CENTER #820
1140 WEST REMINGTON BLVD
ROMEOVILLE IL   60446

| Purchase Order No. | Customer ID | Salesperson ID | Shipping Method | Payment Terms | Req Ship Date | Master No. |
|---|---|---|---|---|---|---|
| 315812 | SPORAUTH02 | | YUSEN LOGISTICS | NET 60 | 1/11/2016 | 144,453 |

| Ordered | Shipped | B/O | Item Number | Description | Discount | Unit Price | Ext. Price |
|---|---|---|---|---|---|---|---|
| 930 | 930 | 0 | HMIP24A00O006BSA | 24OZ PRISM BOTTLE WITH GLENDALE MI | $0.00000 | $6.25000 | $5,812.50 |
| 930 | 930 | 0 | HMIP24A00O006YSA | 24OZ PRISM BOTTLE WITH GLENDALE MI | $0.00000 | $6.25000 | $5,812.50 |
| 930 | 930 | 0 | HMTP24A00O006TSA | 24OZ PRISM BOTTLE WITH BRIGHTON MI | $0.00000 | $6.25000 | $5,812.50 |
| 648 | 648 | 0 | HMTP24A00O006RSA | 24OZ PRISM BOTTLE WITH BRIGHTON MI | $0.00000 | $6.25000 | $4,050.00 |
| 930 | 930 | 0 | HMTP24A00O006BSA | 24OZ PRISM BOTTLE WITH BRIGHTON MI | $0.00000 | $6.25000 | $5,812.50 |
| 648 | 648 | 0 | HMRB32A00O006BSA | 1L BULLET BOTTLE WITH WINDSOR MNS | $0.00000 | $7.00000 | $4,536.00 |
| 648 | 648 | 0 | HMRB32A00O006YSA | 1L BULLET BOTTLE WITH WINDSOR MNS | $0.00000 | $7.00000 | $4,536.00 |
| 648 | 648 | 0 | HMRV20200O006TSA | 20OZ VACUUM INSULATED PAINTED STA | $0.00000 | $10.00000 | $6,480.00 |
| 648 | 648 | 0 | HMTV20100O006TSA | 20OZ VACUUM INSULATED PAINTED STA | $0.00000 | $11.00000 | $7,128.00 |

MARK FOR:820

| Subtotal | $49,980.00 |
|---|---|
| Misc | $0.00 |
| Tax | $0.00 |
| Freight | $0.00 |
| Trade Discount | $0.00 |
| Total | $49,980.00 |

# YUSEN LOGISTICS (HONG KONG) LIMITED

FORWARDER'S CARGO RECEIPT No.    **TSA-SZP-1600096**

| | |
|---|---|
| Maker/Supplier : **LENGJER METAL & PLASTIC CO.,LTD** | Maker/Supplier's INVOICE No. **O2C-16-00163** |
| | Dated: **February 01, 2016** |
| Buyer/Consignee : **TSA STORES, INC.** **1050 W HAMPDEN AVE. ENGLEWOOD,CO 80110 USA** | Date of Receipt of Cargo |
| Shipment From : **YANTIAN,CHINA**     To : **ROMEOVILLE, IL** | **January 30, 2016** |

| Marks & Nos. | Nos. of P'kgs | Supplier's description of goods | Measurement (cbm.) | Weight (kgs.) |
|---|---|---|---|---|
| TSA STORE INC<br>P.O.#<br>STYLE#/MODEL#<br>SKU#<br>DESCRIPTION:<br>SIZE:<br>Q'TY:<br>MADE IN:<br>CARTON NO:<br>N.W:<br>C.B.M.<br>CARTON MEASUREMENT:<br>TRACKING# | | NOTIFY PARTY: YUSEN LOGISTICS (AMERICAS) INC.<br>19001 HARBORGATE WAY<br>TORRANCE, CA. 90501<br>(310)782-0095 PH (310)782-7998 FX<br>YUSLA-TSA@US.YUSEN-LOGISTICS.COM<br><br>CY-CY<br><br>PLASTIC AND STAINLESS STEEL SPORT BOTTLE<br>PO NO:315812(160241)<br>HS CODE:3924100000/7323930000<br>SHIPPER'S LOAD AND COUNT<br>00LU0322508        SEAL# 00LDPT7843        20' DRY<br>SHIPPER DECLARED ALL ITEM(S) CONTAIN NO WOOD PACKAGING<br>MATERIAL.VENDOR DECLARED NO WOOD PACKAGING MATERIALS | | |
| 1,160 CARTONS | | | 22.840 CBM | 2,464 KGS |

TOTAL : ONE THOUSAND ONE HUNDRED SIXTY (1,160) CARTONS ONLY

**"FREIGHT COLLECT"**

SHIPMENT PER S.S. "OOCL HOCHIMINH CITY" VOY NO. 003E
SAILING ON/ABT February 2, 2016. CARGO RECEIVED ON January 30, 2016.  DOCUMENT RECEIVED ON February 1, 2016.

| THIS IS NOT A DOCUMENT OF TITLE | |
|---|---|
| **Verification Copy** | **SHENZHEN**                    **February 2, 2016**<br>......................................................<br>(Place and date of issue.)<br><br>YUSEN LOGISTICS (HONG KONG) LIMITED |
| *** Please advise **YUSEN LOGISTICS (HONG KONG) LIMITED** if amendment is needed ***<br>*** Please check with **YUSEN LOGISTICS (HONG KONG) LIMITED** if B/L & Cargo Receipt are ready for issuance *** | ......................................................<br>                                          V 1 |

```
BEG*00*RL*301196*315812*20151210~
CUR*BY*USD~
REF*DP*961~
REF*IA*024362~
FOB*DF*OR*YANTIAN~
ITD*03*2**********NET 60**C~
DTM*001*20160304~
DTM*002*20160111~
TD5*****Refer to Route Guide~
N1*ST*The Sports Authority 820*92*820~
N3*1140 WEST REMINGTON BLVD~
N4*ROMEOVILLE*IL*60446*USA~
PO1**1038*EA*5*LE*CB*044415758*UK*00755247125312*VC*HMCDP07 DKB*IZ*20OZ*BO*4000*ZZ*9998~
CTP**RES*13.99~
PID*F****ARCTIC SQZ 20OZ DW - DK BLUE~
PO4*6*6*EA~
PO1**930*EA*5*LE*CB*044417222*UK*00755247125275*VC*HMCDP07 RSP*IZ*20OZ*BO*6000*ZZ*9998~
CTP**RES*13.99~
PID*F****ARCTIC SQZ 20OZ DW - RASPBERRY~
PO4*6*6*EA~
PO1**930*EA*5*LE*CB*044417235*UK*00755247125299*VC*HMCDP07 GRN*IZ*20OZ*BO*3000*ZZ*9998~
CTP**RES*13.99~
PID*F****ARCTIC SQZ 20OZ DW- GREEN~
PO4*6*6*EA~
PO1**930*EA*5*LE*CB*044417251*UK*00755247160061*VC*HMCDP09 RSP*IZ*20OZ*BO*6000*ZZ*9998~
CTP**RES*13.99~
PID*F****ARCTIC SQZ 20OZ SPLASH-RSPBRRY~
PO4*6*6*EA~
PO1**930*EA*5*LE*CB*044417277*UK*00755247160047*VC*HMCDP09 PUR*IZ*20OZ*BO*5000*ZZ*9998~
CTP**RES*13.99~
PID*F****ARCTIC SQZ 20OZ SPLASH- PURPLE~
PO4*6*6*EA~
PO1**930*EA*5*LE*CB*044417280*UK*00755247160030*VC*HMCDP09 BLU*IZ*20OZ*BO*4000*ZZ*9998~
CTP**RES*13.99~
PID*F****ARCTIC SQZ 20OZ SPLASH- BLUE~
PO4*6*6*EA~
PO1**648*EA*5*LE*CB*044417293*UK*00755247165189*VC*HMCDP10 PA2*IZ*20OZ*BO*0901*ZZ*9998~
CTP**RES*13.99~
PID*F****ARCTIC SQZ 20OZ - AMERICAN FLG~
PO4*6*6*EA~
PO1**648*EA*5*LE*CB*044417316*UK*00755247165165*VC*HMCDP19 WV4*IZ*20OZ*BO*0901*ZZ*9998~
CTP**RES*13.99~
PID*F****ARCTIC SQZ 20OZ- WAVE 4~
PO4*6*6*EA~
PO1**648*EA*5*LE*CB*044417390*UK*00755247165202*VC*HMCDP20 AR2*IZ*20OZ*BO*0901*ZZ*9998~
CTP**RES*13.99~
PID*F****ARCTIC SQZ 20OZ- ARTIST 2~
PO4*6*6*EA~
PO1**648*EA*5*LE*CB*044417400*UK*00755247165233*VC*HMCDP21 WC1*IZ*20OZ*BO*0901*ZZ*9998~
CTP**RES*13.99~
PID*F****ARCTIC SQZ 20OZ- WATER COLOR 1~
PO4*6*6*EA~
PO1**930*EA*6.25*LE*CB*044417442*UK*00755247140025*VC*HMIP24A DKB*IZ*24OZ*BO*4000*ZZ*999
8~
CTP**RES*14.99~
```

```
PID*F****PRISM 24OZ BTTL GLNDL TOP-DKBL~
PO4*6*6*EA~
PO1**930*EA*6.25*LE*CB*044417578*UK*00755247140063*VC*HMIP24A GRY*IZ*24OZ*BO*1999*ZZ*999
8~
CTP**RES*14.99~
PID*F****PRISM 24OZ BTTL GLNDL TOP-GRAY~
PO4*6*6*EA~
PO1**930*EA*6.25*LE*CB*044417646*UK*00755247140087*VC*HMTP24A TEA*IZ*24OZ*BO*3000*ZZ*999
8~
CTP**RES*14.99~
PID*F****PRISM 24 OZ BTTL BRGHTN TP-TEA~
PO4*6*6*EA~
PO1**648*EA*6.25*LE*CB*044417756*UK*00755247140094*VC*HMTP24A RSP*IZ*24OZ*BO*6000*ZZ*999
8~
CTP**RES*14.99~
PID*F****PRISM 24 OZ BTTL BRGHTN TP-RSP~
PO4*6*6*EA~
PO1**930*EA*6.25*LE*CB*044417824*UK*00755247140070*VC*HMTP24A DKB*IZ*24OZ*BO*4000*ZZ*999
8~
CTP**RES*14.99~
PID*F****PRISM 24 OZ BTTL BRGHTN TP-DKB~
PO4*6*6*EA~
PO1**648*EA*7*LE*CB*044417947*UK*00755247165905*VC*HMRB32A DKB*IZ*1L*BO*4000*ZZ*9998~
CTP**RES*16.99~
PID*F****BULLET 1L BTTL WNDSR TP-DK BLU~
PO4*6*6*EA~
PO1**648*EA*7*LE*CB*044418221*UK*00755247165912*VC*HMRB32A GRY*IZ*1L*BO*1999*ZZ*9998~
CTP**RES*16.99~
PID*F****BULLET 1L BTTL WNDSR TOP-GREY~
PO4*6*6*EA~
PO1**648*EA*10*LE*CB*044418292*UK*00755247166339*VC*HMRV202*IZ*9999*BO*1000*ZZ*9998~
CTP**RES*24.99~
PID*F****VACUUM STNLSS DW SCRW TP BTL-B~
PO4*6*6*EA~
PO1**648*EA*11*LE*CB*044418483*UK*00755247125732*VC*HMTV201*IZ*9999*BO*1000*ZZ*9998~
CTP**RES*24.99~
PID*F****VACUUM STNLSS DW STRA TP BTL-B~
PO4*6*6*EA~
CTT*19~
```

**O2COOL,LLC**
**168 N. CLINTON STREET**
**SUITE 500**
**CHICAGO IL   60661**

PHONE: (312) 951-6700

****HISTORICAL****

| Invoice | ENV000124638 |
|---------|--------------|
| Date | 2/1/2016 |
| Page | 1 |
| Order Number | EDI000127124 |

# INVOICE

**Bill To:**

SPORTS AUTHORITY
ACCOUNTS PAYABLE DEPT
PO BOX 2905
ENGLEWOOD CO   80150

**Ship To:**

SPORTS AUTHORITY
DISTRIBUTION CENTER #843
200 RICHARDS RUN
BURLINGTON NJ   08016

| Purchase Order No. | Customer ID | Salesperson ID | Shipping Method | Payment Terms | Req Ship Date | Master No. |
|--------------------|-------------|----------------|-----------------|---------------|---------------|------------|
| 315814 | SPORAUTH02 | | YUSEN LOGISTICS | NET 60 | 1/11/2016 | 144,449 |

| Ordered | Shipped | B/O | Item Number | Description | Discount | Unit Price | Ext. Price |
|---------|---------|-----|-------------|-------------|----------|-----------|-----------|
| 1,332 | 1,332 | 0 | HMCDP0700O006BSA | 20OZ INSULATED ARCTICSQUEEZE MNS | $0.00000 | $5.00000 | $6,660.00 |
| 1,140 | 1,140 | 0 | HMCDP0700O006RSA | 20OZ INSULATED ARCTICSQUEEZE MNS | $0.00000 | $5.00000 | $5,700.00 |
| 1,140 | 1,140 | 0 | HMCDP0700O006GSA | 20OZ INSULATED ARCTICSQUEEZE MNS | $0.00000 | $5.00000 | $5,700.00 |
| 1,140 | 1,140 | 0 | HMCDP0900O006RSA | 20OZ INSULATED ARCTICSQUEEZE TOP | $0.00000 | $5.00000 | $5,700.00 |
| 1,140 | 1,140 | 0 | HMCDP0900O006PSA | 20OZ INSULATED ARCTICSQUEEZE TOP | $0.00000 | $5.00000 | $5,700.00 |
| 1,140 | 1,140 | 0 | HMCDP0900O006BSA | 20OZ INSULATED ARCTICSQUEEZE TOP | $0.00000 | $5.00000 | $5,700.00 |
| 1,020 | 1,020 | 0 | HMCDP1000O006SA2 | 20OZ INSULATED ARCTICSQUEEZE MNS | $0.00000 | $5.00000 | $5,100.00 |
| 1,020 | 1,020 | 0 | HMCDP1900O006SA4 | ARCTICSQUEEZE DW 20 OZ MIST N SIP - | $0.00000 | $5.00000 | $5,100.00 |
| 1,020 | 1,020 | 0 | HMCDP2000O006SA2 | ARCTICSQUEEZE DW 20 OZ MIST N SIP - | $0.00000 | $5.00000 | $5,100.00 |
| 1,020 | 1,020 | 0 | HMCDP2100O006SA1 | ARCTICSQUEEZE DW 20 OZ MIST N SIP - | $0.00000 | $5.00000 | $5,100.00 |

MARK FOR:843

| | |
|---|---|
| Subtotal | $55,560.00 |
| Misc | $0.00 |
| Tax | $0.00 |
| Freight | $0.00 |
| Trade Discount | $0.00 |
| Total | $55,560.00 |

# YUSEN LOGISTICS (HONG KONG) LIMITED

FORWARDER'S CARGO RECEIPT No.    TSA-SZP-1600058

| Maker/Supplier : | O2COOL, LLC | Maker/Supplier's INVOICE No. |
|---|---|---|
| | | O2C-16-00071 |
| Buyer/Consignee : | TSA STORES, INC. | Detail: |
| | 1050 W HAMPDEN AVE. ENGLEWOOD, CO 80110 USA | January 14, 2016 |
| Shipment From : | YANTIAN, CHINA      To : BURLINGTON, NJ | Date of Receipt of Cargo |
| | | January 15, 2016 |

| Marks & Nos. | Nos. of P'kgs | Supplier's description of goods | Measurement (cbm.) | Weight (kgs.) |
|---|---|---|---|---|
| TSA STORES, INC. | | NOTIFY PARTY: YUSEN LOGISTICS (AMERICAS) INC. | | |
| P.O.#315814 | | 19001 HARBORGATE WAY | | |
| MODEL# | | TORRANCE, CA. 90501 | | |
| SKU# | | (310)782-0095 PH (310)782-7998 FX | | |
| DESCRIPTION: | | YUSLA-TSA@US.YUSEN-LOGISTICS.COM | | |
| CARTON NO.: | | CFS-CY | | |
| N.W.  KGS   G.W.  KGS | | | | |
| CBM: | | CUSTOMER PO#315814 | | |
| CARTON MEASUREMENT: | | 200Z INSULATED ARCTICSQUEEZE MW5 | | |
| IN | | ECMU4498389 (PART)    SEAL# D2075326            40' DRY | | |
| TRACKING# | | SHIPPER DECLARED ALL ITEM(S) CONTAIN NO WOOD PACKAGING | | |
| VENDOR#024362 | | MATERIAL.VENDOR DECLARED NO WOOD PACKAGING MATERIALS | | |
| | 1,852 CARTONS | | 35.214 CBM | 3,058 KGS |
| | | TOTAL : ONE THOUSAND EIGHT HUNDRED FIFTY-TWO (1,852) CARTONS ONLY | | |

"FREIGHT COLLECT"
SHIPMENT PER S.S. "CSCL AMERICA" VOY NO. 149U5S
SAILING ON/ABT February 1, 2016. CARGO RECEIVED ON January 15, 2016.  DOCUMENT RECEIVED ON January 21, 2016.

| THIS IS NOT A DOCUMENT OF TITLE | SHENZHEN | February 1, 2016 |
|---|---|---|
| **Verification Copy** | (Place and date of issue) | |
| | YUSEN LOGISTICS (HONG KONG) LIMITED | |
| *** Please advise YUSEN LOGISTICS (HONG KONG) LIMITED if amendment is needed *** | | |
| *** Please check with YUSEN LOGISTICS (HONG KONG) | | |

```
BEG*00*RL*301196*315814*20151210~
CUR*BY*USD~
REF*DP*961~
REF*IA*024362~
FOB*DF*OR*YANTIAN~
ITD*03*2**********NET 60**C~
DTM*001*20160304~
DTM*002*20160111~
TD5*****Refer to Route Guide~
N1*ST*The Sports Authority 843*92*843~
N3*200 RICHARDS RUN~
N4*BURLINGTON*NJ*08016*USA~
PO1**1332*EA*5*LE*CB*044415758*UK*00755247125312*VC*HMCDP07 DKB*IZ*20OZ*BO*4000*ZZ*9998~
CTP**RES*13.99~
PID*F****ARCTIC SQZ 20OZ DW - DK BLUE~
PO4*6*6*EA~
PO1**1140*EA*5*LE*CB*044417222*UK*00755247125275*VC*HMCDP07 RSP*IZ*20OZ*BO*6000*ZZ*9998~
CTP**RES*13.99~
PID*F****ARCTIC SQZ 20OZ DW - RASPBERRY~
PO4*6*6*EA~
PO1**1140*EA*5*LE*CB*044417235*UK*00755247125299*VC*HMCDP07 GRN*IZ*20OZ*BO*3000*ZZ*9998~
CTP**RES*13.99~
PID*F****ARCTIC SQZ 20OZ DW- GREEN~
PO4*6*6*EA~
PO1**1140*EA*5*LE*CB*044417251*UK*00755247160061*VC*HMCDP09 RSP*IZ*20OZ*BO*6000*ZZ*9998~
CTP**RES*13.99~
PID*F****ARCTIC SQZ 20OZ SPLASH-RSPBRRY~
PO4*6*6*EA~
PO1**1140*EA*5*LE*CB*044417277*UK*00755247160047*VC*HMCDP09 PUR*IZ*20OZ*BO*5000*ZZ*9998~
CTP**RES*13.99~
PID*F****ARCTIC SQZ 20OZ SPLASH- PURPLE~
PO4*6*6*EA~
PO1**1140*EA*5*LE*CB*044417280*UK*00755247160030*VC*HMCDP09 BLU*IZ*20OZ*BO*4000*ZZ*9998~
CTP**RES*13.99~
PID*F****ARCTIC SQZ 20OZ SPLASH- BLUE~
PO4*6*6*EA~
PO1**1020*EA*5*LE*CB*044417293*UK*00755247165189*VC*HMCDP10 PA2*IZ*20OZ*BO*0901*ZZ*9998~
CTP**RES*13.99~
PID*F****ARCTIC SQZ 20OZ - AMERICAN FLG~
PO4*6*6*EA~
PO1**1020*EA*5*LE*CB*044417316*UK*00755247165165*VC*HMCDP19 WV4*IZ*20OZ*BO*0901*ZZ*9998~
CTP**RES*13.99~
PID*F****ARCTIC SQZ 20OZ- WAVE 4~
PO4*6*6*EA~
PO1**1020*EA*5*LE*CB*044417390*UK*00755247165202*VC*HMCDP20 AR2*IZ*20OZ*BO*0901*ZZ*9998~
CTP**RES*13.99~
PID*F****ARCTIC SQZ 20OZ- ARTIST 2~
PO4*6*6*EA~
PO1**1020*EA*5*LE*CB*044417400*UK*00755247165233*VC*HMCDP21 WC1*IZ*20OZ*BO*0901*ZZ*9998~
CTP**RES*13.99~
PID*F****ARCTIC SQZ 20OZ- WATER COLOR 1~
PO4*6*6*EA~
PO1**1140*EA*6.25*LE*CB*044417442*UK*00755247140025*VC*HMIP24A DKB*IZ*24OZ*BO*4000*ZZ*9998~
CTP**RES*14.99~
```

```
PID*F****PRISM 24OZ BTTL GLNDL TOP-DKBL~
PO4*6*6*EA~
PO1**1140*EA*6.25*LE*CB*044417578*UK*00755247140063*VC*HMIP24A GRY*IZ*24OZ*BO*1999*ZZ*99
98~
CTP**RES*14.99~
PID*F****PRISM 24OZ BTTL GLNDL TOP-GRAY~
PO4*6*6*EA~
PO1**1140*EA*6.25*LE*CB*044417646*UK*00755247140087*VC*HMTP24A TEA*IZ*24OZ*BO*3000*ZZ*99
98~
CTP**RES*14.99~
PID*F****PRISM 24 OZ BTTL BRGHTN TP-TEA~
PO4*6*6*EA~
PO1**1020*EA*6.25*LE*CB*044417756*UK*00755247140094*VC*HMTP24A RSP*IZ*24OZ*BO*6000*ZZ*99
98~
CTP**RES*14.99~
PID*F****PRISM 24 OZ BTTL BRGHTN TP-RSP~
PO4*6*6*EA~
PO1**1140*EA*6.25*LE*CB*044417824*UK*00755247140070*VC*HMTP24A DKB*IZ*24OZ*BO*4000*ZZ*99
98~
CTP**RES*14.99~
PID*F****PRISM 24 OZ BTTL BRGHTN TP-DKB~
PO4*6*6*EA~
PO1**1020*EA*7*LE*CB*044417947*UK*00755247165905*VC*HMRB32A DKB*IZ*1L*BO*4000*ZZ*9998~
CTP**RES*16.99~
PID*F****BULLET 1L BTTL WNDSR TP-DK BLU~
PO4*6*6*EA~
PO1**1020*EA*7*LE*CB*044418221*UK*00755247165912*VC*HMRB32A GRY*IZ*1L*BO*1999*ZZ*9998~
CTP**RES*16.99~
PID*F****BULLET 1L BTTL WNDSR TOP-GREY~
PO4*6*6*EA~
PO1**1020*EA*10*LE*CB*044418292*UK*00755247166339*VC*HMRV202*IZ*9999*BO*1000*ZZ*9998~
CTP**RES*24.99~
PID*F****VACUUM STNLSS DW SCRW TP BTL-B~
PO4*6*6*EA~
PO1**1020*EA*11*LE*CB*044418483*UK*00755247125732*VC*HMTV201*IZ*9999*BO*1000*ZZ*9998~
CTP**RES*24.99~
PID*F****VACUUM STNLSS DW STRA TP BTL-B~
PO4*6*6*EA~
CTT*19~
```

**O2COOL,LLC**
**168 N. CLINTON STREET**
**SUITE 500**
**CHICAGO IL   60661**

PHONE: (312) 951-6700

**\*\*\*\*H I S T O R I C A L\*\*\*\***

| | |
|---|---|
| Invoice | INV000124713 |
| Date | 2/11/2016 |
| Page | 1 |
| Order Number | EDI000127128 |

# INVOICE

**Bill To:**

SPORTS AUTHORITY
ACCOUNTS PAYABLE DEPT
PO BOX 2905
ENGLEWOOD CO   80150

**Ship To:**

SPORTS AUTHORITY
DISTRIBUTION CENTER #841
130 GREENWOOD INDUSTRIAL PKWY
MCDONOUGH GA   30253

| Purchase Order No. | Customer ID | Salesperson ID | Shipping Method | Payment Terms | Req Ship Date | Master No. |
|---|---|---|---|---|---|---|
| 315813 | SPORAUTH02 | | YUSEN LOGISTICS | NET 60 | 1/11/2016 | 144,454 |

| Ordered | Shipped | B/O | Item Number | Description | Discount | Unit Price | Ext. Price |
|---|---|---|---|---|---|---|---|
| 1,296 | 1,296 | 0 | HMIP24A00O006BSA | 24OZ PRISM BOTTLE WITH GLENDALE MI | $0.00000 | $6.25000 | $8,100.00 |
| 1,296 | 1,296 | 0 | HMIP24A00O006YSA | 24OZ PRISM BOTTLE WITH GLENDALE MI | $0.00000 | $6.25000 | $8,100.00 |
| 1,296 | 1,296 | 0 | HMTP24A00O006TSA | 24OZ PRISM BOTTLE WITH BRIGHTON MI | $0.00000 | $6.25000 | $8,100.00 |
| 816 | 816 | 0 | HMTP24A00O006RSA | 24OZ PRISM BOTTLE WITH BRIGHTON MI | $0.00000 | $6.25000 | $5,100.00 |
| 1,296 | 1,296 | 0 | HMTP24A00O006BSA | 24OZ PRISM BOTTLE WITH BRIGHTON MI | $0.00000 | $6.25000 | $8,100.00 |
| 816 | 816 | 0 | HMRB32A00O006BSA | 1L BULLET BOTTLE WITH WINDSOR MNS | $0.00000 | $7.00000 | $5,712.00 |
| 816 | 816 | 0 | HMRB32A00O006YSA | 1L BULLET BOTTLE WITH WINDSOR MNS | $0.00000 | $7.00000 | $5,712.00 |
| 816 | 816 | 0 | HMRV20200O006TSA | 20OZ VACUUM INSULATED PAINTED STA | $0.00000 | $10.00000 | $8,160.00 |
| 816 | 816 | 0 | HMTV20100O006TSA | 20OZ VACUUM INSULATED PAINTED STA | $0.00000 | $11.00000 | $8,976.00 |

MARK FOR:841

| | |
|---|---|
| Subtotal | $66,060.00 |
| Misc | $0.00 |
| Tax | $0.00 |
| Freight | $0.00 |
| Trade Discount | $0.00 |
| Total | $66,060.00 |

# YUSEN LOGISTICS (HONG KONG) LIMITED

FORWARDER'S CARGO RECEIPT No.    TSA-SZP-1600104

| | Maker/Supplier's INVOICE No. |
|---|---|
| Maker/Supplier :    LENGJER METAL & PLASTIC CO.,LTD | **O2C-16-00164** |
| | Dated: |
| Buyer/Consignee :    TSA STORES, INC. | **February 01, 2016** |
|    1050 W HAMPDEN AVE. ENGLEWOOD,CO 80110 USA | Date of Receipt of Cargo |
| Shipment From :    YANTIAN,CHINA      To : MCDONOUGH, GA | **January 30, 2016** |

| Marks & Nos. | Nos. of P'kgs | Supplier's description of goods | Measurement (cbm.) | Weight (kgs.) |
|---|---|---|---|---|
| TSA STORE INC | | NOTIFY PARTY: YUSEN LOGISTICS (AMERICAS) INC. | | |
| P.O.# | | 19001 HARBORGATE WAY | | |
| STYLE#/MODEL# | | TORRANCE, CA. 90501 | | |
| SKU# | | (310)782-0095 PH (310)782-7998 FX | | |
| DESCRIPTION: | | YUSLA-TSA@US.YUSEN-LOGISTICS.COM | | |
| SIZE: | | CY-CY | | |
| Q'TY: | | | | |
| MADE IN: | | PLASTIC AND STAINLESS STEEL SPORT BOTTLE | | |
| CARTON NO: | | PO NO:315813(160242) | | |
| N.W: | | HS CODE:3924100000/7323930000 | | |
| C.B.M. | | | | |
| CARTON MEASUREMENT: | | SHIPPER'S LOAD AND COUNT | | |
| TRACKING# | | OOLU1342751    SEAL# OOLDPT7787      20' DRY | | |
| | | SHIPPER DECLARED ALL ITEM(S) CONTAIN NO WOOD PACKAGING | | |
| | | MATERIAL.VENDOR DECLARED NO WOOD PACKAGING MATERIALS | | |

FCR Draft

1,429 CARTONS          27.810 CBM     2,933 KGS

TOTAL : ONE THOUSAND FOUR HUNDRED TWENTY-NINE (1,429) CARTONS
ONLY

"FREIGHT COLLECT"

SHIPMENT PER S.S. "NYK ARCADIA" VOY NO. 024E
SAILING ON/ABT February 2, 2016. CARGO RECEIVED ON January 30, 2016.  DOCUMENT RECEIVED ON
February 2, 2016.

| THIS IS NOT A DOCUMENT OF TITLE | SHENZHEN                 **February 2, 2016** |
|---|---|
| **FCR Draft** | (Place and date of issue.) |
| | **YUSEN LOGISTICS (HONG KONG) LIMITED** |
| | V1 |

```
BEG*00*RL*301196*315813*20151210~
CUR*BY*USD~
REF*DP*961~
REF*IA*024362~
FOB*DF*OR*YANTIAN~
ITD*03*2**********NET 60**C~
DTM*001*20160304~
DTM*002*20160111~
TD5****Refer to Route Guide~
N1*ST*The Sports Authority 841*92*841~
N3*130 GREENWOOD INDUSTRIAL PARKWAY~
N4*MCDONOUGH*GA*30253*USA~
PO1**1416*EA*5*LE*CB*044415758*UK*00755247125312*VC*HMCDP07 DKB*IZ*20OZ*BO*4000*ZZ*9998~
CTP**RES*13.99~
PID*F****ARCTIC SQZ 20OZ DW - DK BLUE~
PO4*6*6*EA~
PO1**1296*EA*5*LE*CB*044417222*UK*00755247125275*VC*HMCDP07 RSP*IZ*20OZ*BO*6000*ZZ*9998~
CTP**RES*13.99~
PID*F****ARCTIC SQZ 20OZ DW - RASPBERRY~
PO4*6*6*EA~
PO1**1296*EA*5*LE*CB*044417235*UK*00755247125299*VC*HMCDP07 GRN*IZ*20OZ*BO*3000*ZZ*9998~
CTP**RES*13.99~
PID*F****ARCTIC SQZ 20OZ DW- GREEN~
PO4*6*6*EA~
PO1**1296*EA*5*LE*CB*044417251*UK*00755247160061*VC*HMCDP09 RSP*IZ*20OZ*BO*6000*ZZ*9998~
CTP**RES*13.99~
PID*F****ARCTIC SQZ 20OZ SPLASH-RSPBRRY~
PO4*6*6*EA~
PO1**1296*EA*5*LE*CB*044417277*UK*00755247160047*VC*HMCDP09 PUR*IZ*20OZ*BO*5000*ZZ*9998~
CTP**RES*13.99~
PID*F****ARCTIC SQZ 20OZ SPLASH- PURPLE~
PO4*6*6*EA~
PO1**1296*EA*5*LE*CB*044417280*UK*00755247160030*VC*HMCDP09 BLU*IZ*20OZ*BO*4000*ZZ*9998~
CTP**RES*13.99~
PID*F****ARCTIC SQZ 20OZ SPLASH- BLUE~
PO4*6*6*EA~
PO1**816*EA*5*LE*CB*044417293*UK*00755247165189*VC*HMCDP10 PA2*IZ*20OZ*BO*0901*ZZ*9998~
CTP**RES*13.99~
PID*F****ARCTIC SQZ 20OZ - AMERICAN FLG~
PO4*6*6*EA~
PO1**816*EA*5*LE*CB*044417316*UK*00755247165165*VC*HMCDP19 WV4*IZ*20OZ*BO*0901*ZZ*9998~
CTP**RES*13.99~
PID*F****ARCTIC SQZ 20OZ- WAVE 4~
PO4*6*6*EA~
PO1**816*EA*5*LE*CB*044417390*UK*00755247165202*VC*HMCDP20 AR2*IZ*20OZ*BO*0901*ZZ*9998~
CTP**RES*13.99~
PID*F****ARCTIC SQZ 20OZ- ARTIST 2~
PO4*6*6*EA~
PO1**816*EA*5*LE*CB*044417400*UK*00755247165233*VC*HMCDP21 WC1*IZ*20OZ*BO*0901*ZZ*9998~
CTP**RES*13.99~
PID*F****ARCTIC SQZ 20OZ- WATER COLOR 1~
PO4*6*6*EA~
PO1**1296*EA*6.25*LE*CB*044417442*UK*00755247140025*VC*HMIP24A DKB*IZ*24OZ*BO*4000*ZZ*9998~
CTP**RES*14.99~
```

```
PID*F****PRISM 24OZ BTTL GLNDL TOP-DKBL~
PO4*6*6*EA~
PO1**1296*EA*6.25*LE*CB*044417578*UK*00755247140063*VC*HMIP24A GRY*IZ*24OZ*BO*1999*ZZ*99
98~
CTP**RES*14.99~
PID*F****PRISM 24OZ BTTL GLNDL TOP-GRAY~
PO4*6*6*EA~
PO1**1296*EA*6.25*LE*CB*044417646*UK*00755247140087*VC*HMTP24A TEA*IZ*24OZ*BO*3000*ZZ*99
98~
CTP**RES*14.99~
PID*F****PRISM 24 OZ BTTL BRGHTN TP-TEA~
PO4*6*6*EA~
PO1**816*EA*6.25*LE*CB*044417756*UK*00755247140094*VC*HMTP24A RSP*IZ*24OZ*BO*6000*ZZ*999
8~
CTP**RES*14.99~
PID*F****PRISM 24 OZ BTTL BRGHTN TP-RSP~
PO4*6*6*EA~
PO1**1296*EA*6.25*LE*CB*044417824*UK*00755247140070*VC*HMTP24A DKB*IZ*24OZ*BO*4000*ZZ*99
98~
CTP**RES*14.99~
PID*F****PRISM 24 OZ BTTL BRGHTN TP-DKB~
PO4*6*6*EA~
PO1**816*EA*7*LE*CB*044417947*UK*00755247165905*VC*HMRB32A DKB*IZ*1L*BO*4000*ZZ*9998~
CTP**RES*16.99~
PID*F****BULLET 1L BTTL WNDSR TP-DK BLU~
PO4*6*6*EA~
PO1**816*EA*7*LE*CB*044418221*UK*00755247165912*VC*HMRB32A GRY*IZ*1L*BO*1999*ZZ*9998~
CTP**RES*16.99~
PID*F****BULLET 1L BTTL WNDSR TOP-GREY~
PO4*6*6*EA~
PO1**816*EA*10*LE*CB*044418292*UK*00755247166339*VC*HMRV202*IZ*9999*BO*1000*ZZ*9998~
CTP**RES*24.99~
PID*F****VACUUM STNLSS DW SCRW TP BTL-B~
PO4*6*6*EA~
PO1**816*EA*11*LE*CB*044418483*UK*00755247125732*VC*HMTV201*IZ*9999*BO*1000*ZZ*9998~
CTP**RES*24.99~
PID*F****VACUUM STNLSS DW STRA TP BTL-B~
PO4*6*6*EA~
CTT*19~
```