# EXHIBIT A

## Orient Overseas Waybills

**OOCL ORIENT OVERSEAS CONTAINER LINE***

COPY NON NEGOTIABLE

PAGE: 1 OF 3

# SEA WAYBILL
(Non Negotiable)

| SHIPPER/EXPORTER (COMPLETE NAME AND ADDRESS) | BOOKING NO. | SEA WAYBILL NO. (WAYBILL) OOLU2568893642 |
|---|---|---|
| SHENZHEN YUSEN FREIGHT SERVICE COMPANY LIMITED - OCM 7F, RONGCHAO TOWER, 4036 JINTIAN RD FUTIAN CBD, SHENZHEN 518026, CHINA <S | EXPORT REFERENCES SC# MT156077 PO# 315816 | |
| CONSIGNEE (COMPLETE NAME AND ADDRESS) TSA STORES, INC. 1050 W HAMPDEN AVE. ENGLEWOOD, CO 80110 USA | FORWARDING AGENT-REFERENCES FMC NO. | |
| | POINT AND COUNTRY OF ORIGIN OF GOODS | |
| NOTIFY PARTY (COMPLETE NAME AND ADDRESS) (It is agreed that no responsibility shall be attached to the Carrier or its Agents for failure to notify (see Clause 13 on reverse)) YUSEN LOGISTICS (AMERICAS) INC. 19001 HARBORGATE WAY TORRANCE, CA. 90501 USA (310)782-0095 PH <N | ALSO NOTIFY PARTY-ROUTING & INSTRUCTIONS | |

| PRE-CARRIAGE BY | PLACE OF RECEIPT | | |
|---|---|---|---|
| | YANTIAN | | |
| VESSEL/VOYAGE/FLAG PANAMA | PORT OF LOADING | LOADING PIER/TERMINAL | ORIGINALS TO BE RELEASED AT |
| HYUNDAI COURAGE 050E | YANTIAN | | SHENZHEN |
| PORT OF DISCHARGE | PLACE OF DELIVERY | TYPE OF MOVEMENT (IF MIXED, USE DESCRIPTION OF PACKAGES AND GOODS FIELD) | |
| TACOMA, WA | DENVER, CO | FCL / FCL | CY/DOOR |

(CHECK "HM" COLUMN IF HAZARDOUS MATERIAL) **PARTICULARS DECLARED BY SHIPPER BUT NOT ACKNOWLEDGED BY THE CARRIER**

| CNTR. NOS. W/SEAL NOS. MARK & NUMBERS | QUANTITY (FOR CUSTOMS DECLARATION ONLY) | H M | DESCRIPTION OF GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|---|
| OOLU1556732 /OOLDPX7697 / | | | 1174 CARTONS /FCL / FCL | /20GP/ | |
| TSA STORES, INC. P.O.#315816 MODEL# SKU# DESCRIPTION: CARTON NO.: N.W. KGS G.W. KGS CBM: CARTON MEASUREMENT:. IN TRACKING# VENDOR#024362 | 1174 CARTONS | | SPORTING GOODS (HTS# 3924104000) PO NBR: 315816 SKU NBR: NIL<br><br>SHIPPER DECLARED THAT THIS SHIPMENT CONTAINS NO WOOD PACKAGING MATERIALS<br><br>TO BE CONTINUED ON ATTACHED LIST | 2066.000KGS | 22.306CBM |

NOTICE 1: For carriage to or from the United States of America (i) Clauses 4 and 23 on the reverse side hereof limit the Carrier's liability to a maximum of U.S.$500 per package or customary freight unit by virtue or incorporation of the U.S. Carriage of Goods by Sea Act ("COGSA") unless the Merchant declares a higher cargo value below and pays the Carrier's ad valorem freight charge; and (ii) if carried on deck at Merchant's risk as to perils inherent in such carriage but in all other respects subject to the provisions of COGSA.
NOTICE 2: See Clause 28 on the reverse side hereof: Notice to Endorsee and/or Holder and/or Transferee.
NOTICE 3: If Goods carried on deck at Merchant's risk without responsibility for loss or damage howsoever caused.

**Declared Cargo Value US$ ______ ,If Merchant enters a value, Carrier's limitation of liability shall not apply and the ad valorem rate will be charged.**

FREIGHT & CHARGES PAYABLE AT / BY:

| SERVICE CONTRACT NO. | DOC FORM NO. | COMMODITY CODE |
|---|---|---|
| MT156077 | 1 | |

| CODE TARIFF ITEM | FREIGHTED AS | RATE | PREPAID | | COLLECT | |
|---|---|---|---|---|---|---|
| OCEAN FREIGHT 1 | 1/20GP | 3446.00 | | | USD | 3,446.00 |
| BUC BUNKER CHARGE | 1/20GP | 278.00 | | | USD | 278.00 |
| HSS HI SEC SEAL CH | 1/20GP | 30.00 | CNY | 30.00 | | |
| THC ORIG TRML HAND | 1/20GP | 965.00 | CNY | 965.00 | | |
| DOC O/B DOC FEE | 1.000 | 450.00 | CNY | 450.00 | | |
| | | TOTAL | CNY | 1,445.00 | USD | 3,724.00 |
| | | TOTAL EQUIVALENT | CNY | 1,445.00 | | |

Received the Container/Package or other units indicated in the box identified as "Total No. of Containers/Packages received" and acknowledged by Carrier" in apparent good order and condition, unless otherwise indicated, to be transported and delivered as herein provided.

The receipt, custody, carriage and delivery of the goods are subject to the terms appearing on the face and back hereof and to the Carrier's applicable tariff.

In witness whereof 0 original bills of lading have been signed, one of which being accomplished, the other(s) to be void.

DATE CARGO RECEIVED

DATE LADEN ON BOARD ◦
1 FEB 2016

DATED
1 FEB 2016

The printed terms and conditions appearing on this BR of Lading are available at www.oocl.com, in OOCL's published US tariffs, and in pamphlet form.
* STRIKE OUT FOR ON BOARD VESSEL BILL OF LADING
◆ SEE CLAUSE 1 HEREOF
◦ SEE CLAUSE 2 HEREOF
QF001
HQD 01/01

**THIS BILL OF LADING IS A 3 PAGE DOCUMENT AND CARRIAGE OF GOODS IS SUBJECT TO OOCL'S STANDARD TERMS AND CONDITIONS OF CARRIAGE, WHICH APPEAR AT THE END HEREOF AS PAGE 3**

COPY NON NEGOTIABLE

VESSEL: HYUNDAI COURAGE VOYAGE: 050E SEA WAYBILL NO.: OOLU2568893642

| CNTR. NOS. W/SEAL NOS. MARK & NUMBERS | QUANTITY (FOR CUSTOMS DECLARATION ONLY) | H M | DESCRIPTION OF GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|---|
| TOTAL: | 1174 CARTONS | | | 2066.000KGS | 22.306CBM |

OCEAN FREIGHT COLLECT
TOTAL NO. OF CONTAINERS/PACKAGES RECEIVED & ACKNOWLEDGED BY CARRIER FOR THE PURPOSE OF CALCULATION OF PACKAGE LIMITATION (IF APPLICABLE): 1 CONTAINER(S)/PACKAGE(S)
DESTINATION CHARGES COLLECT PER LINE TARIFF, AND TO BE COLLECTED FROM THE PARTY WHO LAWFULLY DEMANDS DELIVERY OF THE CARGO.
SHIPPER LOAD AND COUNT, CONTAINER(S) SEALED BY SHIPPER

<S
TEL 755-32990085 FAX
755-32990254
O/B O2COOL,LLC
BUILDING 10,SAN YANG HU INDUSTRIAL
PARK,PING SHAN, SHENZHEN, CHINA
S>

<N
(310)782-7998 FX
YUSLA-TSA@US.YUSEN-LOGISTICS.COM
N>
* WEIGHT & MEASUREMENT ARE DECLARED BY SHIPPER *
SUBJECT TO ALL THE TERMS AND CONDITIONS OF THE APPLICABLE AGREEMENT TARIFF
* INCLUSIVE STORE DOOR DELIVERY *

DELIBERATELY LEFT BLANK AND CONTINUE ON NEXT PAGE

THIS BILL OF LADING IS A 3 PAGE DOCUMENT AND CARRIAGE OF GOODS IS SUBJECT TO OOCL'S STANDARD TERMS AND CONDITIONS OF CARRIAGE, WHICH APPEAR AT THE END HEREOF AS PAGE 3

COPY NON NEGOTIABLE

VESSEL: HYUNDAI COURAGE VOYAGE: 050E SEA WAYBILL NO.: OOLU2568893642

## TERMS AND CONDITIONS (Also Available in Pamphlet Form from the Carrier or its Agents)

The printed terms and conditions appearing on the face and reverse side of this Bill of Lading are available at www.oocl.com, in Carrier's published US tariffs, and in pamphlet form.

END OF DOCUMENT

SIGNED ORIENT OVERSEAS CONTAINER LINE
BY: (CHINA)CO.LTD.SHENZHEN BRANCH

, as agent for

ORIENT OVERSEAS CONTAINER
LINE, AS CARRIER

**THIS BILL OF LADING IS A 3 PAGE DOCUMENT AND CARRIAGE OF GOODS IS SUBJECT TO OOCL'S STANDARD TERMS AND CONDITIONS OF CARRIAGE, WHICH APPEAR AT THE END HEREOF AS PAGE 3**

**OOCL ORIENT OVERSEAS CONTAINER LINE**

COPY NON NEGOTIABLE

**SEA WAYBILL** (Non Negotiable)

SHIPPER/EXPORTER (COMPLETE NAME AND ADDRESS)
SHENZHEN YUSEN FREIGHT SERVICE
COMPANY LIMITED - OCM
7F, RONGCHAO TOWER, 4036
JINTIAN RD FUTIAN CBD,
SHENZHEN 518026, CHINA <S

BOOKING NO.

SEA WAYBILL NO. (WAYBILL)
OOLU2568893641

EXPORT REFERENCES
SC# MT156077
PO# 315816

CONSIGNEE (COMPLETE NAME AND ADDRESS)
TSA STORES, INC.
1050 W HAMPDEN AVE.
ENGLEWOOD, CO 80110 USA

FORWARDING AGENT-REFERENCES
FMC NO.

POINT AND COUNTRY OF ORIGIN OF GOODS

NOTIFY PARTY (COMPLETE NAME AND ADDRESS) (It is agreed that no responsibility shall be attached to the Carrier or its Agents for failure to notify (see Clause 13 on reverse))
YUSEN LOGISTICS (AMERICAS)
INC.
19001 HARBORGATE WAY
TORRANCE, CA. 90501 USA
(310)782-0095 PH <N

ALSO NOTIFY PARTY-ROUTING & INSTRUCTIONS

| PRE-CARRIAGE BY | PLACE OF RECEIPT | | |
|---|---|---|---|
| | YANTIAN | | |
| VESSEL/VOYAGE/FLAG PANAMA | PORT OF LOADING | LOADING PIER/TERMINAL | ORIGINALS TO BE RELEASED AT |
| HYUNDAI COURAGE 050E | YANTIAN | | SHENZHEN |
| PORT OF DISCHARGE | PLACE OF DELIVERY | TYPE OF MOVEMENT (IF MIXED, USE DESCRIPTION OF PACKAGES AND GOODS FIELD) | |
| TACOMA, WA | DENVER, CO | FCL / FCL | CY/DOOR |

(CHECK "HM" COLUMN IF HAZARDOUS MATERIAL) **PARTICULARS DECLARED BY SHIPPER BUT NOT ACKNOWLEDGED BY THE CARRIER**

| CNTR. NOS. W/SEAL NOS. MARK & NUMBERS | QUANTITY (FOR CUSTOMS DECLARATION ONLY) | HM | DESCRIPTION OF GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|---|
| OOLU1814138 /OOLDP27801 / | | | 1016 CARTONS /FCL / FCL | /20GP/ | |
| TSA STORE INC<br>P.O.#<br>STYLE#/MODEL#<br>SKU#<br>DESCRIPTION:<br>SIZE:<br>Q'TY:<br>MADE IN:<br>CARTON NO:<br>N.W:<br>C.B.M.<br>CARTON<br>MEASUREMENT:<br>TRACKING# | 1016 CARTONS | | SPORTING GOODS (HTS#<br>3924104000, 7323930080)<br>PO NBR: 315816<br>SKU NBR: NIL<br>SHIPPER DECLARED THAT THIS<br>SHIPMENT CONTAINS NO WOOD<br>PACKAGING MATERIALS | 2179.000KGS | 20.260CBM |
| TOTAL: | 1016 | | TO BE CONTINUED ON ATTACHED LIST | 2179.000KGS | 20.260CBM |

NOTICE 1: For carriage to or from the United States of America (i) Clauses 4 and 23 on the reverse side hereof limit the Carrier's liability to a maximum of US$500 per package or customary freight unit by virtue of incorporation of the U.S. Carriage of Goods by Sea Act ("COGSA") unless the Merchant declares a higher cargo value below and pays the Carrier's ad valorem freight charge; and (ii) if carried on deck at Merchant's risk as to perils inherent in such carriage but in all other respects subject to the provisions of COGSA.
NOTICE 2: See Clause 28 on the reverse side hereof. Notice to Endorsee and/or Holder and/or Transferee.
NOTICE 3: If Goods carried on deck at Merchant's risk without responsibility for loss or damage howsoever caused.

Declared Cargo Value US$ ______ If Merchant enters a value, Carrier's limitation of liability shall not apply and the ad valorem rate will be charged.

FREIGHT & CHARGES PAYABLE AT / BY:

| SERVICE CONTRACT NO. | DOC FORM NO. | COMMODITY CODE |
|---|---|---|
| MT156077 | 1 | |

| CODE | TARIFF ITEM | FREIGHTED AS | RATE | PREPAID | COLLECT |
|---|---|---|---|---|---|
| OCEAN | FREIGHT 1 | 1/20GP | 3446.00 | | USD 3,446.00 |
| BUC | BUNKER CHARGE | 1/20GP | 278.00 | | USD 278.00 |
| HSS | HI SEC SEAL CH | 1/20GP | 30.00 | CNY 30.00 | |
| THC | ORIG TRML HAND | 1/20GP | 965.00 | CNY 965.00 | |
| DOC | O/B DOC FEE | 1.000 | 450.00 | CNY 450.00 | |
| | | | TOTAL | CNY 1,445.00 | USD 3,724.00 |

TOTAL EQUIVALENT CNY 1,445.00

Received the Container/Package or other units indicated in the box identified as "Total No. of Containers/Packages received" and acknowledged by Carrier* in apparent good order and condition, unless otherwise indicated, to be transported and delivered as herein provided.

The receipt, custody, carriage and delivery of the goods are subject to the terms appearing on the face and back hereof and to the Carrier's applicable tariff.

In witness whereof 0 original bills of lading have been signed, one of which being accomplished, the other(s) to be void.

DATE CARGO RECEIVED

DATE LADEN ON BOARD o
1 FEB 2016

DATED
1 FEB 2016

The printed terms and conditions appearing on this Bill of Lading are available at www.oocl.com, in OOCL's published US tariffs, and in pamphlet form.
+ STRIKE OUT FOR ON BOARD VESSEL BILL OF LADING
* SEE CLAUSE 1 HEREOF
o SEE CLAUSE 2 HEREOF
OF001
HQD 01/01

**THIS BILL OF LADING IS A 3 PAGE DOCUMENT AND CARRIAGE OF GOODS IS SUBJECT TO OOCL'S STANDARD TERMS AND CONDITIONS OF CARRIAGE, WHICH APPEAR AT THE END HEREOF AS PAGE 3**

COPY NON NEGOTIABLE

VESSEL: HYUNDAI COURAGE VOYAGE: 050E SEA WAYBILL NO.: OOLU2568893641

| CNTR. NOS. W/SEAL NOS. MARK & NUMBERS | QUANTITY (FOR CUSTOMS DECLARATION ONLY) | H M | DESCRIPTION OF GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|---|
| | CARTONS | | | | |

OCEAN FREIGHT COLLECT
|TOTAL NO. OF CONTAINERS/PACKAGES RECEIVED & ACKNOWLEDGED BY CARRIER FOR THE PURPOSE OF |
|CALCULATION OF PACKAGE LIMITATION (IF APPLICABLE): 1 CONTAINER(S)/PACKAGE(S) |
DESTINATION CHARGES COLLECT PER LINE TARIFF, AND TO BE COLLECTED FROM THE PARTY WHO LAWFULLY DEMANDS DELIVERY OF THE CARGO.
SHIPPER LOAD AND COUNT, CONTAINER(S) SEALED BY SHIPPER

<S
TEL 755-32990085
FAX 755-32990254
O/B LENGJER METAL & PLASTIC CO.,LTD
188 INDUSTRIAL ZONE,PING-SHAN MANAGEMENT
AREA,TANG HSIA\CHEN DONNGGUAN,KWANGTUNG..
S>

<N
(310)782-7998 FX
YUSLA-TSA@US.YUSEN-LOGISTICS.COM
N>
* WEIGHT & MEASUREMENT ARE DECLARED BY SHIPPER *
SUBJECT TO ALL THE TERMS AND CONDITIONS OF THE APPLICABLE AGREEMENT TARIFF
* INCLUSIVE STORE DOOR DELIVERY *

DELIBERATELY LEFT BLANK AND CONTINUE ON NEXT PAGE

THIS BILL OF LADING IS A 3 PAGE DOCUMENT AND CARRIAGE OF GOODS IS SUBJECT TO OOCL'S STANDARD TERMS AND CONDITIONS OF CARRIAGE, WHICH APPEAR AT THE END HEREOF AS PAGE 3

COPY NON NEGOTIABLE

VESSEL: HYUNDAI COURAGE VOYAGE: 050E SEA WAYBILL NO.: OOLU2568893641

# TERMS AND CONDITIONS (Also Available in Pamphlet Form from the Carrier or its Agents)

The printed terms and conditions appearing on the face and reverse side of this Bill of Lading are available at www.oocl.com, in Carrier's published US tariffs, and in pamphlet form.

RECEIVED for shipment [illegible]

1) IDENTITY AND DEFINITION OF CARRIER. "Orient Overseas Container Line" and "OOCL" are trade names [illegible] Orient Overseas Container Line Limited ("OOCLL") and OOCL (Europe) Limited ("OOEL") [illegible]

(a) OOEL shall be deemed the Carrier for transportation of Goods where those Goods are either loaded or discharged in any of Russia, Poland and Turkey

(b) OOCLL shall be deemed to be the Carrier for Goods not carried in 1 (a) above [illegible]

[illegible]

2) DEFINITIONS [illegible]

3) CARRIER'S TARIFF [illegible]

4) CARRIER'S RESPONSIBILITY AND CLAUSE PARAMOUNT [illegible]

5) WARRANTIES [illegible]

6) MERCHANT'S RESPONSIBILITY AND INDEMNIFICATION [illegible]

7) REGULATIONS RELATING TO GOODS [illegible]

8) SHIPPER-PACKED CONTAINERS [illegible]

9) DANGEROUS GOODS AND CONTRABAND [illegible]

10) DECK CARGO AND LIVESTOCK [illegible]

11) OPTIONAL STOWAGE [illegible]

12) DESCRIPTION OF GOODS [illegible]

13) NOTIFICATION AND DELIVERY [illegible]

14) MULTIPLE BILLS OF LADING [illegible]

15) FREIGHT AND CHARGES [illegible]

16) LIEN [illegible]

17) MATTERS AFFECTING PERFORMANCE [illegible]

18) METHODS AND ROUTES OF TRANSPORTATION [illegible]

19) GENERAL [illegible]

20) INSPECTION OF GOODS [illegible]

21) VARIATION OF CONTRACT [illegible]

22) GENERAL AVERAGE [illegible]

23) AD VALOREM DECLARATION OF VALUE [illegible]

24) LIMITATION OF LIABILITY [illegible]

25) SUB-CONTRACTING AND INDEMNITY [illegible]

26) NOTICE OF LOSS TIME BAR [illegible]

27) BOTH-TO-BLAME COLLISION [illegible]

28) NOTICE TO ENDORSEE AND/OR HOLDER AND/OR TRANSFEREE [illegible]

29) EXCEPTIONS CLAUSES [illegible]

30) APPLICABLE LAW [illegible]

END OF DOCUMENT

SIGNED ORIENT OVERSEAS CONTAINER LINE
BY: (CHINA) CO.LTD. SHENZHEN BRANCH

as agent for

ORIENT OVERSEAS CONTAINER LINE, AS CARRIER

**THIS BILL OF LADING IS A 3 PAGE DOCUMENT AND CARRIAGE OF GOODS IS SUBJECT TO OOCL'S STANDARD TERMS AND CONDITIONS OF CARRIAGE, WHICH APPEAR AT THE END HEREOF AS PAGE 3**

PAGE: 1 OF 4

**OOCL ORIENT OVERSEAS CONTAINER LINE***

COPY NON NEGOTIABLE

**SEA WAYBILL** (Non Negotiable)

SHIPPER/EXPORTER (COMPLETE NAME AND ADDRESS)
SHENZHEN YUSEN FREIGHT SERVICE
COMPANY LIMITED - OCM
7F, RONGCHAO TOWER, 4036
JINTIAN RD FUTIAN CBD,
SHENZHEN 518026, CHINA<S

BOOKING NO.

SEA WAYBILL NO. (WAYBILL)
OOLU2569904392

EXPORT REFERENCES
SC# MT156077
PO# 309216, 315814, 320526, 322741

CONSIGNEE (COMPLETE NAME AND ADDRESS)
TSA STORES, INC.
1050 W HAMPDEN AVE.
ENGLEWOOD, CO 80110 USA

FORWARDING AGENT-REFERENCES
FMC NO.:

POINT AND COUNTRY OF ORIGIN OF GOODS

NOTIFY PARTY (COMPLETE NAME AND ADDRESS) (It is agreed that no responsibility shall be attached to the Carrier or its Agents for failure to notify (see Clause 13 on reverse))
YUSEN LOGISTICS (AMERICAS)
INC.
19001 HARBORGATE WAY
TORRANCE, CA. 90501 USA
(310)782-0095 PH<N

ALSO NOTIFY PARTY-ROUTING & INSTRUCTIONS

| PRE-CARRIAGE BY | PLACE OF RECEIPT | | |
|---|---|---|---|
| | YANTIAN | | |
| VESSEL/VOYAGE/FLAG HONG KONG | PORT OF LOADING | LOADING PIER/TERMINAL | ORIGINALS TO BE RELEASED AT |
| OOCL LONG BEACH 095E | YANTIAN | | SHENZHEN |
| PORT OF DISCHARGE | PLACE OF DELIVERY | TYPE OF MOVEMENT (IF MIXED, USE DESCRIPTION OF PACKAGES AND GOODS FIELD) | |
| LONG BEACH, CA | FONTANA, CA | FCL / FCL | CY/DOOR |

(CHECK "HM" COLUMN IF HAZARDOUS MATERIAL)

**PARTICULARS DECLARED BY SHIPPER BUT NOT ACKNOWLEDGED BY THE CARRIER**

| CNTR. NOS. W/SEAL NOS. MARK & NUMBERS | QUANTITY (FOR CUSTOMS DECLARATION ONLY) | HM | DESCRIPTION OF GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|---|
| OOLU9451954 /OOLDPU8202 / | | | 1947 CARTONS /FCL / FCL | /40HQ/ | |
| PO:<br>RIP-IT SPORTING GOODS<br>SKU:<br>COLOR:<br>QUANTITY:<br>MADE IN CHINA<br>TSA STORE INC<br>P.O.#<br>STYLE#/MODEL#<br>SKU#<br>DESCRIPTION:<br>SIZE:<br>Q'TY:<br>MADE IN:<br>CARTON NO: | 223 CARTONS | | SPORTING GOODS (HTS# 6506106045, 9506991500)<br>PO NBR: 309216<br>SKU NBR: NIL<br>GALAXY INTERNATIONAL CO., LTD<br>RM203, BUILDING<br>310,HAIBEIXINCUN,<br>RUTOWN, | 746.000KGS | 10.544CBM |

** TO BE CONTINUED ON ATTACHED LIST **

NOTICE 1: For carriage to or from the United States of America,(i) Clauses 4 and 23 on the reverse side hereof limit the Carrier's liability to a maximum of U.S.$500 per package or customary freight unit by virtue of incorporation of the U.S. Carriage of Goods by Sea Act ("COGSA") unless the Merchant declares a higher cargo value below and pays the Carrier's ad valorem freight charge; and (ii) if carried on deck at Merchant's risk as to perils inherent in such carriage but in all other respects subject to the provisions of COGSA.
NOTICE 2: See Clause 26 on the reverse side hereof. Notice to Endorsee and/or Holder and/or Transferee.
NOTICE 3: If Goods carried on deck at Merchant's risk without responsibility for loss or damage howsoever caused.

Declared Cargo Value US$ ______ If Merchant enters a value, Carrier's limitation of liability shall not apply and the ad valorem rate will be charged.

| FREIGHT & CHARGES PAYABLE AT: | SERVICE CONTRACT NO. | DOC FORM NO. | COMMODITY CODE |
|---|---|---|---|
| | MT156077 | 1 | |

| CODE | TARIFF ITEM | FREIGHTED AS | RATE | PREPAID | | COLLECT | |
|---|---|---|---|---|---|---|---|
| OCEAN | FREIGHT 1 | 1/40HQ | 1741.00 | | | USD | 1,741.00 |
| BUC | BUNKER CHARGE | 1/40HQ | 309.00 | | | USD | 309.00 |
| HSS | HI SEC SEAL CH | 1/40HQ | 30.00 | CNY | 30.00 | | |
| THC | ORIG TRML HAND | 1/40HQ | 1845.00 | CNY | 1,845.00 | | |
| DOC | O/B DOC FEE | 1.000 | 450.00 | CNY | 450.00 | | |
| | | | TOTAL | CNY | 2,325.00 | USD | 2,050.00 |
| | | | TOTAL EQUIVALENT | CNY | 2,325.00 | | |

Received the Container/Package or other units indicated in the box identified as "Total No. of Containers/Packages received and acknowledged by Carrier" in apparent good order and condition, unless otherwise indicated, to be transported and delivered as herein provided.

The receipt, custody, carriage and delivery of the goods are subject to the terms appearing on the face and back hereof and to the Carrier's applicable tariff.

In witness whereof 0 original bills of lading have been signed, one of which being accomplished, the other(s) to be void.

DATE CARGO RECEIVED

DATE LADEN ON BOARD o
10 FEB 2016

DATED
10 FEB 2016

The printed terms and conditions appearing on this Bill of Lading are available at www.oocl.com, in OOCL's published US tariffs, and in pamphlet form.

* STRIKE OUT FOR ON BOARD VESSEL BILL OF LADING
* SEE CLAUSE 1 HEREOF
o SEE CLAUSE 2 HEREOF
QF001
HQD 01/01

SIGNED BY: ORIENT OVERSEAS CONTAINER LINE (CHINA)CO.LTD.SHENZHEN BRANCH

, as agent for
ORIENT OVERSEAS CONTAINER LINE, AS CARRIER*

**THIS BILL OF LADING IS A 4 PAGE DOCUMENT AND CARRIAGE OF GOODS IS SUBJECT TO OOCL'S STANDARD TERMS AND CONDITIONS OF CARRIAGE, WHICH APPEAR AT THE END HEREOF AS PAGE 4**

VESSEL: OOCL LONG BEACH | COPY NON NEGOTIABLE | VOYAGE: 095E | PAGE: 2 OF 4 | SEA WAYBILL NO.: OOLU2569904392

| CNTR. NOS. W/SEAL NOS. MARK & NUMBERS | QUANTITY FOR CUSTOMS DECLARATION ONLY) | H M | DESCRIPTION OF GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|---|
| N.W:<br>C.B.M.<br>CARTON<br>MEASUREMENT:<br>TRACKING#<br>TSA<br>STORES, INC.<br>P.O.#<br>DEPT#:965<br>MODEL#<br>SKU#:<br>DESCRIPTION:<br>SIZE:<br>QUANTITY:<br>MADE IN CHINA<br>CARTON<br>NO:____OF____<br>TSA<br>STORES, INC.<br>P.O.#<br>DEPT#:965<br>MODEL#<br>SKU#:<br>DESCRIPTION:<br>SIZE:<br>QUANTITY:<br>MADE IN CHINA<br>CARTON<br>NO:____OF___ | | | | | |
| | 1610 CARTONS | | SPORTING GOODS (HTS# 3924104000, 7323930080)<br>PO NBR: 315814<br>SKU NBR: NIL<br>LENGJER METAL & PLASTIC CO.,LTD<br>188 INDUSTRIAL ZONE,PING-SHAN MANAGEMENT AREA, TANG HSIA CHEN<br>DONNGGUAN,KWANGTUNG | 2952.000KGS | 36.495CBM |
| | 110 CARTONS | | SPORTING GOODS (HTS# 9506310000)<br>PO NBR: 320526<br>SKU NBR: NIL<br>SUMMIT IMPORT & EXPORT INTERNATIONAL LTD<br>13,FENG-PING 1ST ROAD,TA-LIAO DIST, | 788.000KGS | 6.605CBM |
| | 4 CARTONS | | SPORTING GOODS (HTS# 9506310000)<br>PO NBR: 322741<br>SKU NBR: NIL<br>SUMMIT IMPORT & EXPORT INTERNATIONAL LTD<br>13,FENG-PING 1ST ROAD,TA-LIAO DIST,<br>SHIPPER DECLARED THAT THIS SHIPMENT CONTAINS NO WOOD PACKAGING MATERIALS | 36.000KGS | 0.224CBM |
| TOTAL: | 1947 CARTONS | | | 4522.000KGS | 53.868CBM |

OCEAN FREIGHT COLLECT
|TOTAL NO. OF CONTAINERS/PACKAGES RECEIVED & ACKNOWLEDGED BY CARRIER FOR THE PURPOSE OF |
|CALCULATION OF PACKAGE LIMITATION (IF APPLICABLE): 1 CONTAINER(S)/PACKAGE(S) |
DESTINATION CHARGES COLLECT PER LINE TARIFF, AND TO BE COLLECTED FROM THE PARTY WHO LAWFULLY DEMANDS DELIVERY OF THE CARGO.
SHIPPER LOAD AND COUNT, CONTAINER(S) SEALED BY SHIPPER

** TO BE CONTINUED ON ATTACHED LIST **

SIGNED BY: ORIENT OVERSEAS CONTAINER LINE (CHINA)CO.LTD.SHENZHEN BRANCH

, as agent for

ORIENT OVERSEAS CONTAINER LINE, AS CARRIER♦

THIS BILL OF LADING IS A 4 PAGE DOCUMENT AND CARRIAGE OF GOODS IS SUBJECT TO OOCL'S STANDARD TERMS AND CONDITIONS OF CARRIAGE, WHICH APPEAR AT THE END HEREOF AS PAGE 4

COPY NON NEGOTIABLE

VESSEL: OOCL LONG BEACH VOYAGE: 095E SEA WAYBILL NO.: OOLU2569904392

| CNTR. NOS. W/SEAL NOS. MARK & NUMBERS | QUANTITY (FOR CUSTOMS DECLARATION ONLY) | H M | DESCRIPTION OF GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|---|

<S
TEL 755-32990085
FAX 755-32990254
S>

<N
(310)782-7998 FX
YUSLA-TSA@US.YUSEN-LOGISTICS.COM
N>

* WEIGHT & MEASUREMENT ARE DECLARED BY SHIPPER *
SUBJECT TO ALL THE TERMS AND CONDITIONS OF THE APPLICABLE AGREEMENT TARIFF

* INCLUSIVE STORE DOOR DELIVERY *

---

DELIBERATELY LEFT BLANK AND CONTINUE ON NEXT PAGE

SIGNED BY: ORIENT OVERSEAS CONTAINER LINE (CHINA) CO.LTD.SHENZHEN BRANCH

, as agent for

ORIENT OVERSEAS CONTAINER LINE, AS CARRIER♦

THIS BILL OF LADING IS A 4 PAGE DOCUMENT AND CARRIAGE OF GOODS IS SUBJECT TO OOCL'S STANDARD TERMS AND CONDITIONS OF CARRIAGE, WHICH APPEAR AT THE END HEREOF AS PAGE 4

COPY NON NEGOTIABLE

PAGE: 4 OF 4

VESSEL: OOCL LONG BEACH

VOYAGE: 095E

SEA WAYBILL NO.: OOLU2569904392

# TERMS AND CONDITIONS (Also Available in Pamphlet Form from the Carrier or its Agents)

The printed terms and conditions appearing on the face and reverse side of this Bill of Lading are available at www.oocl.com, in Carrier's published US tariffs, and in pamphlet form.

SIGNED BY: ORIENT OVERSEAS CONTAINER LINE (CHINA) CO.LTD.SHENZHEN BRANCH

, as agent for

ORIENT OVERSEAS CONTAINER LINE, AS CARRIER

THIS BILL OF LADING IS A 4 PAGE DOCUMENT AND CARRIAGE OF GOODS IS SUBJECT TO OOCL'S STANDARD TERMS AND CONDITIONS OF CARRIAGE, WHICH APPEAR AT THE END HEREOF AS PAGE 4

PAGE: 1 OF 3

**OOCL ORIENT OVERSEAS CONTAINER LINE**

COPY NON NEGOTIABLE

**SEA WAYBILL** (Non Negotiable)

SHIPPER/EXPORTER (COMPLETE NAME AND ADDRESS)
SHENZHEN YUSEN FREIGHT SERVICE
COMPANY LIMITED - OCM
7F, RONGCHAO TOWER, 4036
JINTIAN RD FUTIAN CBD,
SHENZHEN 518026, CHINA<S

BOOKING NO.

SEA WAYBILL NO. (WAYBILL) OOLU2569904390

EXPORT REFERENCES
SC# MT156077
PO# 315815

CONSIGNEE (COMPLETE NAME AND ADDRESS)
TSA STORES, INC.
1050 W HAMPDEN AVE.
ENGLEWOOD, CO 80110 USA

FORWARDING AGENT-REFERENCES
FMC NO.:

POINT AND COUNTRY OF ORIGIN OF GOODS

NOTIFY PARTY (COMPLETE NAME AND ADDRESS) (It is agreed that no responsibility shall be attached to the Carrier or its Agents for failure to notify (see Clause 13 on reverse))
YUSEN LOGISTICS (AMERICAS)
INC.
19001 HARBORGATE WAY
TORRANCE, CA. 90501 USA
(310)782-0095 PH<N

ALSO NOTIFY PARTY-ROUTING & INSTRUCTIONS

| PRE-CARRIAGE BY | PLACE OF RECEIPT | LOADING PIER/TERMINAL | ORIGINALS TO BE RELEASED AT |
|---|---|---|---|
| | YANTIAN | | |
| VESSEL/VOYAGE/FLAG HONG KONG: OOCL LONG BEACH 095E | PORT OF LOADING: YANTIAN | | SHENZHEN |
| PORT OF DISCHARGE: LONG BEACH, CA | PLACE OF DELIVERY: FONTANA, CA | TYPE OF MOVEMENT (IF MIXED, USE DESCRIPTION OF PACKAGES AND GOODS FIELD): FCL / FCL | CY/DOOR |

(CHECK "HM" COLUMN IF HAZARDOUS MATERIAL)

**PARTICULARS DECLARED BY SHIPPER BUT NOT ACKNOWLEDGED BY THE CARRIER**

| CNTR. NOS. W/SEAL NOS. MARK & NUMBERS | QUANTITY (FOR CUSTOMS DECLARATION ONLY) | HM | DESCRIPTION OF GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|---|
| TCLU4329311 /OOLDPX5844 / | | | 2418 CARTONS /FCL / FCL | /40GP/ | |
| TSA STORE INC<br>P.O.#<br>STYLE#/MODEL#<br>SKU#<br>DESCRIPTION:<br>SIZE:<br>Q'TY:<br>MADE IN:<br>CARTON NO:<br>N.W:<br>C.B.M.<br>CARTON<br>MEASUREMENT:<br>TRACKING# | 2418 CARTONS | | SPORTING GOODS<br>(HTS# 3924104000, 7323930080)<br>PO NBR: 315815<br>SKU NBR: NIL<br><br>SHIPPER DECLARED THAT THIS<br>SHIPMENT CONTAINS NO WOOD<br>PACKAGING MATERIALS | 5196.000KGS | 48.280CBM |

** TO BE CONTINUED ON ATTACHED LIST **

NOTICE 1: For carriage to or from the United States of America, (i) Clauses 4 and 23 on the reverse side hereof limit the Carrier's liability to a maximum of U.S.$500 per package or customary freight unit by virtue of incorporation of the U.S. Carriage of Goods by Sea Act ("COGSA") unless the Merchant declares a higher cargo value below and pays the Carrier's ad valorem freight charge; and (ii) if carried on deck at Merchant's risk as to perils inherent in such carriage but in all other respects subject to the provisions of COGSA.
NOTICE 2: See Clause 28 on the reverse side hereof. Not to be Endorsed and/or Holder and/or Transferee.
NOTICE 3: If Goods carried on deck at Merchant's risk without responsibility for loss or damage howsoever caused.

Declared Cargo Value US$ ______ If Merchant enters a value, Carrier's limitation of liability shall not apply and the ad valorem rate will be charged.

FREIGHT & CHARGES PAYABLE AT: | SERVICE CONTRACT NO.: MT156077 | DOC FORM NO.: 2 | COMMODITY CODE:

| CODE TARIFF ITEM | FREIGHTED AS | RATE | PREPAID | | COLLECT | |
|---|---|---|---|---|---|---|
| OCEAN FREIGHT 1 | 1/40GP | 1741.00 | | | USD | 1,741.00 |
| BUC BUNKER CHARGE | 1/40GP | 309.00 | | | USD | 309.00 |
| HSS HI SEC SEAL CH | 1/40GP | 30.00 | CNY | 30.00 | | |
| THC ORIG TRML HAND | 1/40GP | 1845.00 | CNY | 1,845.00 | | |
| DOC O/B DOC FEE | 1.000 | 450.00 | CNY | 450.00 | | |
| | | TOTAL | CNY | 2,325.00 | USD | 2,050.00 |

TOTAL EQUIVALENT CNY 2,325.00

Received the Container/Package or other units indicated in the box identified as "Total No. of Containers/Packages received and acknowledged by Carrier" in apparent good order and condition, unless otherwise indicated, to be transported and delivered as herein provided.

The receipt, custody, carriage and delivery of the goods are subject to the terms appearing on the face and back hereof and to the Carrier's applicable tariff.

In witness whereof 0 original bills of lading have been signed, one of which being accomplished, the other(s) to be void.

DATE CARGO RECEIVED

DATE LADEN ON BOARD o
10 FEB 2016

DATED
10 FEB 2016

SIGNED BY: ORIENT OVERSEAS CONTAINER LINE (CHINA) CO.LTD.SHENZHEN BRANCH

, as agent for

ORIENT OVERSEAS CONTAINER LINE, AS CARRIER♦

The printed terms and conditions appearing on this Bill of Lading are available at www.oocl.com, in OOCL's published US tariffs, and in pamphlet form.

♦ STRIKE OUT FOR ON BOARD VESSEL BILL OF LADING
• SEE CLAUSE 1 HEREOF
o SEE CLAUSE 2 HEREOF
QF001
HQD 01/01

**THIS BILL OF LADING IS A 3 PAGE DOCUMENT AND CARRIAGE OF GOODS IS SUBJECT TO OOCL'S STANDARD TERMS AND CONDITIONS OF CARRIAGE, WHICH APPEAR AT THE END HEREOF AS PAGE 3**

COPY NON NEGOTIABLE

PAGE: 2 OF 3

VESSEL: OOCL LONG BEACH

VOYAGE: 095E

SEA WAYBILL NO.: OOLU2569904390

| CNTR. NOS. W/SEAL NOS. MARK & NUMBERS | QUANTITY (FOR CUSTOMS DECLARATION ONLY) | H M | DESCRIPTION OF GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|---|
| TOTAL: | 2418 CARTONS | | | 5196.000KGS | 48.280CBM |

OCEAN FREIGHT COLLECT
|TOTAL NO. OF CONTAINERS/PACKAGES RECEIVED & ACKNOWLEDGED BY CARRIER FOR THE PURPOSE OF |
|CALCULATION OF PACKAGE LIMITATION (IF APPLICABLE): 1 CONTAINER(S)/PACKAGE(S) |
DESTINATION CHARGES COLLECT PER LINE TARIFF, AND TO BE COLLECTED FROM THE PARTY WHO LAWFULLY DEMANDS DELIVERY OF THE CARGO.
SHIPPER LOAD AND COUNT, CONTAINER(S) SEALED BY SHIPPER
* WEIGHT & MEASUREMENT ARE DECLARED BY SHIPPER *
SUBJECT TO ALL THE TERMS AND CONDITIONS OF THE APPLICABLE AGREEMENT TARIFF

* INCLUSIVE STORE DOOR DELIVERY *

<S
TEL 755-32990085
FAX 755-32990254
O/B LENGJER METAL & PLASTIC CO., LTD
188 INDUSTRIAL ZONE,PING-SHAN MANAGEMENT
AREA,TANG HSIA CHEN DONNGGUAN,KWANGTUNG DONGGUAN, CHINA
S>

<N
(310)782-7998 FX
YUSLA-TSA@US.YUSEN-LOGISTICS.COM
N>

DELIBERATELY LEFT BLANK AND CONTINUE ON NEXT PAGE

SIGNED ORIENT OVERSEAS CONTAINER LINE
BY: (CHINA)CO.LTD.SHENZHEN BRANCH

, as agent for

ORIENT OVERSEAS CONTAINER LINE, AS CARRIER♦

THIS BILL OF LADING IS A 3 PAGE DOCUMENT AND CARRIAGE OF GOODS IS SUBJECT TO OOCL'S STANDARD TERMS AND CONDITIONS OF CARRIAGE, WHICH APPEAR AT THE END HEREOF AS PAGE 3

COPY NON NEGOTIABLE

PAGE: 3 OF 3

VESSEL: OOCL LONG BEACH VOYAGE: 095E SEA WAYBILL NO.: OOLU2569904390

# TERMS AND CONDITIONS (Also Available in Pamphlet Form from the Carrier or its Agents)

The printed terms and conditions appearing on the face and reverse side of this Bill of Lading are available at www.oocl.com, in Carrier's published US tariffs, and in pamphlet form.

[illegible]

SIGNED BY: ORIENT OVERSEAS CONTAINER LINE (CHINA) CO.LTD.SHENZHEN BRANCH

, as agent for

ORIENT OVERSEAS CONTAINER LINE, AS CARRIER

THIS BILL OF LADING IS A 3 PAGE DOCUMENT AND CARRIAGE OF GOODS IS SUBJECT TO OOCL'S STANDARD TERMS AND CONDITIONS OF CARRIAGE, WHICH APPEAR AT THE END HEREOF AS PAGE 3

PAGE: 1 OF 3

**OOCL ORIENT OVERSEAS CONTAINER LINE***

COPY NON NEGOTIABLE

**SEA WAYBILL** (Non Negotiable)

| SHIPPER/EXPORTER (COMPLETE NAME AND ADDRESS) | BOOKING NO. | SEA WAYBILL NO. (WAYBILL) OOLU2568982382 |
|---|---|---|
| SHENZHEN YUSEN FREIGHT SERVICE COMPANY LIMITED - OCM 7F, RONGCHAO TOWER,4036 JINTIAN RD FUTIAN CBD,SHENZHEN 518026, CHINA<S | EXPORT REFERENCES SC# MT156077 PO# 315812 | |

| CONSIGNEE (COMPLETE NAME AND ADDRESS) | FORWARDING AGENT-REFERENCES FMC NO. |
|---|---|
| TSA STORES, INC. 1050 W HAMPDEN AVE. ENGLEWOOD, CO 80110 USA | POINT AND COUNTRY OF ORIGIN OF GOODS |

| NOTIFY PARTY (COMPLETE NAME AND ADDRESS) | ALSO NOTIFY PARTY-ROUTING & INSTRUCTIONS |
|---|---|
| YUSEN LOGISTICS(AMERICAS) INC. 19001 HARBORGATE WAY TORRANCE, CA. 90501 USA (310)782-0095 PH (310)782-7998 FX <N | |

| PRE-CARRIAGE BY | PLACE OF RECEIPT | | |
|---|---|---|---|
| | YANTIAN | | |
| VESSEL/VOYAGE/FLAG HONG KONG | PORT OF LOADING | LOADING PIER/TERMINAL | ORIGINALS TO BE RELEASED AT |
| OOCL LONG BEACH 095E | YANTIAN | | SHENZHEN |
| PORT OF DISCHARGE | PLACE OF DELIVERY | TYPE OF MOVEMENT (IF MIXED, USE DESCRIPTION OF PACKAGES AND GOODS FIELD) | |
| LONG BEACH, CA | ROMEOVILLE, IL | FCL / FCL | CY/DOOR |

(CHECK "HM" COLUMN IF HAZARDOUS MATERIAL) **PARTICULARS DECLARED BY SHIPPER BUT NOT ACKNOWLEDGED BY THE CARRIER**

| CNTR. NOS. W/SEAL NOS. MARK & NUMBERS | QUANTITY (FOR CUSTOMS DECLARATION ONLY) | HM | DESCRIPTION OF GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|---|
| OOLU2897604 /OOLDPX7696 / | | | 1380 CARTONS /FCL / FCL | /20GP/ | |
| TSA STORES, INC. P.O.#315812 MODEL# SKU# DESCRIPTION: CARTON NO.: N.W. KGS G.W. KGS CBM: CARTON MEASUREMENT: IN TRACKING# VENDOR#024362 | 1380 CARTONS | | SPORTING GOODS (HTS# 3924104000) PO NBR: 315812 SKU NBR: NIL<br><br>SHIPPER DECLARED THAT THIS SHIPMENT CONTAINS NO WOOD<br><br>TO BE CONTINUED ON ATTACHED LIST | 2427.000KGS | 26.220CBM |

NOTICE 1: For carriage to or from the United States of America, (i) Clauses 4 and 23 on the reverse side hereof limit the Carrier's liability to a maximum of U.S.$500 per package or customary freight unit by virtue of incorporation of the U.S. Carriage of Goods by Sea Act ("COGSA") unless the Merchant declares a higher cargo value below and pays the Carrier's ad valorem freight charge, and (ii) if carried on deck at Merchant's risk as to perils inherent in such carriage but in all other respects subject to the provisions of COGSA.
NOTICE 2: See Clause 28 on the reverse side hereof. Notice to Endorsee and/or Holder and/or Transferee.
NOTICE 3: If Goods carried on deck at Merchant's risk without responsibility for loss or damage howsoever caused.

Declared Cargo Value US$ ________ If Merchant enters a value, Carrier's limitation of liability shall not apply and the ad valorem rate will be charged.

FREIGHT & CHARGES PAYABLE AT / BY: | SERVICE CONTRACT NO. MT156077 | DOC FORM NO. 1 | COMMODITY CODE

| CODE TARIFF ITEM | FREIGHTED AS | RATE | PREPAID | | COLLECT | |
|---|---|---|---|---|---|---|
| DET DETENTION CHRG | 1/20GP | 100.00 | CNY | 100.00 | | |
| DOC O/B DOC FEE | 1.000 | 450.00 | CNY | 450.00 | | |
| OCEAN FREIGHT 1 | 1/20GP | 3009.00 | | | USD | 3,009.00 |
| BUC BUNKER CHARGE | 1/20GP | 278.00 | | | USD | 278.00 |
| HSS HI SEC SEAL CH | 1/20GP | 30.00 | CNY | 30.00 | | |
| THC ORIG TRML HAND | 1/20GP | 965.00 | CNY | 965.00 | | |
| STG STORAGE CHARGE | 1/20GP | 150.00 | CNY | 150.00 | | |
| | | TOTAL | CNY | 1,695.00 | USD | 3,287.00 |
| | | TOTAL EQUIVALENT | CNY | 1,695.00 | | |

Received the Container/Package or other units indicated in the box identified as "Total No. of Containers/Packages" received and acknowledged by Carrier* in apparent good order and condition, unless otherwise indicated, to be transported and delivered as herein provided.

The receipt, custody, carriage and delivery of the goods are subject to the terms appearing on the face and back hereof and to the Carrier's applicable tariff.

In witness whereof 0 original bills of lading have been signed, one of which being accomplished, the other(s) to be void.

DATE CARGO RECEIVED

DATE LADEN ON BOARD o 10 FEB 2016

DATED 10 FEB 2016

The printed terms and conditions appearing on this Bill of Lading are available at www.oocl.com, in OOCL's published US tariffs, and in pamphlet form.
+ STRIKE OUT FOR ON BOARD VESSEL BILL OF LADING
◆ SEE CLAUSE 1 HEREOF
o SEE CLAUSE 2 HEREOF
QF001
HQD 01/01

**THIS BILL OF LADING IS A 3 PAGE DOCUMENT AND CARRIAGE OF GOODS IS SUBJECT TO OOCL'S STANDARD TERMS AND CONDITIONS OF CARRIAGE, WHICH APPEAR AT THE END HEREOF AS PAGE 3**

COPY NON NEGOTIABLE

VESSEL: OOCL LONG BEACH VOYAGE: 095E SEA WAYBILL NO.: OOLU2568982382

| CNTR. NOS. W/SEAL NOS. MARK & NUMBERS | QUANTITY (FOR CUSTOMS DECLARATION ONLY) | H M | DESCRIPTION OF GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|---|
| TOTAL: | 1380 CARTONS | | | 2427.000KGS | 26.220CBM |

OCEAN FREIGHT COLLECT
TOTAL NO. OF CONTAINERS/PACKAGES RECEIVED & ACKNOWLEDGED BY CARRIER FOR THE PURPOSE OF CALCULATION OF PACKAGE LIMITATION (IF APPLICABLE): 1 CONTAINER(S)/PACKAGE(S)
DESTINATION CHARGES COLLECT PER LINE TARIFF, AND TO BE COLLECTED FROM THE PARTY WHO LAWFULLY DEMANDS DELIVERY OF THE CARGO.
SHIPPER LOAD AND COUNT, CONTAINER(S) SEALED BY SHIPPER

<S
TEL 755-32990085
FAX 755-32990254
O/B O2COOL,LLC BUILDING 10,SAN YANG HU INDUSTRIAL PARK,PING SHAN, SHENZHEN, CHINA
S>

<C
YUSLA-TSA@US.YUSEN-LOGISTICS.C OM
C>
* WEIGHT & MEASUREMENT ARE DECLARED BY SHIPPER *
SUBJECT TO ALL THE TERMS AND CONDITIONS OF THE APPLICABLE AGREEMENT TARIFF
* INCLUSIVE STORE DOOR DELIVERY *

DELIBERATELY LEFT BLANK AND CONTINUE ON NEXT PAGE

THIS BILL OF LADING IS A 3 PAGE DOCUMENT AND CARRIAGE OF GOODS IS SUBJECT TO OOCL'S STANDARD TERMS AND CONDITIONS OF CARRIAGE, WHICH APPEAR AT THE END HEREOF AS PAGE 3

COPY NON NEGOTIABLE

VESSEL: OOCL LONG BEACH VOYAGE: 095E SEA WAYBILL NO.: OOLU2568982382

# TERMS AND CONDITIONS (Also Available in Pamphlet Form from the Carrier or its Agents)

The printed terms and conditions appearing on the face and reverse side of this Bill of Lading are available at www.oocl.com, in Carrier's published US tariffs, and in pamphlet form.

[illegible]

END OF DOCUMENT

SIGNED ORIENT OVERSEAS CONTAINER LINE
BY: (CHINA)CO.LTD.SHENZHEN BRANCH

, as agent for

ORIENT OVERSEAS CONTAINER LINE, AS CARRIER

**THIS BILL OF LADING IS A 3 PAGE DOCUMENT AND CARRIAGE OF GOODS IS SUBJECT TO OOCL'S STANDARD TERMS AND CONDITIONS OF CARRIAGE, WHICH APPEAR AT THE END HEREOF AS PAGE 3**

OOCL ORIENT OVERSEAS CONTAINER LINE

COPY NON NEGOTIABLE

# SEA WAYBILL
(Non Negotiable)

SHIPPER/EXPORTER (COMPLETE NAME AND ADDRESS)
SHENZHEN YUSEN FREIGHT SERVICE
COMPANY LIMITED - OCM
7F, RONGCHAO TOWER, 4036
JINTIAN RD FUTIAN CBD,
SHENZHEN 518026, CHINA<S

BOOKING NO.

SEA WAYBILL NO. (WAYBILL)
OOLU2568982530

EXPORT REFERENCES
SC# MT156077
PO# 315812

CONSIGNEE (COMPLETE NAME AND ADDRESS)
TSA STORES, INC.
1050 W HAMPDEN AVE.ENGLEWOOD,
CO 80110 USA

FORWARDING AGENT-REFERENCES
FMC NO.

POINT AND COUNTRY OF ORIGIN OF GOODS

NOTIFY PARTY (COMPLETE NAME AND ADDRESS) (It is agreed that no responsibility shall be attached to the Carrier or its Agents for failure to notify (see Clause 13 on reverse))
YUSEN LOGISTICS (AMERICAS)
INC.
19001 HARBORGATE WAY
TORRANCE, CA. 90501 USA
(310)782-0095 PH<N

ALSO NOTIFY PARTY-ROUTING & INSTRUCTIONS

| PRE-CARRIAGE BY | PLACE OF RECEIPT | LOADING PIER/TERMINAL | ORIGINALS TO BE RELEASED AT |
|---|---|---|---|
| | YANTIAN | | SHENZHEN |
| VESSEL/VOYAGE/FLAG HONG KONG | PORT OF LOADING | | |
| OOCL LONG BEACH 095E | YANTIAN | | |
| PORT OF DISCHARGE | PLACE OF DELIVERY | TYPE OF MOVEMENT (IF MIXED, USE DESCRIPTION OF PACKAGES AND GOODS FIELD) | |
| LONG BEACH, CA | ROMEOVILLE, IL | FCL / FCL | CY/DOOR |

(CHECK "HM" COLUMN IF HAZARDOUS MATERIAL) **PARTICULARS DECLARED BY SHIPPER BUT NOT ACKNOWLEDGED BY THE CARRIER**

| CNTR. NOS. W/SEAL NOS. MARK & NUMBERS | QUANTITY (FOR CUSTOMS DECLARATION ONLY) | HM | DESCRIPTION OF GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|---|
| OOLU0322508 /OOLDPT7843 / | | | 1160 CARTONS /FCL / FCL | /20GP/ | |
| TSA STORE INC<br>P.O.#<br>STYLE#/MODEL#<br>SKU#<br>DESCRIPTION:<br>SIZE:<br>Q'TY:<br>MADE IN:<br>CARTON NO:<br>N.W:<br>C.B.M.<br>CARTON<br>MEASUREMENT:<br>TRACKING# | 1160<br>CARTONS | | SPORTING GOODS (HTS#<br>3924104000, 7323930080)<br>PO NBR: 315812<br>SKU NBR: NIL<br>SHIPPER DECLARED THAT THIS<br>SHIPMENT CONTAINS NO WOOD<br>PACKAGING MATERIALS | 2464.000KGS | 22.840CBM |
| TOTAL: | 1160 | | TO BE CONTINUED ON ATTACHED LIST | 2464.000KGS | 22.840CBM |

NOTICE 1: For carriage to or from the United States of America, (i) Clauses 4 and 23 on the reverse side hereof limit the Carrier's liability to a maximum of U.S.$500 per package or customary freight unit by virtue or incorporation of the U.S. Carriage of Goods by Sea Act ("COGSA") unless the Merchant declares a higher cargo value below and pays the Carrier's ad valorem freight charge; and (ii) if carried on deck at Merchant's risk as to perils inherent in such carriage but in all other respects subject to the provisions of COGSA.
NOTICE 2: See Clause 26 on the reverse side hereof. Notice to Endorsee and/or Holder and/or Transferee.
NOTICE 3: If Goods carried on deck at Merchant's risk without responsibility for loss or damage howsoever caused.

**Declared Cargo Value US$ ________ .If Merchant enters a value, Carrier's limitation of liability shall not apply and the ad valorem rate will be charged.**

FREIGHT & CHARGES PAYABLE AT / BY:

| SERVICE CONTRACT NO. | DOC FORM NO. | COMMODITY CODE |
|---|---|---|
| MT156077 | 1 | |

| CODE TARIFF ITEM | FREIGHTED AS | RATE | PREPAID | COLLECT |
|---|---|---|---|---|
| OCEAN FREIGHT 1 | 1/20GP | 3009.00 | | USD 3,009.00 |
| BUC BUNKER CHARGE | 1/20GP | 278.00 | | USD 278.00 |
| HSS HI SEC SEAL CH | 1/20GP | 30.00 | CNY 30.00 | |
| THC ORIG TRML HAND | 1/20GP | 965.00 | CNY 965.00 | |
| DOC O/B DOC FEE | 1.000 | 450.00 | CNY 450.00 | |
| | | TOTAL | CNY 1,445.00 | USD 3,287.00 |
| | | TOTAL EQUIVALENT | CNY 1,445.00 | |

Received the Container/Package or other units indicated in the box identified as "Total No. of Containers/Packages received" and acknowledged by Carrier in apparent good order and condition, unless otherwise indicated, to be transported and delivered as herein provided.

The receipt, custody, carriage and delivery of the goods are subject to the terms appearing on the face and back hereof and to the Carrier's applicable tariff.

In witness whereof 0 original bills of lading have been signed, one of which being accomplished, the other(s) to be void.

DATE CARGO RECEIVED

DATE LADEN ON BOARD o
10 FEB 2016

DATED
10 FEB 2016

The printed terms and conditions appearing on this Bill of Lading are available at www.oocl.com, in OOCL's published US tariffs, and in pamphlet form.
+ STRIKE OUT FOR ON BOARD VESSEL BILL OF LADING
• SEE CLAUSE 1 HEREOF
o SEE CLAUSE 2 HEREOF
QF001
HQD 01/01

**THIS BILL OF LADING IS A 3 PAGE DOCUMENT AND CARRIAGE OF GOODS IS SUBJECT TO OOCL'S STANDARD TERMS AND CONDITIONS OF CARRIAGE, WHICH APPEAR AT THE END HEREOF AS PAGE 3**

VESSEL: OOCL LONG BEACH | VOYAGE: 095E | SEA WAYBILL NO.: OOLU2568982530

| CNTR. NOS. W/SEAL NOS. MARK & NUMBERS | QUANTITY (FOR CUSTOMS DECLARATION ONLY) | H M | DESCRIPTION OF GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|---|
| | CARTONS | | | | |

OCEAN FREIGHT COLLECT
[TOTAL NO. OF CONTAINERS/PACKAGES RECEIVED & ACKNOWLEDGED BY CARRIER FOR THE PURPOSE OF
[CALCULATION OF PACKAGE LIMITATION (IF APPLICABLE): 1 CONTAINER(S)/PACKAGE(S)
DESTINATION CHARGES COLLECT PER LINE TARIFF, AND TO BE COLLECTED FROM THE PARTY WHO LAWFULLY DEMANDS DELIVERY OF THE CARGO.
SHIPPER LOAD AND COUNT, CONTAINER(S) SEALED BY SHIPPER

<S
TEL 755-32990085
FAX 755-32990254
O/B LENGJER METAL & PLASTIC CO.,LTD
188 INDUSTRIAL ZONE,PING-SHAN MANAGEMENT
AREA,TANG HSIA CHEN DONNGGUAN,KWANGTUNG
S>

<N
(310)782-7998 FX
YUSLA-TSA@US.YUSEN-LOGISTICS.COM
N>
* WEIGHT & MEASUREMENT ARE DECLARED BY SHIPPER *
SUBJECT TO ALL THE TERMS AND CONDITIONS OF THE APPLICABLE AGREEMENT TARIFF
* INCLUSIVE STORE DOOR DELIVERY *

DELIBERATELY LEFT BLANK AND CONTINUE ON NEXT PAGE

THIS BILL OF LADING IS A 3 PAGE DOCUMENT AND CARRIAGE OF GOODS IS SUBJECT TO OOCL'S STANDARD TERMS AND CONDITIONS OF CARRIAGE, WHICH APPEAR AT THE END HEREOF AS PAGE 3

COPY NON NEGOTIABLE

VESSEL: OOCL LONG BEACH VOYAGE: 095E SEA WAYBILL NO.: OOLU2568982530

# TERMS AND CONDITIONS (Also Available in Pamphlet Form from the Carrier or its Agents)

The printed terms and conditions appearing on the face and reverse side of this Bill of Lading are available at www.oocl.com, in Carrier's published US tariffs, and in pamphlet form.

[illegible]

END OF DOCUMENT

SIGNED BY: ORIENT OVERSEAS CONTAINER LINE (CHINA) CO.LTD.SHENZHEN BRANCH

as agent for

ORIENT OVERSEAS CONTAINER LINE, AS CARRIER

THIS BILL OF LADING IS A 3 PAGE DOCUMENT AND CARRIAGE OF GOODS IS SUBJECT TO OOCL'S STANDARD TERMS AND CONDITIONS OF CARRIAGE, WHICH APPEAR AT THE END HEREOF AS PAGE 3

PAGE: 1 OF 3

**OOCL ORIENT OVERSEAS CONTAINER LINE**

COPY NON NEGOTIABLE

**SEA WAYBILL** (Non Negotiable)

SHIPPER/EXPORTER (COMPLETE NAME AND ADDRESS)
SHENZHEN YUSEN FREIGHT SERVICE
COMPANY LIMITED - OCM
7F,RONGCHAO TOWER,4036 JINTIAN
RD FUTIAN CBD,SHENZHEN 518026,
CHINA <S

BOOKING NO.

SEA WAYBILL NO. (WAYBILL) OOLU2569059430

EXPORT REFERENCES
SC# MT156077
PO# 315813

CONSIGNEE (COMPLETE NAME AND ADDRESS)
TSA STORES, INC.
1050 W HAMPDEN AVE.
ENGLEWOOD, CO 80110 USA

FORWARDING AGENT-REFERENCES
FMC NO.:

POINT AND COUNTRY OF ORIGIN OF GOODS

NOTIFY PARTY (COMPLETE NAME AND ADDRESS) (It is agreed that no responsibility shall be attached to the Carrier or its Agents for failure to notify (see Clause 13 on reverse))
YUSEN LOGISTICS(AMERICAS) INC.
19001 HARBORGATE WAY
TORRANCE, CA. 90501 USA
(310)782-0095 PH
(310)782-7998 FX <N

ALSO NOTIFY PARTY-ROUTING & INSTRUCTIONS

| PRE-CARRIAGE BY | PLACE OF RECEIPT | | |
|---|---|---|---|
| | YANTIAN | | |
| VESSEL/VOYAGE/FLAG PANAMA | PORT OF LOADING | LOADING PIER/TERMINAL | ORIGINALS TO BE RELEASED AT |
| NYK ARCADIA 024E | YANTIAN | | SHENZHEN |
| PORT OF DISCHARGE | PLACE OF DELIVERY | TYPE OF MOVEMENT (IF MIXED, USE DESCRIPTION OF PACKAGES AND GOODS FIELD) | |
| SAVANNAH, GA | MCDONOUGH, GA | FCL / FCL | CY/DOOR |

(CHECK "HM" COLUMN IF HAZARDOUS MATERIAL) **PARTICULARS DECLARED BY SHIPPER BUT NOT ACKNOWLEDGED BY THE CARRIER**

| CNTR. NOS. W/SEAL NOS. MARK & NUMBERS | QUANTITY (FOR CUSTOMS DECLARATION ONLY) | HM | DESCRIPTION OF GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|---|
| OOLU1342751 /OOLDPT7787 / | | | 1429 CARTONS /FCL / FCL | /20GP/ | |
| TSA STORE INC<br>P.O.#<br>STYLE#/MODEL#<br>SKU#<br>DESCRIPTION:<br>SIZE:<br>Q'TY:<br>MADE IN:<br>CARTON NO:<br>N.W:<br>C.B.M.<br>CARTON<br>MEASUREMENT:<br>TRACKING# | 1429 CARTONS | | SPORTING GOODS (HTS#<br>3924104000, 7323930080)<br>P/O NO. 315813<br>SKU # NIL<br><br>SHIPPER DECLARED THAT THIS<br>SHIPMENT CONTAINS NO WOOD | 2933.000KGS | 27.810CBM |

** TO BE CONTINUED ON ATTACHED LIST **

NOTICE 1: For carriage to or from the United States of America (i) Clauses 4 and 23 on the reverse side hereof limit the Carrier's liability to a maximum of U.S.$500 per package or customary freight unit by virtue of incorporation of the U.S. Carriage of Goods by Sea Act ("COGSA") unless the Merchant declares a higher cargo value below and pays the Carrier's ad valorem freight charge; and (ii) if carried on deck at Merchant's risk as to perils inherent in such carriage but in all other respects subject to the provisions of COGSA.
NOTICE 2: See Clause 28 on the reverse side hereof. Notice to Endorsee and/or Holder and/or Transferee.
NOTICE 3: If Goods carried on deck at Merchant's risk without responsibility for loss or damage howsoever caused.

Declared Cargo Value US$ ______ .If Merchant enters a value, Carrier's limitation of liability shall not apply and the ad valorem rate will be charged.

FREIGHT & CHARGES PAYABLE AT: | SERVICE CONTRACT NO. MT156077 | DOC FORM NO. 2 | COMMODITY CODE

| CODE TARIFF ITEM | FREIGHTED AS | RATE | PREPAID | | COLLECT | | |
|---|---|---|---|---|---|---|---|
| OCEAN FREIGHT 1 | 1/20GP | 2445.00 | | | USD | 2,445.00 | USD/CNY |
| BUC BUNKER CHARGE | 1/20GP | 488.00 | | | USD | 488.00 | 6.55720 |
| HSS HI SEC SEAL CH | 1/20GP | 30.00 | CNY | 30.00 | | | |
| THC ORIG TRML HAND | 1/20GP | 965.00 | CNY | 965.00 | | | |
| DOC O/B DOC FEE | 1.000 | 450.00 | CNY | 450.00 | | | |
| AAM AMEND ADV MFST | 1.000 | 40.00 | USD | 40.00 | | | |
| | | TOTAL | CNY | 1,445.00 | USD | 2,933.00 | |
| | | | USD | 40.00 | | | |

TOTAL EQUIVALENT CNY 1,707.29

Received the Container/Package or other units indicated in the box identified as "Total No. of Containers/Packages received and acknowledged by Carrier" in apparent good order and condition, unless otherwise indicated, to be transported and delivered as herein provided.

The receipt, custody, carriage and delivery of the goods are subject to the terms appearing on the face and back hereof and to the Carrier's applicable tariff.

In witness whereof 0 original bills of lading have been signed, one of which being accomplished, the other(s) to be void.

DATE CARGO RECEIVED

DATE LADEN ON BOARD ◊
2 FEB 2016

DATED
2 FEB 2016

The printed terms and conditions appearing on this Bill of Lading are available at www.oocl.com, in OOCL's published US tariffs, and in pamphlet form.

- ◆ STRIKE OUT FOR ON BOARD VESSEL BILL OF LADING
- ◆ SEE CLAUSE 1 HEREOF
- ◊ SEE CLAUSE 2 HEREOF

QF001
HQD 01/01

SIGNED BY: ORIENT OVERSEAS CONTAINER LINE (CHINA) CO.LTD.SHENZHEN BRANCH

, as agent for

ORIENT OVERSEAS CONTAINER LINE, AS CARRIER◆

**THIS BILL OF LADING IS A 3 PAGE DOCUMENT AND CARRIAGE OF GOODS IS SUBJECT TO OOCL'S STANDARD TERMS AND CONDITIONS OF CARRIAGE, WHICH APPEAR AT THE END HEREOF AS PAGE 3**

COPY NON NEGOTIABLE

VESSEL: NYK ARCADIA
VOYAGE: 024E
SEA WAYBILL NO.: OOLU2569059430

| CNTR. NOS. W/SEAL NOS. MARK & NUMBERS | QUANTITY (FOR CUSTOMS DECLARATION ONLY) | H M | DESCRIPTION OF GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|---|
| TOTAL: | 1429 CARTONS | | | 2933.000KGS | 27.810CBM |

OCEAN FREIGHT COLLECT
|TOTAL NO. OF CONTAINERS/PACKAGES RECEIVED & ACKNOWLEDGED BY CARRIER FOR THE PURPOSE OF |
|CALCULATION OF PACKAGE LIMITATION (IF APPLICABLE): 1 CONTAINER(S)/PACKAGE(S) |
DESTINATION CHARGES COLLECT PER LINE TARIFF, AND TO BE COLLECTED FROM THE PARTY WHO LAWFULLY DEMANDS DELIVERY OF THE CARGO.
SHIPPER LOAD AND COUNT, CONTAINER(S) SEALED BY SHIPPER

<S
TEL 755-32990085
FAX 755-32990254
O/B LENGJER METAL & PLASTIC CO.,LTD 188 INDUSTRIAL ZONE,PING-SHAN MANAGEMENT AREA,TANG HSIA CHEN DONNGGUAN,KWANGTUNG..
S>

<N
YUSLA-TSA@US.YUSEN-LOGISTICS.C
OM
N>
* WEIGHT & MEASUREMENT ARE DECLARED BY SHIPPER *
SUBJECT TO ALL THE TERMS AND CONDITIONS OF THE APPLICABLE AGREEMENT TARIFF

* INCLUSIVE STORE DOOR DELIVERY *

DELIBERATELY LEFT BLANK AND CONTINUE ON NEXT PAGE

SIGNED BY: ORIENT OVERSEAS CONTAINER LINE (CHINA)CO.LTD.SHENZHEN BRANCH

, as agent for

ORIENT OVERSEAS CONTAINER LINE, AS CARRIER*

THIS BILL OF LADING IS A 3 PAGE DOCUMENT AND CARRIAGE OF GOODS IS SUBJECT TO OOCL'S STANDARD TERMS AND CONDITIONS OF CARRIAGE, WHICH APPEAR AT THE END HEREOF AS PAGE 3

COPY NON NEGOTIABLE

PAGE: 3 OF 3

VESSEL: NYK ARCADIA

VOYAGE: 024E

SEA WAYBILL NO.: OOLU2569059430

# TERMS AND CONDITIONS (Also Available in Pamphlet Form from the Carrier or its Agents)

The printed terms and conditions appearing on the face and reverse side of this Bill of Lading are available at www.oocl.com, in Carrier's published US tariffs, and in pamphlet form

[illegible]

1) IDENTITY AND DEFINITION OF CARRIER. [illegible]

[illegible]

5) WARRANTIES. [illegible]

[illegible]

6) MERCHANT'S RESPONSIBILITY AND INDEMNIFICATION

[illegible]

18) METHODS AND ROUTES OF TRANSPORTATION. [illegible]

19) GENERAL

[illegible]

SIGNED ORIENT OVERSEAS CONTAINER LINE
BY: (CHINA)CO.LTD.SHENZHEN BRANCH

, as agent for

ORIENT OVERSEAS CONTAINER LINE, AS CARRIER

THIS BILL OF LADING IS A 3 PAGE DOCUMENT AND CARRIAGE OF GOODS IS SUBJECT TO OOCL'S STANDARD TERMS AND CONDITIONS OF CARRIAGE, WHICH APPEAR AT THE END HEREOF AS PAGE 3

# EXHIBIT B

**NYK Waybill**



# PROFORMA - NON NEGOTIABLE

PAGE: 1 OF 2

SEA WAYBILL

**SHIPPER/EXPORTER**
SHENZHEN YUSEN FREIGHT SERVICE
COMPANY LIMITED - OCM
7F, RONGCHAO TOWER, 4036 JINTIAN RD
FUTIAN CBD, SHENZHEN 518026, CHINA
TEL 755-32990085 FAX 755-32990254

**BOOKING NO.** 2384265622

**SEA WAYBILL NO.** NYKS2384265622

**EXPORT REFERENCES** (for the merchant's and/or carrier's reference only. See back clause 8(1)(b))
SC0119969,SC0119969V09

**CONSIGNEE**
TSA STORES, INC.
1050 W HAMPDEN AVE.
ENGLEWOOD, CO 80110 USA

**FORWARDING AGENT-REFERENCES**
FMC NO.

**NOTIFY PARTY** (It is agreed that no responsibility shall be attached to the Carrier or its Agents for failure to notify)
YUSEN LOGISTICS (AMERICAS) INC.
19001 HARBORGATE WAY
TORRANCE, CA. 90501 USA
(310)782-0095 PH (310)782-7998 FX
YUSLA-TSA@US.YUSEN-LOGISTICS.COM

RECEIVED by the Carrier from the Shipper in apparent good order and condition unless otherwise indicated herein, the Goods, or package(s) said to contain the Goods, to be carried subject to all the terms and conditions herein.
Delivery of the Goods to the Carrier for Carriage hereunder constitutes the Merchant's acceptance of all the stipulations, exceptions, terms and conditions of this Bill as fully as if signed by him, any contrary local custom or privilege notwithstanding. This Bill supersedes all prior agreements or freight engagements for the Goods.
If required by the Carrier, this Bill (duly endorsed if it is negotiable) must be surrendered in exchange for the Goods or delivery order. Where issued as a Sea Waybill, this Bill is not negotiable or a document of title and delivery shall be made to the named consignee on production of such reasonable proof of identity as may be required by the Carrier.
In witness whereof, the undersigned, on behalf of Nippon Yusen Kaisha and the Vessel and/or her owner, has signed the number of Bills stated hereunder, all of this tenor and date. Where issued as a Bill of Lading, delivery may be made against only one original Bill in which case, the others shall stand void.

| PRE-CARRIAGE BY | PLACE OF RECEIPT | |
|---|---|---|
| | YANTIAN | |
| **OCEAN VESSEL VOYAGE NO. FLAG** | **PORT OF LOADING** | **FINAL DESTINATION** (for the Merchant's reference only) |
| NYK OLYMPUS 038E | YANTIAN | |
| **PORT OF DISCHARGE** | **PLACE OF DELIVERY** | **TYPE OF MOVEMENT** (IF MIXED, USE DESCRIPTION OF PACKAGES AND GOODS FIELD) |
| SAVANNAH | MCDONOUGH | FCL / FCL CY / DOOR |

( CHECK "HM" COLUMN IF HAZARDOUS MATERIAL ) PARTICULARS DECLARED BY SHIPPER BUT NOT ACKNOWLEDGED BY THE CARRIER

| CNTR. NOS. W/SEAL NOS. MARKS & NUMBERS | QUANTITY (FOR CUSTOMS DECLARATION ONLY) | H M | DESCRIPTION OF GOODS | GROSS WEIGHT | GROSS MEASUREMENT |
|---|---|---|---|---|---|
| TCLU4706800 /CN1093054 / | | | 1970 CARTONS /FCL / FCL | /40GP/ | |
| TSA STORES, INC.<br>P.O.# 294223<br>DEPT#<br>MODEL#<br>SKU#<br>DESCRIPTION:<br>QUANTITY:<br>MADE IN CHINA<br>CARTON NO:<br>TSA STORES, INC.<br>P.O.#315813<br>MODEL#<br>SKU#<br>DESCRIPTION: | 110 CARTONS | | SPORTING GOODS<br>SHIPPER'S DESIRE TO STATE THAT<br>(HTS# 4202923031)<br>PO NBR: 294223<br>SKU NBR: NIL<br>LETEX LIMITED<br>NO 23 NORTH XIUMING RD, BILING<br>INDUSTRIAL ESTATE, PINGSHAN<br>NEW<br>DISTRICT, | 597.000KGS | 7.299CBM |

** TO BE CONTINUED ON ATTACHED LIST **

Declared Cargo Value US$ ____________ . If Merchant enters a value, Carrier's limitation of liability shall not apply and the ad valorem rate will be charged.

FREIGHT & CHARGES PAYABLE AT / BY: SHENZHEN NEW YORK

SERVICE CONTRACT NO.: SC0119969 | DOC FORM NO. | COMMODITY CODE | EXCHANGE RATE

| CODE / TARIFF ITEM | FREIGHTED AS | RATE | PREPAID | | COLLECT | | EXCHANGE RATE |
|---|---|---|---|---|---|---|---|
| OCEAN FREIGHT 1 | 1/40GP | 2291.00 | | | USD | 2291.00 | USD/1.0000000 |
| BAF BUNKER ADJUST | 1.000 | 543.00 | | | USD | 543.00 | USD/1.0000000 |
| CYR CY RCVG CHG | 1.000 | 1850.00 | CNY | 1850.00 | | | CNY/1.0000000 |
| XEI EIR FEE (ORG) | 1.000 | 30.00 | CNY | 30.00 | | | CNY/1.0000000 |
| XDO DOC FEE (ORIGI | 1.000 | 450.00 | CNY | 450.00 | | | CNY/1.0000000 |
| SLF SEAL FEE | 1.000 | 30.00 | CNY | 30.00 | | | CNY/1.0000000 |
| | | TOTAL | CNY | 2360.00 | USD | 2834.00 | |

[1] ORIGINAL BILL(S) HAVE BEEN SIGNED.

**DATE CARGO RECEIVED** 21 JAN 2016

**DATE LADEN ON BOARD** 27 JAN 2016

**PLACE OF BILL(S) ISSUE** SHENZHEN

**DATED** 27 JAN 2016

The printed terms and conditions on this Bill are available at its website at www.nykline.com.

SIGNED BY: NYK LINE ( CHINA ) CO. LTD.SHEN- ZHEN BRANCH
, as agent for and on behalf of

TOTAL PREPAID IN PAYMENT CURRENCY CNY 2360.00 SHENZHEN

NIPPON YUSEN KAISHA
(NYK LINE), AS CARRIER

**PROFORMA - NON NEGOTIABLE**

VESSEL VOYAGE: NYK OLYMPUS 038E

B/L NO.: NYKS2384265622

| CNTR. NOS. W/SEAL NOS. MARKS & NUMBERS | QUANTITY (FOR CUSTOMS DECLARATION ONLY) | H M | DESCRIPTION OF GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|---|
| CARTON NO.:<br>N.W. KGS<br>G.W. KGS<br>CBM:<br>CARTON MEASUREMENT:<br>IN<br>TRACKING#<br>VENDOR#024362<br>N/M | 1860 CARTONS | | SPORTING GOODS<br>SHIPPER'S DESIRE TO STATE THAT<br>(HTS# 3924104000)<br>PO NBR: 315813<br>SKU NBR: NIL<br>O2COOL,LLC<br>BUILDING 10,SAN YANG HU INDUSTRIAL<br>PARK,PING SHAN, | 3065.000KGS | 35.366CBM |
| TOTAL: | 1970 CARTONS | | | 3662.000KGS | 42.665CBM |

OCEAN FREIGHT COLLECT
DESTINATION CHARGES COLLECT PER LINE TARIFF AND OTHER CHARGES TO BE COLLECTED FROM THE PARTY WHO LAWFULLY DEMANDS DELIVERY OF THE CARGO WITHOUT PREJUDICE TO THE CARRIER'S RIGHTS AGAINST THE MERCHANT (SEE BACK ARTICLE 1(H)) AS SET OUT AT BACK ARTICLE 23(6)
"SHIPPER'S LOAD & COUNT"
"SUBJECT TO ALL THE TERMS AND CONDITIONS OF THE APPLICABLE TARIFF."
SHIPPER'S DESIRE TO STATE THAT
SERVICE CONTRACT NO. SC0119969
SHIPPER DECLARED THAT THIS SHIPMENT CONTAINS NO WOOD PACKAGING MATERIALS
LOCAL CHARGE SETTLE AT SZ WITH RMB
PLS SHOW OCEAN FREIGHT ON BL
CONTAINER: TCLU4706800
CBM: 42.665 KGS: 3662
BKG: 2384265622 CTN: 1970
SEAL: CN1093054

SIGNED BY: NYK LINE ( CHINA ) CO. LTD.SHEN- ZHEN BRANCH , as agent for and on behalf of

NIPPON YUSEN KAISHA
(NYK LINE), AS CARRIER

# EXHIBIT C

## CMA Waybills

**SHIPPER**

SHENZHEN YUSEN FREIGHT SERVICE COMP
ANY LIMITED - OCM
7F, RONGCHAO TOWER, 4036 JINTIAN RD
FUTIAN CBD, SHENZHEN 518026, CHINA
TEL 755-32990085 FAX 755-32990254

# DRAFT BILL OF LADING

| VOYAGE NUMBER | BILL OF LADING NUMBER |
|---|---|
| 149USS | SHZ1916756 |

**CONSIGNEE**

TSA STORES, INC.
1050 W HAMPDEN AVE.
ENGLEWOOD, CO 80110 USA

**EXPORT REFERENCES**

CMDUSHZ1916756

CMA CGM

**NOTIFY PARTY,** Carrier not to be responsible for failure to notify

YUSEN LOGISTICS (AMERICAS) INC.
19001 HARBORGATE WAY
TORRANCE, CA. 90501 USA
(310)782-0095 PH (310)782-7998 FX
YUSLA-TSA@US.YUSEN-LOGISTICS.COM

**CARRIER:** CMA CGM - Société Anonyme au capital de 175 000 000 euros
Head Office: 4, quai d'Arenc - 13002 Marseille - France
Tel: (33) 4 88 91 90 00 - Fax: (33) 4 88 91 90 95
B 562 024 422 R.C.S. Marseille

| PRE CARRIAGE BY* | PLACE OF RECEIPT* | FREIGHT TO BE PAID AT | NUMBER OF ORIGINAL BILLS OF LADING |
|---|---|---|---|
| | | VIRGINIA BEACH, VA | THREE (3) |
| **VESSEL** | **PORT OF LOADING** | **PORT OF DISCHARGE** | **FINAL PLACE OF DELIVERY*** |
| CSCL AMERICA | YANTIAN | NEW YORK, NY | BURLINGTON, NJ |

| MARKS AND NOS CONTAINER AND SEALS | NO AND KIND OF PACKAGES | DESCRIPTION OF PACKAGES AND GOODS AS STATED BY SHIPPER SHIPPER'S LOAD STOW AND COUNT SAID TO CONTAIN | GROSS WEIGHT CARGO | TARE | MEASUREMENT |
|---|---|---|---|---|---|
| | | | KGS | KGS | CBM |
| ECMU4498389 | 1 x 40ST | 1995 CARTONS | 5505.000 | 3720 | 45.025 |
| SEAL D2075324 | | | | | |
| TSA STORES, INC. | | 1852 CARTONS 3058 KGS 35.214 CBM | | | |
| P.O.#315814 | | SPORTING GOODS (HTS# 3924104000) | | | |
| MODEL# | | PO NBR: 315814 | | | |
| SKU# | | SKU NBR: NIL | | | |
| DESCRIPTION: | | O2COOL,LLC | | | |
| CARTON NO.: | | BUILDING 10,SAN YANG HU INDUSTRIAL | | | |
| N.W. KGS G.W. KGS | | PARK,PING SHAN, | | | |
| CBM: | | 3924104000 (HS) | | | |
| CARTON MEASUREMENT: | | | | | |
| IN | | 143 CARTONS 2447 KGS 9.811 CBM | | | |
| TRACKING# | | SPORTING GOODS (HTS# 3926907500) | | | |
| VENDOR#024362 | | PO NBR: 319593 | | | |
| TSA | | SKU NBR: NIL | | | |
| CORPORATE | | POLYGROUP LIMITED (MACAO COMMERCIAL OFFSHORE) | | | |
| SERVICES INC. | | UNIT J, 10TH FLOOR, MACAU SQUARE, | | | |
| P.O.# | | AV DO INFANTE D HENRIQUE, NO. | | | |
| DEPT# | | 43-53A | | | |
| MODEL# | | 3926907500 (HS) | | | |
| SKU# | | | | | |
| DESCRIPTION: | | SERVICE CONTRACT NO. 15-0840 | | | |
| SIZE: | | SHIPPER DECLARED THAT THIS SHIPMENT CONTAINS NO | | | |
| QUANTITY: | | WOOD PACKAGING MATERIALS | | | |
| MADE IN CHINA | | | | | |

Continued on Next Sheet Sheet 1 of 2

ABOVE PARTICULARS DECLARED BY SHIPPER. CARRIER NOT RESPONSIBLE.

## ADDITIONAL CLAUSES

4. Cargo at port is at merchant risk, expenses and responsibility

5. FCL

77. THC at destination payable by consignees as per line/port tariff

191. Unless the value of cargo is declared on the face of this bill of lading or waybill in the conditions set for on the reverse, limitation of liability in respect of loss or damage to goods shall not exceed US$ 500 per package, or customary freight unit if goods are not shipped in package.

194. For the purpose of the present carriage, clause 14(2) shall exclude the application of the York/Antwerp rules, 2004.

214. U.S. demurrage and detention conditions are billed per CMA-CGM (America)'s U.S. tariff or service contracts filed with the FMC

216. Mis-declaration of cargo weight endangers crew, port workers and vessels' safety. Your cargo may be weighed at any place and time of carriage and any mis-declaration will expose you to claims for all losses, expenses or damages whatsoever resulting thereof and be subject to freight surcharge.

225. The shipper acknowledges that the Carrier may carry the goods identified in this bill of lading on the deck of any vessel and in taking remittance of this bill of lading the Merchant (including the shipper, the consignee and the holder of the bill of lading, as the case may be) confirms his express acceptance of all the terms and conditions of this bill of lading and expressly confirms his unconditional and irrevocable consent to the possible carriage of the goods on the deck of any vessel.

274. The Merchant is responsible for returning any empty container, with interior clean at the designated place, and within 60 days following to the date of release, failing which the container shall be construed as lost. The Merchant shall be liable to indemnify the Carrier for any loss or expense whatsoever arising out of the foregoing, including but not limited to liquidated damages equivalent to the sound market value - or the depreciated value due by the Carrier to a container lessor. The Carrier is entitled to collect a deposit from the Merchant at the time of release of the container which shall be remitted as security for payment of any sums due to the Carrier, in particular for payment of all detention and demurrage and/or container indemnity as referred above.

315. Following to the slow down / lock out affecting the US west coast ports, cargo may be discharged in an alternative port without notice - subject to availability - or be on forwarded to the intended port of

RECEIVED by the carrier from the shipper in apparent good order and condition (unless otherwise noted herein) the total number or quantity of Containers or other packages or units indicated above stated by the shipper to comprise the cargo specified above for transportation subject to all the terms hereof (including the terms on page one) from the place of receipt or the port of loading, whichever is applicable, to the port of discharge or the place of delivery, whichever is applicable. Delivery of the Goods will only be made on payment of all Freight and charges. On presentation of this document (duly endorsed) to the Carrier, by or on behalf of the holder, the rights and liabilities arising in accordance with the terms hereof shall (without prejudice to any rule of common law or statutes rendering them binding upon the shipper, holder and carrier) become binding in all respects between the Carrier and Holder as though the contract contained herein or evidenced hereby had been made between them.

All claims and actions arising between the Carrier and the Merchant in relation with the contract of Carriage evidenced by this Bill of Lading shall exclusively be brought before the Tribunal de Commerce de Marseille and no other Court shall have jurisdiction with regards to any such claim or action. Notwithstanding the above, the Carrier is also entitled to bring the claim or action before the Court of the place where the defendant has his registered office.

In witness whereof three (3) original Bills of Lading, unless otherwise stated above, have been issued, one of which being accomplished, the others to be void.

**(OTHER TERMS AND CONDITIONS OF THE CONTRACT ON PAGE ONE)**

| PLACE AND DATE OF ISSUE | SHENZHEN | 01 FEB 2016 |
|---|---|---|

SIGNED FOR THE CARRIER CMA CGM S.A.
BY CMA CGM GUANGZHOU
as agents for the carrier CMA CGM S. A.

SIGNED FOR THE SHIPPER

*APPLICABLE ONLY WHEN THIS DOCUMENT IS USED AS A COMBINED TRANSPORT BILL OF LADING



| VOYAGE NUMBER |
|---|
| 149USS |
| BILL OF LADING NUMBER |
| SHZ1916756 |

# DRAFT
# BILL OF LADING

| PRE CARRIAGE BY* | PLACE OF RECEIPT* | FREIGHT TO BE PAID AT | NUMBER OF ORIGINAL BILLS OF LADING |
|---|---|---|---|
| | | VIRGINIA BEACH, VA | THREE (3) |
| **VESSEL** | **PORT OF LOADING** | **PORT OF DISCHARGE** | **FINAL PLACE OF DELIVERY*** |
| CSCL AMERICA | YANTIAN | NEW YORK, NY | BURLINGTON, NJ |

| MARKS AND NOS CONTAINER AND SEALS | NO AND KIND OF PACKAGES | DESCRIPTION OF PACKAGES AND GOODS AS STATED BY SHIPPER SHIPPER'S LOAD STOW AND COUNT SAID TO CONTAIN | GROSS WEIGHT CARGO | TARE | MEASUREMENT |
|---|---|---|---|---|---|
| | | | KGS | KGS | CBM |
| CARTON NO:_OF_ | | FREIGHT COLLECT<br><br>1 X 40ST<br>1995 CARTONS<br>SAY ONE THOUSAND NINE HUNDRED NINETY-FIVE CARTONS<br><br>PREPAID CHARGES:<br>TERMINAL HANDL CH ORIGIN: CNY 1,895.00<br>BL FEES EXPORT: CNY 450.00<br>ADMINISTRATION FEE: CNY 30.00<br>COLLECT CHARGES:<br>BASIC FREIGHT: USD 2,330.00<br>BUNKER SURCHARGE NOS: USD 543.00<br>EXPORT DECLARATION SURCHARGE: USD 32.00 | | | |
| Weight in Kgs Total: 1 CONTAINER(S) | | Continued From Previous Sheet Sheet 2 of 2<br>ABOVE PARTICULARS DECLARED BY SHIPPER. CARRIER NOT RESPONSIBLE. | 5505.000 | 3720 | 45.025 |

## ADDITIONAL CLAUSES

destination. All additional costs, including but not limited to storage, demurrage, at the alternative port, or extra on forwarding freight shall be for Merchant's account and payable prior to delivery.

| PLACE AND DATE OF ISSUE | SHENZHEN 01 FEB 2016 | SIGNED FOR THE CARRIER CMA CGM S.A.<br>BY CMA CGM GUANGZHOU<br>as agents for the carrier CMA CGM S. A. |
|---|---|---|

SIGNED FOR THE SHIPPER

*APPLICABLE ONLY WHEN THIS DOCUMENT IS USED AS A COMBINED TRANSPORT BILL OF LADING

# EXHIBIT D

## Summary Report

**Summary of Shipments of Sold Goods based on Exhibit D of the Complaint**

(listed in order of appearance in Exhibit D of the Complaint)

| O2Cool Ref. Nos. | | | Forwarder's Cargo Receipts | | | | | Carrier Waybills | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Vendor Invoice No. | Purchase Order No. | Commercial Invoice No. | Receipt No. | Maker/ Supplier | Buyer/ Consignee | Shipment To | Date of Receipt of Cargo | Waybill No. | Date of Bill | Carrier | Shipper | Consignee | Vessel Carrying Cargo / Voyage | Actual Sail Date | Place of Delivery | ETA at Place of Delivery |
| ENV000 124636 | 315815 | (pending)* | TSA-SZP-1600037 | O2Cool, LLC | TSA Stores, Inc. | Fontana, CA | 1/13/16 | (pending)* | 1/21/16 | CMA CGM | Shenzhen Yusen Freight Service | TSA Stores, Inc. | CMA CGM Columbia 076TXE | 1/21/16 | Fontana, CA | 2/8/16 |
| ENV000 124635 | 315813 | O2C/16/ 00072 | TSA-SZP-1600046 | O2Cool, LLC | TSA Stores, Inc. | McDonough, GA | 1/15/16 | NYKS 2384265622 | 1/27/16 | NYK Line | Shenzhen Yusen Freight Service | TSA Stores, Inc. | NYK Olympus 038E | 1/26/16 | McDonough, GA | 3/4/16 |
| ENV000 124632 | 315816 | O2C/16/ 00145 | TSA-SZP-1600090 | Lengjer Metal & Plastic Co., Ltd. | TSA Stores, Inc. | Denver, CO | 1/28/16 | OOLU 2568893641 | 2/1/16 | OOCL | Shenzhen Yusen Freight Service | TSA Stores, Inc. | Hyundai Courage 050E | 2/1/16 | Denver, CO | 3/1/16 |
| ENV000 124634 | 315816 | O2C/16/ 00120 | TSA-SZP-1600068 | O2Cool, LLC | TSA Stores, Inc. | Denver, CO | 1/25/16 | OOLU 2568893642 | 2/1/16 | OOCL | Shenzhen Yusen Freight Service | TSA Stores, Inc. | Hyundai Courage 050E | 2/1/16 | Denver, CO | 3/1/16 |
| ENV000 124714 | 315814 | O2C/16/ 00144 | TSA-SZP-1600103 | Lengjer Metal & Plastic Co., Ltd. | TSA Stores, Inc. | Fontana, CA | 1/28/16 | OOLU 2569904392 | 2/10/16 | OOCL | Shenzhen Yusen Freight Service | TSA Stores, Inc. | OOCL Long Beach 095E | 2/10/16 | Fontana, CA | 2/29/16 |
| ENV000 124715 | 315815 | O2C/16/ 00185 | TSA-SZP-1600106 | Lengjer Metal & Plastic Co., Ltd. | TSA Stores, Inc. | Fontana, CA | 2/3/16 | OOLU 2569904390 | 2/10/16 | OOCL | Shenzhen Yusen Freight Service | TSA Stores, Inc. | OOCL Long Beach 095E | 2/10/16 | Fontana, CA | 2/29/16 |
| ENV000 124637 | 315812 | O2C/16/ 00121 | TSA-SZP-1600082 | O2Cool, LLC | TSA Stores, Inc. | Romeoville, IL | 1/25/16 | OOLU 2568982382 | 2/10/16 | OOCL | Shenzhen Yusen Freight Service | TSA Stores, Inc. | OOCL Long Beach 095E | 2/10/16 | Romeoville, IL | 3/7/16 |
| ENV000 124633 | 315812 | O2C/16/ 00163 | TSA-SZP-1600096 | Lengjer Metal & Plastic Co., Ltd. | TSA Stores, Inc. | Romeoville, IL | 1/30/16 | OOLU 2568982530 | 2/10/16 | OOCL | Shenzhen Yusen Freight Service | TSA Stores, Inc. | OOCL Long Beach 095E | 2/10/16 | Romeoville, IL | 3/7/16 |
| ENV000 124638 | 315814 | O2C/16/ 00071 | TSA-SZP-1600058 | O2Cool, LLC | TSA Stores, Inc. | Burlington, NJ | 1/15/16 | SHZ 1916756 | 2/1/16 | CMA CGM | Shenzhen Yusen Freight Service | TSA Stores, Inc. | CSCL America 149USS | 2/2/16 | Burlington, NJ | 3/3/16 |
| ENV000 124713 | 315813 | O2C/16/ 00164 | TSA-SZP-1600104 | Lengjer Metal & Plastic Co., Ltd. | TSA Stores, Inc. | McDonough, GA | 1/30/16 | OOLU 2569059430 | 2/2/16 | OOCL | Shenzhen Yusen Freight Service | TSA Stores, Inc. | NYK Arcadia 024E | 2/2/16 | McDonough, GA | 3/11/16 |

* Copies will be provided with a supplemental declaration.