**IN THE UNITED SATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br>SPORTS AUTHORITY HOLDINGS, INC., et al<br>                      Debtors.<br><br>O2COOL, LLC, a Delaware limited liability company,<br>                      Plaintiff,<br>v.<br><br>TSA STORES, INC., et al.<br>                  Defendants. | Chapter 11<br><br>Case No. 16-10527 (MFW)<br>Jointly Administered<br><br>Adv. Proc. No. 16-51014 (MFW)<br><br>**Ref. Docket No. 70** |

**SUPPLEMENT TO DECLARATION OF RONALD M. MAROTTA**

I, Ronald M. Marotta, hereby declare the following to be true under the penalties of perjury:

      1.      I submit this Supplement to my Declaration in support of the Joint Motion for Summary Judgment filed by defendants TSA Stores, Inc. ("TSA") and Yusen Logistics (Americas), Inc. ("Yusen") [Adv. Proc. Docket No. 70].[1]

      2.      Attached as Exhibit A are (i) the O2Cool Shipping Documents in connection with another shipment of Sold Goods (the "Additional Shipment") that was not included in Exhibit 1 to the Declaration, (ii) the Forwarder's Cargo Receipt in connection with the Additional Shipment that was not included in Exhibit 2 to the Declaration, and (iii) the Carrier Waybill in connection with the Additional Shipment that was not included in Exhibit 3 to the Declaration. The Additional Shipment was not listed in the report attached as Exhibit 4 to the Declaration because when the report was generated, the Additional Shipment was no longer outstanding and had already been delivered to TSA.

Dated: Secaucus, New Jersey                  */s/ Ronald M. Marotta*
April 13, 2017                                     Ronald M. Marotta

---

[1] Capitalized terms used and not defined herein shall have the same meaning ascribed in the Declaration.

3.    01:21

# EXHIBIT A

Additional Shipment

3.	01:21

# COMMERCIAL INVOICE

PLACE COMPANY LOGO HERE

Note: This sheet is password protected to keep format consistent.
(Password tsa ) Page format is 8.5" x 11"

Version 4
Revised on 5-18-11

| Seller: Vendor name TSA will remit payment to. Include TSA Ven # | Invoice No. | Date |
|---|---|---|
| O2COOL, LLC<br>1415 N. DAYTON ST #2 SOUTH CHICAGO, IL 60642-2643 USA | O2C/16/00070 | 14-Jan-16 |
| | L/C No. (if applicable) | Date |
| TSA VENDOR NUMBER: 24362 | | |

| Consignee | Buyer (if other than consignee) |
|---|---|
| TSA STORES, INC.<br>1050 WEST HAMPDEN AVE<br>ENGLEWOOD, CO 80110 | TSA STORES, INC.<br>1050 WEST HAMPDEN AVE<br>ENGLEWOOD, CO 80110<br>303-200-5050 phone |

| Notify: TSA's Broker name and contact | Other Reference |
|---|---|
| Yusen Logistics America Inc.<br>19001 Harborgate Way<br>Torrance, CA  90501<br>310-782-0095 (ph), 310-782-7998 (fax)<br>yusla-tsa@us.yusen-logistics.com | Country of Origin: Country where merchandise is produced<br>CHINA<br>P.O. No.'s: List all numbers that relate to this shipment<br>315815<br># of Cartons in this shipment: ———▶ 2784 CARTONS |

## Departure Information

| Vessel/Flight: List boat or flight info | Date of Departure: | |
|---|---|---|
| CMA CGM COLUMBA V.067TXE | 21-Jan-16 | |
| Place of Departure: List city & country | | Terms of Delivery: Example: F.O.B. (name location....) |
| YANTIAN, CHINA | | FOB YANTIAN CHINA |
| Place of Arrival: List city & country | | Terms of Payment: Example: FCR (xx number of days) |
| FONTANA, CA | | 60 DAYS |

Shipping Mark  No. & Kind of Pkgs: Description of Merchandise

TSA STORES, INC. P.O.#315815 MODEL# SKU# DESCRIPTION: CARTON NO.: N.W. kgs G.W. kgs CBM:
CARTON MEASUREMENT: in TRACKING# VENDOR#024362
KIND OF PKGS: CARTON
20OZ INSULATED ARCTICSQUEEZE MNS, O2OZ INSULATED ARCTICSQUEEZE TOP, ARCTICSQUEEZE DW 2 OZ MIST N SIP, 20OZ INSULATED ARCTICSQUEEZE MNS
For the below information please double check your numbers for accuracy. Please make any and all adjustments needed.

| | Style or Model# | SKU # | Description:<br>Please be specific. Others not knowing the product need to understand what it is. | HTSUS#<br>Need 10 digits<br>Example: 1234.567891 | Qty<br>PCS | Cost<br>Per Piece<br>US$ | Total<br>Amount<br>US$ |
|---|---|---|---|---|---|---|---|
| 1) | HMCDP07OOO006BSA<br>INSERT SPLIT PO # HERE | 044415758 | 20OZ INSULATED ARCTICSQUEEZE MNS | 3924.10.4000 | 1944 | 5.00 | $ 9,720.00 |
| 2) | HMCDP07OOO006RSA<br>INSERT SPLIT PO # HERE | 044417222 | 20OZ INSULATED ARCTICSQUEEZE MNS | 3924.10.4000 | 1752 | 5.00 | $ 8,760.00 |
| 3) | HMCDP07OOO006GSA<br>INSERT SPLIT PO # HERE | 044417235 | 20OZ INSULATED ARCTICSQUEEZE MNS | 3924.10.4000 | 1752 | 5.00 | $ 8,760.00 |
| 4) | HMCDP09OOO006RSA<br>INSERT SPLIT PO # HERE | 044417251 | 20OZ INSULATED ARCTICSQUEEZE TOP - SPLASH-RSPBRRY | 3924.10.4000 | 1752 | 5.00 | $ 8,760.00 |
| 5) | HMCDP09OOO006PSA<br>INSERT SPLIT PO # HERE | 044417277 | 20OZ INSULATED ARCTICSQUEEZE TOP-SPLASH-PURPLE | 3924.10.4000 | 1752 | 5.00 | $ 8,760.00 |
| 6) | HMCDP09OOO006BSA<br>INSERT SPLIT PO # HERE | 044417280 | 20OZ INSULATED ARCTICSQUEEZE TOP - SPLASH-BLUE | 3924.10.4000 | 1752 | 5.00 | $ 8,760.00 |
| 7) | HMCDP10OOO006SA2<br>INSERT SPLIT PO # HERE | 044417293 | 20OZ INSULATED ARCTICSQUEEZE MNS - AMERICAN FLG~ | 3924.10.4000 | 1500 | 5.00 | $ 7,500.00 |
| 8) | HMCDP19OOO006SA4<br>INSERT SPLIT PO # HERE | 044417316 | ARCTICSQUEEZE DW 20 OZ MIST N SIP - WAVE 4 | 3924.10.4000 | 1500 | 5.00 | $ 7,500.00 |
| 9) | HMCDP20OOO006SA2<br>INSERT SPLIT PO # HERE | 044417390 | ARCTICSQUEEZE DW 20 OZ MIST N SIP - ARTIST 2~ | 3924.10.4000 | 1500 | 5.00 | $ 7,500.00 |
| 10) | HMCDP21OOO006SA1<br>INSERT SPLIT PO # HERE | 044417400 | ARCTICSQUEEZE DW 20 OZ MIST N SIP - WATER COLOR 1~ | 3924.10.4000 | 1500 | 5.00 | $ 7,500.00 |
| | | | | **TOTALS** | 16704 | $ | 83,520.00 |

***REMARK*** THIS IS TO CERTIFY THAT THIS SHIPMENT CONTAINS NO WOOD PACKAGING MATERIALS.

| Factory Name/Address: Where the order is made | **Final Destination** | Signed by |
|---|---|---|
| ONE LI ELECTRICAL APPLIANCE (SHEN ZHEN) CO., LTD.<br>BUILDING 10, SAN YANG HU INDUSTRIAL PARK,<br>PINGSHAN, SHENZHEN, GUANGDONG, CHINA<br>MID NUMBER: CNONELI10SHE | SPORTS AUTHORITY<br>DISTRIBUTION CENTER #845<br>13053 SAN BERNARDINO AVE<br>FONTANA CA 92335 | For and on behalf of<br>O2COOL, LLC<br><br>*[signature]*<br>Authorized Signature(s) |
| Telephone    86-755-29712066<br>Fax number    86-755-29712033 | | |

ADDITIONAL COMMENTS

# PACKING LIST

PLACE COMPANY LOGO HERE

Note: This sheet is password protected to keep the format consistent. (Password-tsa) Page format is 8.5" x 11"

Version 4
Revised 5-18-11

| Seller: Vendor name TSA will remit payment to. Include TSA Ven. # | Invoice No. | Date |
|---|---|---|
| O2COOL, LLC<br>1415 N. DAYTON ST #2 SOUTH CHICAGO, IL 60642-2643 USA | O2C/16/00070 | 14-Jan-16 |
| | L/C No. (if applicable) | Date |
| TSA VENDOR NUMBER: 24362 | Buyer (if other than consignee) | |
| Consignee: This will stay as TSA Corp. Services<br>TSA STORES, INC.<br>1050 WEST HAMPDEN AVE<br>ENGLEWOOD, CO 80110 | TSA STORES, INC.<br>1050 WEST HAMPDEN AVE<br>ENGLEWOOD, CO 80110<br>303-200-5050 phone | |
| Notify: TSA's Broker name and contact.<br>Yusen Logistics America Inc.<br>19001 Harborgate Way<br>Torrance, CA 90501<br>310-782-0095 (ph), 310-782-7998 (fax)<br>yusla-tsa@us.yusen-logistics.com | Other Referen: | |
| | Country of Origin: Country where merchandise is produced<br>CHINA | |
| | P.O. No.'s: List all numbers that relate to this shipment<br>315815 | |
| Departure Information | # of Cartons in this shipment: 2784 CARTONS | |
| Vessel/Flight: List boat or flight info<br>CMA CGM COLUMBA V.067TXE | Date of departure:<br>21-Jan-16 | |
| Place of Departure: List city & country<br>YANTIAN, CHINA | Terms of Delivery: Example: F.O.B. (name location….)<br>FOB YANTIAN CHINA | |
| Place of Arrival: List city & country<br>FONTANA, CA | Terms of Payment: Example: FCR (xx number of days)<br>60 DAYS | |

**Shipping Mark No. & Kind of Pkgs: Description of Merchandise**
TSA STORES, INC. P.O.#315815 MODEL# SKU# DESCRIPTION: CARTON NO.: N.W. kgs G.W. kgs CBM:
CARTON MEASUREMENT: in TRACKING# VENDOR#024362
KIND OF PKGS: CARTON
20OZ INSULATED ARCTICSQUEEZE MNS, O2OZ INSULATED ARCTICSQUEEZE TOP, ARCTICSQUEEZE DW 2 OZ MIST N SIP, 20OZ INSULATED ARCTICSQUEEZE MNS

For the below information please double check your numbers for accuracy. Please make any and all adjustments needed.

| =Shipping Mark Attached | Model/Style # | SKU # | Description Please be specific. Others not knowing the product need to understand what it is. | Total Order Qty | Units Per Master Crt. | Total Cartons | Net Weight Per Ctn/Kgs | Gross Weight Ctn/Kgs | Total Gross Wgt/Kgs | Master Carton Size CBM's | Total CBMS's |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1) | HMCDP0700O006BSA | 044415758 | 20OZ INSULATED ARCTICSQUEEZE MNS | 1944 | 6 | 324 | 1.12 | 1.759 | 570.00 | 0.0190 | 6.156 |
| CTN No 1-324 | Size(inches): L 10.5 x W 8.125 x H 13.375 | | | | | | | | | | |
| 2) | HMCDP0700O006RSA | 044417222 | 20OZ INSULATED ARCTICSQUEEZE MNS | 1752 | 6 | 292 | 1.12 | 1.760 | 514.00 | 0.0190 | 5.548 |
| CTN No 1-292 | Size(inches): L 10.5 x W 8.125 x H 13.375 | | | | | | | | | | |
| 3) | HMCDP0700O006GSA | 044417235 | 20OZ INSULATED ARCTICSQUEEZE MNS | 1752 | 6 | 292 | 1.12 | 1.760 | 514.00 | 0.0190 | 5.548 |
| CTN No 1-292 | Size(inches): L 10.5 x W 8.125 x H 13.375 | | | | | | | | | | |
| 4) | HMCDP0900O006RSA | 044417251 | 20OZ INSULATED ARCTICSQUEEZE TOP - SPLASH-RSPBRRY | 1752 | 6 | 292 | 1.12 | 1.757 | 513.00 | 0.0190 | 5.548 |
| CTN No 1-292 | Size(inches): L 10.5 x W 8.125 x H 13.375 | | | | | | | | | | |
| 5) | HMCDP0900O006PSA | 044417277 | 20OZ INSULATED ARCTICSQUEEZE TOP-SPLASH-PURPLE | 1752 | 6 | 292 | 1.12 | 1.760 | 514.00 | 0.0190 | 5.548 |
| CTN No 1-292 | Size(inches): L 10.5 x W 8.125 x H 13.375 | | | | | | | | | | |
| 6) | HMCDP0900O006BSA | 044417280 | 20OZ INSULATED ARCTICSQUEEZE TOP -SPLASH-BLUE | 1752 | 6 | 292 | 1.12 | 1.760 | 514.00 | 0.0190 | 5.548 |
| CTN No 1-292 | Size(inches): L 10.5 x W 8.125 x H 13.375 | | | | | | | | | | |
| 7) | HMCDP1000O006SA2 | 044417293 | 20OZ INSULATED ARCTICSQUEEZE MNS - AMERICAN FLG~ | 1500 | 6 | 250 | 1.12 | 1.760 | 440.00 | 0.0190 | 4.750 |
| CTN No 1-250 | Size(inches): L 10.5 x W 8.125 x H 13.375 | | | | | | | | | | |
| 8) | HMCDP1900O006SA4 | 044417316 | ARCTICSQUEEZE DW 20 OZ MIST N SIP - WAVE 4 | 1500 | 6 | 250 | 1.12 | 1.760 | 440.00 | 0.0190 | 4.750 |
| CTN No 1-250 | Size(inches): L 10.5 x W 8.125 x H 13.375 | | | | | | | | | | |
| 9) | HMCDP2000O006SA2 | 044417390 | ARCTICSQUEEZE DW 20 OZ MIST N SIP - ARTIST 2~ | 1500 | 6 | 250 | 1.12 | 1.760 | 440.00 | 0.0190 | 4.750 |
| CTN No 1-250 | Size(inches): L 10.5 x W 8.125 x H 13.375 | | | | | | | | | | |
| 10) | HMCDP2100O006SA1 | 044417400 | ARCTICSQUEEZE DW 20 OZ MIST N SIP - WATER COLOR 1~ | 1500 | 6 | 250 | 1.12 | 1.760 | 440.00 | 0.0190 | 4.750 |
| CTN No 1-250 | Size(inches): L 10.5 x W 8.125 x H 13.375 | | | | | | | | | | |
| | | | | TTL 16704 Units | | TTL 2784 Cartons | | | TTL 4899.00 Kilograms | | TTL 52.896 CBM'S |

*REMARK* THIS IS TO CERTIFY THAT THIS SHIPMENT CONTAINES NO WOOD PACKAGING MATERIALS.

| MANUFACTURE NAME & ADDRESS | **Final Destination** | Signed by For and on behalf of |
|---|---|---|
| ONE LI ELECTRICAL APPLIANCE (SHEN ZHEN) CO., LTD.<br>BUILDING 10, SAN YANG HU INDUSTRIAL PARK,<br>PINGSHAN, SHENZHEN, GUANGDONG, CHINA<br>MID NUMBER: CNONELI10SHE | SPORTS AUTHORITY<br>DISTRIBUTION CENTER #845<br>13053 SAN BERNARDINO AVE<br>FONTANA CA 92335 | **O2COOL, LLC**<br><br>*Authorized Signature(s)* |
| TEL: 86-755-29712066<br>FAX: 86-755-29712033 | | |
| ADDITIONAL COMMENTS | | |



FORWARDER'S CARGO RECEIPT No.    **TSA-SZP-1600037**

| Maker/Supplier : **O2COOL,LLC** | Maker/Supplier's INVOICE No. **O2C-16-00070** |
|---|---|
| Buyer/Consignee : **TSA STORES, INC.** **1050 W HAMPDEN AVE. ENGLEWOOD,CO 80110 USA** | Dated: **January 14, 2016** |
| Shipment From : **YANTIAN,CHINA**    To : **FONTANA, CA** | Date of Receipt of Cargo **January 13, 2016** |

| Marks & Nos. | Nos. of P'kgs | Supplier's description of goods | Measurement (cbm.) | Weight (kgs.) |
|---|---|---|---|---|

```
TSA STORES, INC.              NOTIFY PARTY: YUSEN LOGISTICS (AMERICAS) INC.
P.O.#315815                                 19001 HARBORGATE WAY
MODEL#                                      TORRANCE, CA. 90501
SKU#                                        (310)782-0095 PH (310)782-7998 FX
DESCRIPTION:                                YUSLA-TSA@US.YUSEN-LOGISTICS.COM
CARTON NO.:                   CY-CY
N.W.  KGS    G.W.   KGS
CBM:                          CUSTOMER PO#315815
CARTON MEASUREMENT:           20OZ INSULATED ARCTICSQUEEZE MNS
IN                             SHIPPER'S LOAD AND COUNT
TRACKING#                     ECMU4536719           SEAL# F2662263            40'   DRY
VENDOR#024362                  SHIPPER DECLARED ALL ITEM(S) CONTAIN NO WOOD PACKAGING
                              MATERIAL.VENDOR DECLARED NO WOOD PACKAGING MATERIALS




                              2,784 CARTONS                    52.896 CBM        4,899 KGS
                              ================================================================
                              TOTAL : TWO THOUSAND SEVEN HUNDRED EIGHTY-FOUR (2,784) CARTONS
                              ONLY

                        "FREIGHT COLLECT"
SHIPMENT PER S.S. "CMA CGM COLUMBA" VOY NO. 067TXE
SAILING ON/ABT January 21, 2016. CARGO RECEIVED ON January 13, 2016.  DOCUMENT RECEIVED ON
January 19, 2016.
```

| THIS IS NOT A DOCUMENT OF TITLE | SHENZHEN                               January 21, 2016 |
|---|---|
| **Non-Negotiable** Copy | (Place and date of issue.) **YUSEN LOGISTICS (HONG KONG) LIMITED** |

V1

| SHIPPER | | | VOYAGE NUMBER |
|---|---|---|---|
| SHENZHEN YUSEN FREIGHT SERVICE COMP ANY LIMITED - OCM 7F, RONGCHAO TOWER, 4036 JINTIAN RD FUTIAN CBD, SHENZHEN 518026, CHINA TEL 755-32990085  FAX 755-32990254 O/B O2COOL,LLC ++ | | **COPY NON NEGOTIABLE BILL OF LADING** | 067TXE |
| | | | BILL OF LADING NUMBER |
| | | | SHZ1911741 |

| CONSIGNEE | EXPORT REFERENCES |
|---|---|
| TSA STORES, INC. 1050 W HAMPDEN AVE. ENGLEWOOD, CO 80110 USA | CMDUSHZ1911741 |



| NOTIFY PARTY, Carrier not to be responsible for failure to notify | |
|---|---|
| YUSEN LOGISTICS (AMERICAS) INC. 19001 HARBORGATE WAY TORRANCE, CA. 90501 USA (310)782-0095 PH (310)782-7998 FX YUSLA-TSA@US.YUSEN-LOGISTICS.COM | **CARRIER:** CMA CGM - Société Anonyme au capital de 175 000 000 euros Head Office: 4, quai d'Arenc - 13002 Marseille - France Tel: (33) 4 88 91 90 00 -  Fax: (33) 4 88 91 90 95 B 562 024 422 R.C.S. Marseille |

| PRE CARRIAGE BY* | PLACE OF RECEIPT* | FREIGHT TO BE PAID AT | NUMBER OF ORIGINAL BILLS OF LADING |
|---|---|---|---|
| | | VIRGINIA BEACH, VA | ZERO (0) |
| VESSEL | PORT OF LOADING | PORT OF DISCHARGE | FINAL PLACE OF DELIVERY* |
| CMA CGM COLUMBA | YANTIAN | LONG BEACH, CA | FONTANA, CA |

| MARKS AND NOS CONTAINER AND SEALS | NO AND KIND OF PACKAGES | DESCRIPTION OF PACKAGES AND GOODS AS STATED BY SHIPPER SHIPPER'S LOAD STOW AND COUNT   SAID TO CONTAIN | GROSS WEIGHT CARGO | TARE | MEASUREMENT |
|---|---|---|---|---|---|
| | | | KGS | KGS | CBM |
| ECMU4536719 SEAL F2662263 TSA STORES, INC. P.O.#315815 MODEL# SKU# DESCRIPTION: CARTON NO.: N.W. KGS G.W. KGS CBM: CARTON MEASUREMENT: IN TRACKING# VENDOR#024362 | 1 x 40ST | 2784 CARTONS SPORTING GOODS (HTS# 3924104000) PO NBR: 315815 SKU NBR: NIL 3924104000 (HS) SHIPPER: ++ BUILDING 10,SAN YANG HU INDUSTRIAL PARK,PING SHAN, SHENZHEN, CHINA SERVICE CONTRACT NO. 15-0840 SHIPPER DECLARED THAT THIS SHIPMENT CONTAINS NO WOOD PACKAGING MATERIALS FREIGHT COLLECT | 4899.000 | 3720 | 52.896 |

Continued on Next Sheet       Sheet 1 of 2
ABOVE PARTICULARS DECLARED BY SHIPPER. CARRIER NOT RESPONSIBLE.

**ADDITIONAL CLAUSES**

4. Cargo at port is at merchant risk, expenses and responsibility
5. FCL
77. THC at destination payable by consignees as per line/port tariff
191. Unless the value of cargo is declared on the face of this bill of lading or waybill in the conditions set for on the reverse, limitation of liability in respect of loss or damage to goods shall not exceed US$ 500 per package, or customary freight unit if goods are not shipped in package.
194. For the purpose of the present carriage, clause 14(2) shall exclude the application of the York/Antwerp rules, 2004.
214. U.S. demurrage and detention conditions are billed per CMA-CGM (America)'s U.S. tariff or service contracts filed with the FMC
216. Mis-declaration of cargo weight endangers crew, port workers and vessels' safety. Your cargo may be weighed at any place and time of carriage and any mis-declaration will expose you to claims for all losses, expenses or damages whatsoever resulting thereof and be subject to freight surcharge.

225. The shipper acknowledges that the Carrier may carry the goods identified in this bill of lading on the deck of any vessel and in taking remittance of this bill of lading the Merchant (including the shipper, the consignee and the holder of the bill of lading, as the case may be) confirms his express acceptance of all the terms and conditions of this bill of lading and expressly confirms his unconditional and irrevocable consent to the possible carriage of the goods on the deck of any vessel.
274. The Merchant is responsible for returning any empty container, with interior clean at the designated place, and within 60 days following to the date of release, failing which the container shall be construed as lost. The Merchant shall be liable to indemnify the Carrier for any loss or expense whatsoever arising out of the foregoing, including but not limited to liquidated damages equivalent to the sound market value - or the depreciated value due by the Carrier to a container lessor. The Carrier is entitled to collect a deposit from the Merchant at the time of release of the container which shall be remitted as security for payment of any sums due to the Carrier, in particular for payment of all detention and demurrage and/or container indemnity as referred above.
315. Following to the slow down / lock out affecting the US west coast ports, cargo may be discharged in an alternative port without notice - subject to availability - or be on forwarded to the intended port of

RECEIVED by the carrier from the shipper in apparent good order and condition (unless otherwise noted herein) the total number or quantity of Containers or other packages or units indicated above stated by the shipper to comprise the cargo specified above for transportation subject to all the terms hereof (including the terms on page one) from the place of receipt or the port of loading, whichever is applicable, to the port of discharge or the place of delivery, whichever is applicable. Delivery of the Goods will only be made on payment of all Freight and charges. On presentation of this document (duly endorsed) to the Carrier, by or on behalf of the holder, the rights and liabilities arising in accordance with the terms hereof shall (without prejudice to any rule of common law or statutes rendering them binding upon the shipper, holder and carrier) become binding in all respects between the Carrier and Holder as though the contract contained herein or evidenced hereby had been made between them.
All claims and actions arising between the Carrier and the Merchant in relation with the contract of Carriage evidenced by this Bill of Lading shall exclusively be brought before the Tribunal de Commerce de Marseille and no other Court shall have jurisdiction with regards to any such claim or action. Notwithstanding the above, the Carrier is also entitled to bring the claim or action before the Court of the place where the defendant has his registered office.
In witness whereof three (3) original Bills of Lading, unless otherwise stated above, have been issued, one of which being accomplished, the others to be void.
(OTHER TERMS AND CONDITIONS OF THE CONTRACT ON PAGE ONE)

| PLACE AND DATE OF ISSUE | SHENZHEN | 21 JAN 2016 | SIGNED FOR THE CARRIER CMA CGM S.A. BY CMA CGM (Hong Kong) Limited as agents for the carrier CMA CGM S. A. |
|---|---|---|---|
| SIGNED FOR THE SHIPPER | | | |
| *APPLICABLE ONLY WHEN THIS DOCUMENT IS USED AS A COMBINED TRANSPORT BILL OF LADING | | | |



# COPY NON-NEGOTIABLE BILL OF LADING

| VOYAGE NUMBER |
|---|
| 067TXE |
| BILL OF LADING NUMBER |
| SHZ1911741 |

| PRE CARRIAGE BY* | PLACE OF RECEIPT* | FREIGHT TO BE PAID AT | NUMBER OF ORIGINAL BILLS OF LADING |
|---|---|---|---|
|  |  | VIRGINIA BEACH, VA | ZERO (0) |
| VESSEL | PORT OF LOADING | PORT OF DISCHARGE | FINAL PLACE OF DELIVERY* |
| CMA CGM COLUMBA | YANTIAN | LONG BEACH, CA | FONTANA, CA |

| MARKS AND NOS CONTAINER AND SEALS | NO AND KIND OF PACKAGES | DESCRIPTION OF PACKAGES AND GOODS AS STATED BY SHIPPER SHIPPER'S LOAD STOW AND COUNT   SAID TO CONTAIN | GROSS WEIGHT CARGO | TARE | MEASUREMENT |
|---|---|---|---|---|---|
|  |  |  | KGS | KGS | CBM |

```
                        1 X 40ST
                        2784 CARTONS
                        SAY TWO THOUSAND SEVEN HUNDRED EIGHTY-FOUR
                        CARTONS

                        PREPAID CHARGES:
                        TERMINAL HANDL CH ORIGIN: CNY 1,895.00
                        DOCUMENTATION FEES, INCL BSL S: CNY 450.00
                        ADMINISTRATION FEE: CNY 30.00
                        COLLECT CHARGES:
                        BASIC FREIGHT: USD 1,539.00
                        BUNKER SURCHARGE NOS: USD 309.00
                        EXPORT DECLARATION SURCHARGE: USD 32.00
```

Weight in Kgs  Total: 1 CONTAINER(S)    Continued From Previous Sheet    Sheet 2  of  2    4899.000    3720    52.896
ABOVE PARTICULARS DECLARED BY SHIPPER. CARRIER NOT RESPONSIBLE.

ADDITIONAL CLAUSES

destination. All additional costs, including but not limited to storage, demurrage, at the alternative port, or extra on forwarding freight shall be for Merchant's account and payable prior to delivery.

| PLACE AND DATE OF ISSUE | SHENZHEN | 21 JAN 2016 | SIGNED FOR THE CARRIER CMA CGM S.A. BY CMA CGM (Hong Kong) Limited as agents for the carrier CMA CGM S. A. |
|---|---|---|---|
| SIGNED FOR THE SHIPPER | | | |
| *APPLICABLE ONLY WHEN THIS DOCUMENT IS USED AS A COMBINED TRANSPORT BILL OF LADING | | | |