# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TSAWD Holdings, Inc., *et al.*,[1] | Case No. 16-10527 (MFW) |
| Debtors. | |
| O2COOL, LLC, | |
| Plaintiff, | |
| v. | Adv. Proc. No. 16-51014 (MFW) |
| TSA STORES, INC.; BANK OF AMERICA, N.A.; WELLS FARGO BANK, NATIONAL ASSOCIATION; WILMINGTON SAVINGS FUND SOCIETY, FSB; YUSEN LOGISTICS (AMERICAS) INC.; and OOCL (USA), INC., | **Ref. Docket Nos. 69, 70, 77, 82 & 83** |
| Defendants. | |

## REQUEST FOR ORAL ARGUMENT

Pursuant to Rule 7007-3 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, TSA Stores, Inc. ("TSA") hereby respectfully requests that the Court schedule oral argument on the *Joint Motion for Summary Judgment by TSA Stores, Inc. and Yusen Logistics (Americas) Inc.* [Adv. D.I. 69] (the "Motion"), and all related papers.

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: TSAWD Holdings, Inc. (9008); Slap Shot Holdings Corp. (8209); TSAWD, Inc. (2802); TSA Stores, Inc. (1120); TSA Gift Card, Inc. (1918); TSA Ponce, Inc. (4817); and TSA Caribe, Inc. (5664). The headquarters for the above-captioned Debtors is located at 2305 East Arapahoe Road, Suite 234, Centennial, Colorado 80122.

The Debtors were formerly known as: Sports Authority Holdings, Inc. (9008); Slap Shot Holdings Corp. (8209); The Sports Authority, Inc. (2802); TSA Stores, Inc. (1120); TSA Gift Card, Inc. (1918); TSA Ponce, Inc. (4817); and TSA Caribe, Inc. (5664).

TSA respectfully submits that oral argument is appropriate because the Motion presents substantial legal issues. In addition, oral argument will allow the parties to clarify any important legal, procedural, or factual points raised in the Motion and/or the related papers should the Court have any questions.

| | |
|---|---|
| Dated: April 18, 2017<br>Wilmington, Delaware | YOUNG CONAWAY STARGATT & TAYLOR, LLP<br><br>*/s/ Andrew L. Magaziner*<br>Michael R. Nestor (No. 3526)<br>Andrew L. Magaziner (No. 5426)<br>Michael S. Neiburg (No. 5275)<br>Rodney Square<br>1000 North King Street<br>Wilmington, DE 19801<br>Telephone:   (302) 571-6600<br>Facsimile:    (302) 571-1253<br>Email:          mnestor@ycst.com<br>                     amagaziner@ycst.com<br>                     mneiburg@ycst.com<br><br>-and-<br><br>GIBSON, DUNN & CRUTCHER LLP<br>Robert A. Klyman<br>Sabina Jacobs Margot<br>333 South Grand Avenue<br>Los Angeles, CA 90071<br>Telephone:   (213) 229-7000<br>Facsimile:    (213) 229-7520<br>Email:          rklyman@gibsondunn.com<br>                     sjacobs@gibsondunn.com<br><br>*Counsel for TSA Stores, Inc.* |