IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br>**TSAWD HOLDINGS, INC.,** *et al.*,[1]<br><br>　　　　　　　　　　**Debtors.** | Case No. 16-10527 (MFW)<br>(Jointly Administered)<br><br>Chapter 11 |
| **O2COOL, LLC, a Delaware limited liability company,**<br><br>　　　　　　　　　　**Plaintiff,**<br><br>v.<br><br>**TSA STORES, INC.; BANK OF AMERICA, N.A.; WELLS FARGO BANK, NATIONAL ASSOCIATION; WILMINGTON SAVINGS FUND SOCIETY, FSB; YUSEN LOGISTICS (AMERICAS) INC.; and OOCL (USA), INC.**<br><br>　　　　　　　　　　**Defendants.** | Adv. No. 16-51014 (MFW)<br><br>Related Docket Nos.: 52, 53, 76, 97 & 99 |

**ORDER APPROVING THE SIXTH STIPULATION FOR
EXTENSION OF OOCL'S DEADLINE TO FILE REPLY IN SUPPORT OF ITS
MOTION FOR JUDGMENT ON THE PLEADINGS**

Upon consideration of the Stipulation between the parties extending the deadline for OOCL (USA), Inc. to file its Reply brief in support of its Motion for Judgment on the Pleadings, and after due deliberation and sufficient cause appearing therefore;

IT IS HEREBY ORDERED THAT:

1. The Sixth Stipulation for Extension of OOCL's Deadline to File Reply in Support of its Motion for Judgment on the Pleadings is hereby APPROVED;

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: TSAWD Holdings, Inc. (9008); Slap Shot Holdings, Corp. (8209); TSAWD, Inc. (2802); TSA Stores, Inc. (1120); TSA Gift Card, Inc. (1918); TSA Ponce, Inc. (4817); and TSA Caribe, Inc. (5664) (collectively, the "Debtors").

The Debtors were formerly known as: Sports Authority Holdings, Inc. (9008); Slap Shot Holdings, Corp. (8209); The Sports Authority, Inc. (2802); TSA Stores, Inc. (1120); TSA Gift Card, Inc. (1918); TSA Ponce, Inc. (4817); and TSA Caribe, Inc. (5664).

{C0628171.1}　　　　　　　　　　1

2.  OOCL (USA), LLC shall have up to and including November 13, 2017 to file and serve the Reply in support of its Motion for Judgment on the Pleadings.

3.  This Court shall retain jurisdiction to resolve any disputes or controversies arising from or related to this Stipulation and Order.

Dated: 10/16/17

The Honorable Mary F. Walrath
United States Bankruptcy Judge